IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

VANESSA LEE, Individually as Executor
of the JOHN LEE ESTATE,

        Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

No.  2:18-cv-01034

**LOCAL RULE 81.a STATEMENT**

_____

Pursuant to Local Rule 81.a, Defendant, The Lincoln National Life Insurance Company ("Lincoln"), states as follows:

1.     All pleadings or other papers filed in the state court not filed in this Court:

Petition at Law, First Amended Petition at Law, Original Notice for Amended Petition at Law, Original Notice for Amended Petition at Law, Acceptance of Service, and Notice of Filing Notice of Removal to Federal Court.

2.     All matters pending in the state court which will require resolution by this Court:

     a.     First Amended Petition at Law

3.     Counsel who have appeared in state court, their addresses, telephone and facsimile numbers, e-mail addresses, and the parties they represent:

Plaintiff Vanessa Lee:

Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA 50662
PH:  (319) 283-3204
Fax:  (319) 283-1838
Email:  lfwoods@trxinc.com

Dated: August 30, 2018        **LEDERER WESTON CRAIG PLC**

By:     /s/ Brenda K. Wallrichs
        Brenda K. Wallrichs  AT0008203
        118 Third Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA  52406-1927
        Phone:  (319) 365-1184
        Fax:  (319) 365-1186
        E-mail:  bwallrichs@lwclawyers.com

        ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies, under the penalty of perjury that on the date indicated below, a true and correct copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by enclosing the same in an envelope addressed to each party at each party's respective address by U.S. mail.  The parties in interest referred to above are:

**Counsel for Plaintiff:**
Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA 50662
PH:  (319) 283-3204
Email:  lfwoods@trxinc.com

        /s/ Brenda K. Wallrichs

2