IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

VANESSA LEE, Individually as Executor
of the JOHN LEE ESTATE,

        Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

No.    2:18-cv-01034

**THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY'S
DISCLOSURE STATEMENT**

_____

As required by LR 7.1 of the U.S. District Court for the Northern District of Iowa,

Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), hereby provides

the following information to the Court:

(a)   *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:* Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of the Defendant, The Lincoln National Life Insurance Company.

(b)   *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:* None.

Dated: August 30, 2018

**LEDERER WESTON CRAIG PLC**

By:    /s/ Brenda K. Wallrichs
        Brenda K. Wallrichs  AT0008203
        118 Third Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA  52406-1927
        Phone:  (319) 365-1184
        Fax:  (319) 365-1186
        E-mail:  bwallrichs@lwclawyers.com

        ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies, under the penalty of perjury that on the date indicated below, a true and correct copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by enclosing the same in an envelope addressed to each party at each party's respective address by U.S. mail.  The parties in interest referred to above are:

**Counsel for Plaintiff:**
Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA 50662
PH:  (319) 283-3204
Email:  lfwoods@trxinc.com


/s/ Brenda K. Wallrichs

2