E-FILED 2018 JUL 17 7:34 AM FAYETTE - CLERK OF DISTRICT COURT

IN THE DISTRICT COURT OF IOWA, IN AND FOR FAYETTE COUNTY

```
------------------------------------------------------------
VANESSA LEE, Individually      )
as Executor of the JOHN        )    CASE NO. _____
LEE ESTATE                     )
          Plaintiff,           )
v.                             )
                               )
                               )    PETITION AT LAW
THE LINCOLN NATIONAL MUTUAL    )
INSURANCE COMPANY,             )
          Defendant.           )
------------------------------------------------------------
```

## COUNT I - BREACH OF CONTRACT

COMES NOW the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, and for a cause of action against the Defendant, The Lincoln Life National Insurance Company and states to the Court as follows:

1. That the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, is a resident of Quasqueton, Buchanan County, Iowa.

2. That at all times relevant hereto, the Defendant, The Lincoln Life National Insurance Company was an insurance corporation, authorized to and doing business in the State of Iowa.

3. The Defendant, The Lincoln Life National Insurance Company sold an Accidental Death Policy to Ashley Industrial Molding, Inc., to be provided to said Ashley's employees, as a benefit of said employees employment package.

App. 001

4. That John Lee was an employee of Ashley Industrial Molding, Inc., at all time relevant hereto, including up to the time of his death

5. That said policy issued by The Lincoln Life National Insurance Company for Accidental Death was in force and effect while John Lee was in the employment of the Ashley Industrial Molding, Inc.

6. That John Lee was paying premiums for life insurance coverage by The Lincoln Life National Insurance Company in case of his accidental death.

7. That the Plaintiff, Vanessa Lee, Individually, was a named beneficiary of the Accidental Death Policy issued by DEF, to Ashley Industrial Molding, Inc., of which John Lee was an employee.

8. The Plaintiff Vanessa Lee, as the Executor of the John Lee Estate, also makes claim on behalf of said John Lee Estate.

9. That on or about the 12th day of July, 2015, John Lee was riding his ATV on private property near Quasqueton, Buchanan County, Iowa.

10. That on said date, John Lee's daughter, Jessica Matthews, went looking for him, when he did not return for dinner.

App. 002

11. That when Jessica Matthews found John Lee, he was lying on the ground next to the ATV, and was unconscious.

12. John Lee was taken by his daughter back to the campsite, and later he taken to his home. After being home a short time, John Lee was then transferred to the Buchanan County Health Center or hospital.

13. After examination at the Buchanan County Health Care hospital, John Lee was transfer to the University of Iowa Hospitals and Clinics.

14. As a result of the injuries John Lee sustained when he fell, John Lee died on the 19th day of July, 2018, at the University of Iowa Hospitals and Clinics.

15. The death of John Lee on July 19, 2018, was an accidental death.

16. As a result of the death of John Lee on July 19, 2018, Vanessa Lee, as an Individual and as Executor of the John Lee Estate, she made a claim for benefits under an Insurance Policy issued by the Defendant, The Lincoln Life National Insurance Company.

17. A copy of the insurance policy issued by the Defendant, The Lincoln Life National Insurance Company is attached hereto, marked Exhibit A and made a part of this Petition by this reference as though fully set forth hereat

App. 003

word for word.

18. That the Defendant, The Lincoln Life National Insurance Company has denied paying the benefits under the insurance policy to Vanessa Lee, both as and Individual and as Executor of the John Lee Estate.

19. The Defendant, The Lincoln Life National Insurance Company has breached the contract, that is attached hereto, marked Exhibit A, by failing to pay the benefits due to the Plaintiff, Vanessa Lee in here appropriate capacity.

20. As a result of the Defendant, The Lincoln Life National Insurance Company breaching the contract, the Plaintiff, Vanessa Lee has sustained injuries and damages.

21. The Plaintiff, Vanessa Lee damages are the face value of the policy that should have been paid. Said amount is $100,000.

22. The Plaintiff, Vanessa Lee has also been damaged by the loss of the use of the money since the date of death of John Lee.

23. That the Plaintiff, Vanessa Lee, is entitled to damages in amount fair and reasonable to compensate her for the injuries she has sustained, for prefiling interest at the statutory contract rate for breach of contract, and for

App. 004

interest on the judgment as provided for by law. The amount of injuries and damages sustained by the Plaintiff, Vanessa Lee, is in excess of $10,000.

24. That the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate demands judgment against the Defendant, The Lincoln Life National Insurance Company for the injuries Plaintiff sustained as a result of the named Defendant breaching the Accidental Death Insurance Policy.

WHEREFORE, the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate demands Judgment against the Defendant, The Lincoln Life National Insurance Company for the damages she has sustained as a result of the Defendant's Breach of Contract.

IT IS FURTHER PRAYED that the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, has for judgment against the Defendant, The Lincoln Life National Insurance Company, in an amount reasonable and fair to compensate the Plaintiff for the injuries sustained by the Plaintiff, for interest thereon as provided by statute and for the costs of this action.

App. 005

Respectfully submitted,

Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA 50662
lfwoods@trxinc.com
Ph. 319-283-3204
ATTORNEY FOR THE PLAINTIFF,
VANESSA LEE, Individually and
as the Executor of the
JOHN LEE ESTATE

Original filed by EDMS with the Fayette Clerk of Court

App. 006