IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

VANESSA LEE, Individually as Executor of
the JOHN LEE ESTATE,

        Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

No. 6:18cv02063-CJW

**MOTION FOR ADMISSION
PRO HAC VICE -
IWANA RADEMAEKERS**

_____

Iwana Rademaekers, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, The Lincoln National Life Insurance Company and states as follows:

1. Iwana Rademaekers states that she is a member in good standing of the bar of the United States District Court for the Eastern, Northern, Western, and Southern Districts of Texas; Western District of Oklahoma; Eastern and Western Districts of Arkansas; District of Colorado; the U.S. Courts of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuits; that she is admitted to practice before all Texas state trial courts; and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

2. Iwana Rademaekers further states she will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Brenda Wallrichs of Lederer Weston Craig, P.L.C. in Cedar Rapids, Iowa, an attorney who has been admitted to the bar of this district under

LR 83.1.b and c, and who has entered an appearance in this case on behalf of Defendant, The Lincoln National Life Insurance Company.

3.    Iwana Rademaekers states she can be contacted at the following location:

> LAW OFFICES OF IWANA RADEMAEKERS, P.C.
> 14785 Preston Road, Suite 550
> Dallas, Texas 75254
> Main:  (214) 579-9319
> Fax:  (469) 444-6456
> Email:  iwana@rademaekerslaw.com

4.    The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.

WHEREFORE, the undersigned counsel, on behalf of Defendant, The Lincoln National Life Insurance Company, requests that the court enter an order allowing Iwana Rademaekers admission *pro hac vice* to appear on behalf of and represent Defendant, The Lincoln National Life Insurance Company, in the above-captioned matter.

Dated:  August 30, 2018                    **LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By:      /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of August 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Local Counsel for Defendant:**
Brenda K. Wallrichs
E-mail:  bwallrichs@lwclawyers.com

**Counsel for Plaintiff:**
Larry F. Woods
Email:  lfwoods@trxinc.com

/s/ Iwana Rademaekers
Iwana Rademaekers

**3**