**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

VANESSA LEE, Individually as
Executor of the JOHN LEE ESTATE,

       Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

       Defendant.

No.  18-CV-2063 CJW

**ORDER**

_____

This matter is before the Court on the motion for admission *pro hac vice* with attached certificate of good standing, (Doc. 7), filed by attorney Iwana Rademaekers on August 30, 2018.  This motion is **granted**.  Attorney Iwana Rademaekers is authorized to appear as counsel on behalf of defendant The Lincoln National Life Insurance Company.

**IT IS SO ORDERED** this 4th day of September, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa