# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| VANESSA LEE, *Individually and as Executor of the John Lee Estate*, | No. 18-CV-2063-CJW |
| Plaintiff(s), | |
| vs. | **ORDER** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

_____

This matter is before the Court on defendant's Motion to Dismiss Plaintiff's First Amended Petition at Law. (Doc. 9). Defendant filed its motion on September 6, 2018. (*See id.*). The deadline for plaintiff to file a resistance to defendant's motion was September 20, 2018. *See* LR 7(e) ("Each party resisting a motion must, within 14 days after the motion is served, file a resistance in the form of a brief ..."). As of the date of this Order, plaintiff has not filed a resistance to defendant's motion to dismiss.

Plaintiff has until **September 28, 2018**, to file a motion to extend the time for plaintiff to resist defendant's motion. Should plaintiff choose to file a motion to extend time, plaintiff is directed to include plaintiff's resistance to defendant's motion to dismiss as an attachment. If the Court finds sufficient grounds support the motion to extend time, the Court will consider plaintiff's resistance in ruling on defendant's motion. If plaintiff does not file a motion to extend time, or if the Court finds that there are not sufficient grounds to extend the time for plaintiff's resistance, the Court will consider the matter fully submitted and will rule on defendant's motion.

**IT IS SO ORDERED** this 25th day of September, 2018.

_____
C.J. Williams
United States District Judge
Northern District of Iowa

2