IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

--------------------------------------------------------------

| | |
|---|---|
| VANESSA LEE, Individually as Executor of the JOHN LEE ESTATE<br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | CASE NO. 6:18-CV-02063-JCW<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE A RESISTANCE TO THE DEFENDANT'S MOTION TO DISMISS & TO FILE A MOTION CHALLENGING JURISDICTION** |

--------------------------------------------------------------

COMES NOW the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, and for a Request for Additional Time to file a Resistance to the Defendant's Motion to Dismiss states to the Court as follows:

1. The undersigned attorney has not been in an active member of the Federal Bar in about 6 or more years.

2. Recently, the undersigned attorney was able to obtain counsel to assist the undersigned attorney in dealing with this federal case. It is expected that Kenneth Butters may file an Appearance an Assist the undersigned attorney in the disposition of this Federal Matter.

3. That as of October 12, 2018, after previous attempts by persons who are occasionally employed by the undersigned attorney to access the federal court system and Pacer

Case 6:18-cv-02063-CJW-MAR    Document 11    Filed 10/12/18    Page 1 of 3

Account, the undersigned attorney was able to access said account. Thus, this Motion is being filed as soon as possible after accessing the account.

4. The undersigned attorney requests that the Court grant an extension for the Plaintiff to file, even though late, a Resistance to the Defendant's Motion to Dismiss for Failure to State a Claim.

5. The undersigned attorney requests that he have until November 7, 2018 to file a Resistance. It is hoped that the Resistance can be filed before October 18.

6. The undersigned attorney also is conducting research as to whether this case was properly removed to federal court since, the cause of action is based on simple contract principals. There is no federal question, since, while it is admitted that the policy was issued as a part of a ERISA Plan, the underlying question is simple was the death of John Lee caused by his operating a motor vehicle while intoxicated. Further, the Plaintiff believes that part of the premium was paid by the deceased, and thus, while the contract was initially offered as a part of a ERISA plan, the deceased and entered into the contract solely under its terms and conditions controlled by Iowa law.

7.   The Court should grant the Plaintiff and extension to and including November 7, 2018 to file a Resistance in to the Defendant's Motion to Dismiss, and also to said date to file a Motion, if appropriate, challenging the transfer of jurisdiction from State Court to Federal Court.

WHEREFORE, the Plaintiff, Vanessa Lee, prays that the grant and extension of time for the Plaintiff to file a Resistance to the Defendant's Motion to Dismiss.

IT IS FURTHER PRAYED that the Court will grant the Plaintiff addition time to determine if an appropriate Motion should be file challenging the transfer of this Court to federal court for proceeding. The Plaintiff requests to the 7th day of November, 2018.

Respectfully submitted,

Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA  50662
lfwoods@trxinc.com
Ph. 319-283-3204
ATTORNEY FOR THE PLAINTIFF,
VANESSA LEE, Individually and
as the Executor of the
JOHN LEE ESTATE

Original filed by Pacer with the Clerk of Court for the
     Northern District of Iowa
Copy faxed to Defendant's counsel on this 12th day of October, 2018