# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

VANESSA LEE, Individually as Executor of the JOHN LEE ESTATE,

        Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

No. 6:18-cv-02063-CJW

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED PETITION AT LAW**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Reply in support of its motion filed under Fed. R. Civ. P. 12(b)(6) for dismissal of the First Amended Petition at Law (the "Petition") brought by Plaintiff Vanessa Lee ("Plaintiff") dated July 19, 2018. Specifically, Lincoln seeks dismissal of the Petition because the asserted cause of action asserts a state law cause of action against Lincoln that is preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq., as amended ("ERISA").[1]

## I.
## REPLY AND AUTHORITIES

As the Court has noted,[2] Plaintiff has admitted the Policy issued by Lincoln to Ashley Industrial Moldings, Inc. was "issued as part of a [sic] ERISA plan."[3] Additionally, Plaintiff

---

[1] As stated in its original Motion, Lincoln does not oppose the Court allowing Plaintiff to file a second amended petition that contains a claim for recovery of benefits under 29 U.S.C. § 1132(a)(1)(B) and removes the state law causes of action.

[2] Order (Doc 14), at p. 9, § III(b).

[3] Plaintiff's Request for Extension (Doc 11), at p. 2.

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED PETITION**     **1**

repeatedly states in the Response to Lincoln's Motion to Dismiss[4] that the claim brought in the Petition is a breach of contract claim for benefits under that policy. However, both the U.S. Supreme Court and the Eighth Circuit have expressly held that ERISA preempts breach of contract actions that are asserted against ERISA plans. Estes v. Fed. Express Corp., 417 F.3d 870, 872 (8th Cir. 2005); Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41, 47-48 (1987); Kuhl v. Lincoln Nat. Health Plan of Kansas City, 999 F.2d 298, 302 (8th Cir.1993). Plaintiff's statement that ERISA preemption prohibits any suit from being filed, which Plaintiff asserts controverts language in the policy regarding legal action, completely misses the point. As Lincoln previously stated, it does not oppose giving Plaintiff an opportunity to file an amended pleading in this Court to raise a claim under ERISA, as a claim for recovery of benefits (29 U.S.C. § 1132(a)(1)(B)) provides a vehicle for relief of the nature Plaintiff has asserted. However, this does not change the black letter law that state law breach of contract claims are completely preempted under ERISA and are subject to dismissal under Fed.R.Civ.P. 12(b)(6). Accordingly, Lincoln's Motion to Dismiss should be granted.

## V.
## REQUEST FOR RELIEF

Lincoln respectfully requests the Court dismiss Plaintiff's Petition against it with prejudice, dismiss any claims by Plaintiff for damages under the state law cause of action, award Lincoln its attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); and grant Lincoln any other relief to which it shows itself justly entitled.

Respectfully submitted on October 25, 2018.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

---

[4] Plaintiff's Resistance to Defendant's Motion to Dismiss (Doc 13).

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION**
**TO DISMISS PLAINTIFF'S FIRST AMENDED PETITION** 2

By:  /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com


AND


**LEDERER WESTON CRAIG PLC**

By:  /s/ Brenda K. Wallrichs
Brenda K. Wallrichs  AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA  52406-1927
Phone:  (319) 365-1184
Fax:   (319) 365-1186
E-mail:  bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Eastern Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Larry F. Woods
Email: lfwoods@trxinc.com

/s/ Iwana Rademaekers
Iwana Rademaekers