# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

VANESSA LEE, Individually as Executor of
the JOHN LEE ESTATE,

      Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant.

No. 6:18-cv-02063-CJW

**UNOPPOSED MOTION TO
EXTEND THE DEADLINE TO
SUBMIT A SCHEDULING REPORT**

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), files this Unopposed Motion to Extend the Deadline to Submit a Scheduling Report and would show the Court as follows:

1. Lincoln filed its Notice of Removal (Doc 1) on August 30, 2018, and the Court's Notice of Electronic Filing triggered by the Removal contains a deadline for the Parties to file a Scheduling Report by October 29, 2018.

2. Pending before the Court is Lincoln's Motion to Dismiss (Doc 9), asserting that the Plaintiff's state law causes of action are preempted by ERISA. In her Response (Doc 13) in opposition to the Motion, Plaintiff asserts that this action is not governed by ERISA and that the Motion should be denied. Plaintiff also added an alternative request in her Response to the Motion, that the Court allow Plaintiff to amend the Petition to meet the requirements to plead her claims under ERISA.

3. As the Motion and Response reflect, the Parties are in disagreement as to whether this is, in fact, an ERISA case. As such, the Parties would be unable to agree at this time on whether the appropriate Scheduling Report should include a "Scheduling and Discovery Plan" or

a "Scheduling Order for A Claim-Review Case Filed Under ERISA." Accordingly, Lincoln requests that the Court extend the deadline for the Parties to submit a Scheduling Report until after the Court enters its ruling on the pending Motion to Dismiss, and should the Court deny Lincoln's Motion to Dismiss, enter an order setting a new deadline for the Parties to submit a Scheduling Report.

4. Counsel for Lincoln contacted the office of Plaintiff's counsel and has been informed that Plaintiff does not oppose the relief requested in this Motion.

5. This Motion to Extend the Deadline to Submit A Scheduling Report is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln requests the Court enter an Order extending the deadline for the Parties to submit a Scheduling Report until after the Court has ruled on Lincoln's Motion to Dismiss, and should the Court deny Lincoln's Motion to Dismiss, enter an order setting a new deadline for the Parties to submit a Scheduling Report.

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.


By:     /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
State Bar of Texas No. 16452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


- AND -

LEDERER WESTON CRAIG PLC

By:    /s/ Brenda K. Wallrichs
      Brenda K. Wallrichs   AT0008203
      118 Third Avenue SE, Suite 700
      P. O. Box 1927
      Cedar Rapids, IA   52406-1927
      PH:   (319) 365-1184
      FX:    (319) 365-1186
      E-mail:   bwallrichs@lwclawyers.com

      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Larry F. Woods
Email: lfwoods@trxinc.com

/s/ Iwana Rademaekers
Iwana Rademaekers

**3**