IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF IOWA, EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| VANESSA LEE, Individually<br>and as Executor of the<br>JOHN LEE ESTATE<br>    Plaintiff, | CASE NO. 6:18-CV-02063-JCW |
| v. | PLAINTIFFS ERISA  COMPLAINT |
| THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>    Defendant. | |

COMES NOW the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, and for her Cause of Action against the Lincoln National Life Insurance Company state to the Federal Court for the Northern District of Iowa as follows:

### PARTIES

A.  The Plaintiff, Vanessa Lee, as an Individual, is a resident of Quasqueton, Buchanan County, Iowa, and is the surviving spouse of the deceased insured John Lee.

B.  The Plaintiff, Vanessa Lee, as an Executor of the Estate of John Lee, is the duly appointed Executor of the John Lee Estate.  Said John Lee Estate has been opened and is currently open in the Iowa District Court for Buchanan County, Iowa.  The case number is ESPR 006985.

C.     At all time relevant hereto, the Defendant, Lincoln National Life Insurance Company is an insurance corporation authorized to and doing business in the State of Iowa.  Said Defendant, Lincoln National Life Insurance Company, is the company that issued an Accidental Death Insurance Policy in the ERISA plan which was in effect for the employer, Ashley Molding, with its employee, John Lee, on the date of death of said John Lee.

## JURISDICTION

D.     The Federal Court has jurisdiction in this matter basis on ERISA Code Section 502(a), and United States Federal Code Section 29 U.S.C. 1132(a).  Thus, the Federal Court has jurisdiction over this matter, since the Plaintiff has exhausted her administrative remedies.

## BACKGROUND

E.     The Plaintiff, Vanessa Lee is the widow of John Lee.  Mr. Lee was employed by Ashley Molding.  During his employment, Mr. Lee took advantage of his employer's health insurance package, and also had an accidental death contract with the Defendant, The Lincoln National Life Insurance Company, (hereinafter Lincoln).

F.     John Lee died on the 19th day of July, 2015.  His death was as a result of an accident that occurred on private property.  Mr. Lee had a custom of going for a ride on his four wheeler around the property.  He and part of his family were at an old quarry near Quasqueton, Iowa. The family had been at a family outing enjoying the day.  During the day John Lee had been consuming alcoholic beverages.

G.     After consuming some alcoholic beverages, John went for a ride on his four wheeler.  When he did not return, his daughter went looking for him.  She found John on the

ground unconscious near and slightly back of the seat on the four wheeler. The four wheeler was still running. The four wheeler did not have any dents or any significant damage to it. A few scratches had been found, but no one is sure if those scratches were there present when John left the camp site on July 15th.

H. John's daughter and wife moved John to their camping area, and attempted to revive him. When they were unable to revive him, they first took John to their home, and then to the Buchanan County Hospital. He was later transferred to the University of Iowa Hospitals and Clinics. A few days later John passed away from his head injury.

I. Vanessa Lee, John's widow opened and estate. She is also the sole beneficiary named on the accidental death policy. Vanessa attempted to resolve the issue of John's accidental death with the Defendant, Lincoln. The accidental death policy contained a provision that the policy was void if the death resulted from the operation of a motor vehicle while intoxicated. The death certificate lists the manner of injury as "ATV Crash". The manner of death is listed as "Accident". However, the initial admission report at the Buchanan County Hospital lists the reason for admission as Fall Injury Location: Head; Reason for Fall: "unknown". The initial Buchanan County Hospital report states "They believe he fell down and hit his head".

J Vanessa Lee filed a claim with The Lincoln National Life Insurance Company for benefits under the accidental death policy in effect through John Lee's employer. She has exhausted her administrative remedies, and is bringing this action to collect on the accident death policy in force.

## COUNT I – ACTION TO COLLECT ON ACCIDENT DEATH INSURANCE POLICY THAT WAS ISSUED UNDER THE EMPLOYERS ERISA PLAN AT THE TIME OF DEATH OF THE EMPLOYEE, JOHN LEE

COMES NOW the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, and for a cause of action against the Defendant, The Lincoln National Life Insurance Company and states to the Court as follows:

1. That the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, is a resident of Quasqueton, Buchanan County, Iowa.

2. That as all times relevant hereto, the Defendant, The Lincoln National Life Insurance Company was as insurance corporation, authorized to and doing business in the State of Iowa.

3. The Defendant, The Lincoln National Life Insurance Company sold an Accidental Death Policy to Ashley Industrial Moldings, Inc., to be provided to said Ashley's employees, as a benefit of said employees employment package.

4. That John Lee was an employee of Ashley Industrial Moldings, Inc., at all time relevant hereto, including up to the time of his death.

5. That said policy issued by The Lincoln National Life Insurance Company for Accidental Death was in force and effect while John Lee was in the employment of the Ashley Industrial Moldings, Inc...

6. That John Lee was paying premiums for life insurance coverage by The Lincoln National Life Insurance Company, in case of his accidental death.

7. That the Plaintiff, Vanessa Lee, Individually, was a named beneficiary of the Accidental Death Policy issued by The Lincoln National Insurance Company, to Ashley Industrial Molding, Inc., of which John Lee was an employee.

8. The Plaintiff, Vanessa Lee, as the Executor of the John Lee Estate, also makes claim on behalf of said John Lee Estate.

9. That on or about the 15th day of July, 2015, John Lee was riding his ATV on private property near Quasqueton, Buchanan County, Iowa.

10. That on said date, John Lee's daughter, Jessica Matthews, went looking for him, when he did not return for dinner.

11. That when Jessica Matthews found John Lee, he was lying on the ground next to the ATV, and was unconscious.

12. John Lee was taken by his daughter back to the campsite, and later he was taken to his home. After being home a short time, John Lee was then transported to the Buchanan County Health Center of Hospital.

13. After examination at the Buchanan County Health Center or Hospital, John Lee was transferred to the University of Iowa Hospitals and Clinics.

14. As a result of the injuries John Lee sustained when he fell, John Lee died on the 19th Day of July 2015, at the University of Iowa Hospitals and Clinics.

15. The death of John Lee on July 19th, 2015, was an accidental death.

16. As a result of the death of John Lee on July 19th, 2015, Vanessa Lee, as an Individual and as Executor of the John Lee Estate, she made a claim for benefits under an Insurance Policy issued by the Defendant, The Lincoln National Life Insurance Company.

17. A copy of the insurance policy issued by the Defendant, The Lincoln National Life Insurance Company is attached hereto, marked Exhibit A and made a part of this Complaint by this reference as though fully set forth hereat word for word.

18. The Defendant, The Lincoln National Life Insurance Company, sold the policy to and/or through Ashley Industrial Moldings, Inc., located in Oelwein, Fayette County, Iowa.

19. The deceased, John Lee, worked at the Ashley Industrial Moldings, Inc., factory in Oelwein, Fayette County, Iowa, at all time relevant hereto.

20. The Plaintiff, Vanessa Lee, in both her capacity as the Executor of the John Lee Estate and as a named beneficiary of the Accidental Death Policy issued by the Defendant, Lincoln, has exhausted her administrative remedies.

21. That the Defendant, The Lincoln National Life Insurance Company has denied paying the benefits under the insurance policy to Vanessa Lee, both as an individual and as Executor of the John Lee Estate.

22. None of the exceptions contained the policy are applicable to the cause of death of John Lee.

23. The Defendant, The Lincoln National Life Insurance Company has breached the contract between it and the Estate of John Lee and/or Vanessa Lee as a named beneficiary of said

policy. , that is attached hereto, marked Exhibit A, by failing to pay the benefits due to the Plaintiff, Vanessa Lee in her appropriate capacity.

24. As a result of the Defendant, The Lincoln National Life Insurance Company breaching the contract, the Plaintiff, Vanessa Lee has sustained injuries and damages.

25. The Plaintiff, Vanessa Lee damages are the face value of the policy that should have been paid. Plaintiff understands that the amount of the benefits to be paid are $100,000

26. The Plaintiff, Vanessa Lee has also been damaged by the loss of the use of the money since the date of death of John Lee.

27. That the Plaintiff, Vanessa Lee, is entitled to damages in the amount fair and reasonable to compensate her for the injuries she has sustained, for prefiling interest at the statutory contract rate for breach of contract, and for interest on the judgment as provided for by law  The amount of injuries and damages sustained by the Plaintiff, Vanessa Lee, is in excess of $10,000.

28. That the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate demands Judgment against the Defendant, The Lincoln National Life Insurance Company for the injuries Plaintiff  sustained as a result of the named Defendant breaching the terms of the Accidental Death Insurance Policy issued on the Life of John Lee.

WHEREFORE, the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate demands Judgment against the Defendant, The Lincoln National Life Insurance Company for the damages she has sustained as a result of the Defendant The Lincoln National Life

Insurance Company failing to pay the benefits due to the Plaintiff as a result of the accidental death of John Lee.

IT IS FURTHER PRAYED that the Plaintiff, Vanessa Lee, Individually and as Executor of the John Lee Estate, have for judgment against the Defendant, The Lincoln National Life Insurance Company, in an amount reasonable and fair to compensate the Plaintiff for the injuries sustained by the Plaintiff, for interest thereon as provided by statute and for the costs of this action. The fair and reasonable amount is in excess of $10,000.

Respectfully submitted,

Larry F. Woods
Attorney at Law
24 North Frederick Avenue
Oelwein, IA 50662
lfwoods@trxinc.com
Ph. 319-283-3204
ATTORNEY FOR THE PLAINTIFF,
VANESSA LEE, Individually and
as the Executor of the
JOHN LEE ESTATE