IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| VANESSA LEE, Individually as Executor of the JOHN LEE ESTATE, | | |
| Plaintiff(s), | | No. 6:18-cv-02063-CJW |
| vs. | | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | | **PROPOSED SCHEDULING ORDER FOR A CLAIM-REVIEW CASE FILED UNDER ERISA** |
| Defendant. | | |

Counsel have conferred and submit the following proposed dates for case management:

1.  Deadline for filing of the Administrative Record:  February 18, 2019

2.  Deadline for filing of the Plaintiff's opening brief:  March 25, 2019

3.  Deadline for filing of the Defendant's brief:  April 29, 2019

4.  Deadline for filing of the Plaintiff's reply brief:  May 6, 2019

LARRY F. WOODS, ATTORNEY AT LAW

By:     /s/ Larry F. Woods
    Larry F. Woods
    24 North Frederick Avenue
    Oelwein, IW 50662
    PH:  (319) 283-3204
    Email:  lfwoods@trxinc.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

By:     /s/ Iwana Rademaekers
    Iwana Rademaekers, Esq.
    (Admitted *Pro Hac Vice*)
    State Bar of Texas No. 16452560
    14785 Preston Road, Suite 550
    Dallas, Texas 75254
    Main:  (214) 579-9319
    Fax:  (469) 444-6456
    Email:  iwana@rademaekerslaw.com

- AND -

2

LEDERER WESTON CRAIG PLC

By:    /s/ Brenda K. Wallrichs
        Brenda K. Wallrichs  AT0008203
        118 Third Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA  52406-1927
        PH:  (319) 365-1184
        FX:  (319) 365-1186
        E-mail:  bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

**IT IS ORDERED** that the proposed dates are approved and adopted by the court.

DATED this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT JUDGE

2