IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

VANESSA LEE, Individually as Executor of
the JOHN LEE ESTATE,

                Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

                Defendant.

No. 6:18-cv-02063-CJW

**SCHEDULING ORDER
FOR A CLAIM-REVIEW CASE FILED
UNDER ERISA**

_____

Counsel have conferred and submit the following proposed dates for case management:

1.     Deadline for filing of the Administrative Record:   February 18, 2019

2.     Deadline for filing of the Plaintiff's opening brief:   March 25, 2019

3.     Deadline for filing of the Defendant's brief:   April 29, 2019

4.     Deadline for filing of the Plaintiff's reply brief:   May 6, 2019

LARRY F. WOODS, ATTORNEY AT LAW

By:   /s/ Larry F. Woods
      Larry F. Woods
      24 North Frederick Avenue
      Oelwein, IW 50662
      PH: (319) 283-3204
      Email: lfwoods@trxinc.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

By:   /s/ Iwana Rademaekers
      Iwana Rademaekers, Esq.
      (Admitted *Pro Hac Vice*)
      State Bar of Texas No. 16452560
      14785 Preston Road, Suite 550
      Dallas, Texas 75254
      Main: (214) 579-9319
      Fax: (469) 444-6456
      Email: iwana@rademaekerslaw.com

- AND -

2

LEDERER WESTON CRAIG PLC

By:    /s/ Brenda K. Wallrichs
        Brenda K. Wallrichs  AT0008203
        118 Third Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA 52406-1927
        PH: (319) 365-1184
        FX: (319) 365-1186
        E-mail: bwallrichs@lwclawyers.com

        ATTORNEYS FOR DEFENDANT

**IT IS ORDERED** that the proposed dates are approved and adopted by the court.

DATED this 3rd day of January, 2019.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

**2**