

# STATE OF IOWA
## CERTIFICATION OF VITAL RECORD

## STATE OF IOWA
### IOWA DEPARTMENT OF PUBLIC HEALTH
## CERTIFICATE OF DEATH

**114-2015-016014**

### DECEDENT INFORMATION

**BIRTH NUMBER:** *Not Available*

**NAME:** *John Earl Lee*

**DATE FILED:** *07/23/2015*

**SSN:** *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*
**SEX:** *Male*
**DATE OF BIRTH/AGE:** *01/02/1969  46 Years*

**PLACE OF BIRTH:** *Iowa*
**ARMED FORCES:** *Yes*

**CITIZENSHIP:** *United States*
**MARITAL STATUS:** *Married*
**SURVIVING SPOUSE:** *Vanessa Gene Yearous*
**RESIDENCE COUNTY:** *Buchanan*
**COUNTY OF DEATH:** *Johnson*

#### NAMES (PRIOR TO ANY MARRIAGE):

**DECEDENT LAST:** *Lee*
**FATHER'S NAME:** *Richard Wayne Lee*
**MOTHER'S NAME:** *Lavonne Eleanor Jennings*
**RESIDENTIAL ADDRESS:** *605 2nd Str. N.*
*Quasqueton, Iowa 52326*
**INFORMANT NAME:** *Vanessa G Lee*
**INFORMANT RELATIONSHIP:** *Spouse*
**DATE/TIME OF DEATH:** *07/19/2015 09:57 AM*
**M.E. CONTACTED:** *Yes*

**INFORMANT ADDRESS:** *605 2nd Str. N.*
*Quasqueton, Iowa 52326*
**PLACE OF DEATH:** *Inpatient*
**FACILITY/ADDRESS:** *University of Iowa Hospitals & Clinics*
*Iowa City, Iowa  52242*

### MEDICAL CAUSE OF DEATH INFORMATION

| | | INTERVAL | UNITS |
|---|---|---|---|
| **IMMEDIATE CAUSE OF DEATH:** *Blunt Force Injuries Of The Head* | | | *Days* |
| DUE TO OR AS A CONSEQUENCE OF: | | | |
| DUE TO OR AS A CONSEQUENCE OF: | | | |
| UNDERLYING CAUSE, IF ANY: | | | |
| OTHER SIGNIFICANT CONDITIONS: | | | |

**MANNER OF DEATH:** *Accident*
**AUTOPSY PERFORMED/FINDINGS:** *No*
**DATE/TIME OF INJURY:** *07/11/2015 08:00 PM*
**PLACE OF INJURY:** *Private Property*
**LOCATION OF INJURY:** *1664 198th Street*
*Independence, Iowa 50644*
**DESCRIPTION OF INJURY:** *Atv Crash*
**CERTIFIER:** *Dennis Firchau*
**DATE CERTIFIED:** *07/23/2015*

**TOBACCO CONTRIBUTED TO DEATH:** *No*
**ME CASE #:** *15-52-359*
**INJURY AT WORK:** *No*
**TRANSPORTATION INJURY:** *Yes*

**CERTIFIER ADDRESS:** *913 South Dubuque*
*Iowa City, Iowa 52240*

### DISPOSITION

**FUNERAL HOME:** *White Funeral Home-Independence*
*Independence, Iowa 50644*
**METHOD:** *Cremation*

**FUNERAL DIRECTOR:** *Mark A. White*
**PLACE:** *Wilbert Vault Co, Inc. - Roland Crematory-Marion*
**LOCATION:** *Marion, Iowa*

## \*\*\* FOR VETERANS PURPOSES ONLY \*\*\*

This is to certify that this is a true and correct reproduction of the original record as recorded
in this office, issued under the authority of Chapter 144, Code of Iowa.
This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar.

| 07/24/2015 | Terry E. Branstad | *[signature]* |
|---|---|---|
| DATE ISSUED | GOVERNOR, STATE OF IOWA | DEPUTY STATE REGISTRAR |
| | Kim Reynolds, Lt. Governor | |

Case 6:18-cv-02063-CJW-MAR   Document 22-1   Filed 01/29/19   Page 1 of 1