**Lincoln**
**Financial Group®**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

March 14, 2014

Karen Maxwell
Ashley Industrial Moldings, Inc.
310 So. Wabash Street
Ashley, IN 46705

Re: Policy No. 000010132080 (Life/AD&D)
000010132081 (Long Term Disability)
000400001000-12077 (Voluntary Life)
Group I.D. AIM3

Dear Karen Maxwell:

Enclosed you will find Amendments and revised policies. As requested, we have amended the above referenced policy to reflect a Waiting Period of "90 days" with the Effective Date for the Employee's coverage to be "the day the Person becomes eligible for the coverage". These amendments were effective January 1, 2014.

Revised certificates are located on The Lincoln National Life Insurance Company website, www.lincoln4benefits.com. A supply of printed certificates can be requested from Client Services at the telephone number or email address below.

Please note, changes have been incorporated into your policies and certificates due to compliance updates. This does not change the original intent of your policy.

If you have any questions on this change, please feel free to contact your broker or Customer Service Professional at (800) 423-2765, Option 2; or via email at ClientServices@LFG.com. Thank you for giving The Lincoln National Life Insurance Company an opportunity to serve you.

Sincerely,

The Lincoln National Life Insurance Company

Enclosures

AMENDMENT NO. 3

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010132080

ISSUED TO: Ashley Industrial Moldings, Inc.

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated January 1, 2014.

The effective date of this amendment is January 1, 2014; but only with respect to losses incurred on or after that date. Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_Chals A. Brauly_
Officer of the Company

GL1100A AMEND.

# The Lincoln National Life Insurance Company

A Stock Company    Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

Group Policyholder:

_____Ashley Industrial Moldings, Inc._____

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date.  Subsequent premiums are due on February 1, 2011, and on the same day of each month after that.  Policy anniversaries will be each January 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska.  The issue date of this Policy is January 1, 2011.


*Charles A. Brantley*

SECRETARY

*Dennis R. Glass*

PRESIDENT


**GROUP INSURANCE POLICY**
No. 000010132080
PROVIDING
LIFE INSURANCE
ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE


GL1101-TITLE PAGE

95
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 3 of 14

# TABLE OF CONTENTS

Schedule of Insurance ........................................................................................................3

Definitions ........................................................................................................................4

General Provisions ............................................................................................................5

Eligibility and Effective Dates for Personal Insurance .....................................................6

Individual Terminations .....................................................................................................7

Premiums and Premium Rates ...........................................................................................8

Grace Period ......................................................................................................................9

Policy Termination ............................................................................................................9

Beneficiary .......................................................................................................................10

Assignments .....................................................................................................................11

Facility of Payment ..........................................................................................................12

Death Benefit ...................................................................................................................12

Settlement Options ...........................................................................................................12

Extension of Death Benefit ..............................................................................................13

Accelerated Death Benefit ...............................................................................................14

Conversion Privilege ........................................................................................................16

Claims Procedures for Life or Accidental Death and Dismemberment Benefits ............17

Accidental Death and Dismemberment Insurance ...........................................................20

Safe Driver Benefit ..........................................................................................................22

Notice ...............................................................................................................................23

Prior Insurance Credit Provision ......................................................................................25

GL1101-1

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 4 of 14

# SCHEDULE OF INSURANCE

The amount of an Insured Person's insurance is determined from the following table. The initial amount of coverage is the amount which applies to an Insured Person's Class on the date his or her coverage takes effect. An Insured Person may become eligible for increases in the amount of insurance in accord with the table. Any such increase will take effect on the latest of:

    (1)    the first day of the Insurance Month which coincides with or follows the date on which the Insured Person becomes eligible for the increase; provided he or she is Actively at Work on that day;

    (2)    the day the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or

    (3)    the day any required evidence of insurability is approved by the Company.

Any decrease will take effect on the day of the change; whether or not the Insured Person is Actively at Work.

The amount of an Insured Person's Life Insurance shall be reduced by the amount of any Life Insurance in effect as a result of exercising the rights under the Conversion Privilege section of this Policy.

## CLASSIFICATION

Class 1      All Full-Time Salaried Employees

Class 2      All Full-Time Hourly Employees

WAITING PERIOD:    90 days of continuous Active Work (For date insurance begins, refer to "Effective Date" section)

GL1101-2

3

01/01/14

## SCHEDULE OF INSURANCE (CONTINUED)

## LIFE AND AD&D INSURANCE

|  | Amount of Personal Life Insurance | AD&D Insurance Principal Sum |
|---|---|---|
| Class 1 | One times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. | Two times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. |
| Class 2 | One times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. | Two times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. |

Personal Life and AD&D Insurance will be reduced as follows:
- At age 65, benefits will reduce by 33% of the original amount;
- At age 70, benefits will reduce an additional 22% of the original amount.

Benefits will terminate when the Insured Person retires.

If the Insured Person first enrolls for Personal Life and AD&D Insurance at age 65 or older, the above age reductions will apply to:
- Any Guarantee Issue Amount available without evidence of insurability; and
- The maximum amount of insurance for which he or she is eligible.

**(Effective July 1, 2011) Basic Annual Earnings** means the Insured Person's annual base salary or annualized hourly pay from the Group Policyholder before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the loss.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Group Policyholder. It will not exceed the amount shown in the Group Policyholder's financial records or the amount for which premium has been paid; whichever is less.

Insured Persons are not required to make contributions for Personal Life Insurance and AD&D Insurance.

GL1101-2

3-2

01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 24-1     Filed 01/29/19     Page 6 of 14

## SCHEDULE OF INSURANCE (CONTINUED)

The following chart applies to the Extension of Death Benefit provision when benefits end upon attainment of the Social Security Normal Retirement Age:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 and prior | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 - 54 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and later | 67 |

Note: Persons born on January 1 of any year should refer to the Normal Retirement Age for the previous year.

If any evidence of insurability is required, it will be provided at the Person's own expense.

GL1101-2

3-3

01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 24-1     Filed 01/29/19     Page 7 of 14

## DEFINITIONS

ACTIVE WORK or ACTIVELY AT WORK means an employee's full-time performance of all customary duties of his or her occupation at:
  (1)  the GROUP POLICYHOLDER'S place of business; or
  (2)  any other business location where the employee is required to travel.

Unless disabled on the prior workday or on the day of absence, an employee will be considered Actively at Work on the following days:
  (1)  a Saturday, Sunday or holiday which is not a scheduled workday;
  (2)  a paid vacation day, or other scheduled or unscheduled non-workday; or
  (3)  an excused or emergency leave of absence (except a medical leave).

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY OR DATE means at 12:01 A.M., Standard Time, at the GROUP POLICYHOLDER'S place of business; when used with regard to eligibility dates and effective dates. It means 12:00 midnight, Standard Time, at the same place; when used with regard to termination dates.

FULL-TIME EMPLOYEE means an employee of the GROUP POLICYHOLDER:
  (1)  whose employment with the GROUP POLICYHOLDER is the employee's principal occupation;
  (2)  who is not a temporary or seasonal employee; and
  (3)  who is regularly scheduled to work at such occupation at least 32 hours each week.

GROUP POLICYHOLDER means the person, partnership, corporation, or trust as shown on the Title Page of this Policy.

INSURANCE MONTH means that period of time:
  (1)  beginning at 12:01 A.M. Standard Time, at the GROUP POLICYHOLDER'S place of business on the first day of any calendar month; and
  (2)  ending at 12:00 midnight on the last day of the same calendar month.

INSURED PERSON means a PERSON for whom the coverages provided by this Policy are in effect.

PERSON means a FULL-TIME EMPLOYEE of the GROUP POLICYHOLDER:
  (1)  who is a member of an employee class which is eligible for coverage under this Policy; and
  (2)  who has completed an enrollment form.

PERSONAL INSURANCE means the insurance provided by this Policy on Insured Persons.

PHYSICIAN means a licensed practitioner of the healing arts other than the Insured Person or a relative of the Insured Person.

POLICY means this Group Insurance Policy issued by the Company to the Group Policyholder.

GL1101-3 91

4

(REV)
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 8 of 14

# GENERAL PROVISIONS

ENTIRE CONTRACT. The entire contract between the parties consists of:
   (1)   this Policy and the Group Policyholder's application (a copy is attached); and
   (2)   the Insured Persons' enrollment cards, if any.
All statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy; unless:
   (1)   it is contained in a written statement signed by that Insured Person; and
   (2)   a copy of the statement is furnished to the Insured Person or Beneficiary.

Only an Officer of the Company may change this Policy or extend the time for payment of any premium. No change will be valid unless made in writing and signed by an Officer of the Company. Any change so made will be binding on all persons referred to in this Policy.

INCONTESTABILITY. Except for the non-payment of premiums, the Company may not contest the validity of this Policy as to any Insured Person after it has been in force for two years during his or her lifetime. This clause will not affect the Company's right to contest claims made for disability, accidental death, or accidental dismemberment benefits.

NONPARTICIPATION. This Policy will not be entitled to share in the surplus earnings of the Company.

BASIS OF RESERVE. The reserve for this Policy will not be less than the reserve computed using:
   (1)   the 1970 Intercompany Group Life Disability Valuation Table; and
   (2)   interest at not less than three percent per annum.

INFORMATION TO BE FURNISHED. The Group Policyholder may be required to furnish any information needed to administer this Policy. Clerical error by the Group Policyholder will not:
   (1)   affect the amount of insurance which would otherwise be in effect; or
   (2)   continue insurance which otherwise would be terminated.

Once an error is discovered, an equitable adjustment in premium will be made. If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the twelve month period which precedes the date the Company receives proof such an adjustment should be made.

The Company may inspect any of the Group Policyholder's records which relate to this Policy.

MISSTATEMENT OF AGE. If an Insured Person's age has been misstated, premiums will be subject to an equitable adjustment. If the amount of benefit depends upon age; then the benefit will be that which would have been payable, based upon the person's correct age.

CERTIFICATES. The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person. These certificates summarize the benefits provided by this Policy. If there is a conflict between the Policy and the Certificate, the Policy will control.

CONFORMITY WITH STATE STATUTES. If any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

WORKER'S COMPENSATION. This Policy is not to be construed to provide benefits required by Worker's Compensation laws.

GL1101-4 95

5

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 9 of 14

10

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 9 of 14

10

## ELIGIBILITY AND EFFECTIVE DATES FOR PERSONAL INSURANCE

ELIGIBILITY. A Person becomes eligible for the coverage provided by this Policy on the later of:
   (1)   the Policy's date of issue; or
   (2)   the date the Waiting Period is completed.

WAITING PERIOD. (See Schedule of Insurance).

EFFECTIVE DATE. Personal Insurance becomes effective on the latest of:
   (1)   the date the Person becomes eligible for the coverage;
   (2)   the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
   (3)   the date the Person makes written application for Personal Insurance; and signs:
       (a)   a payroll deduction order, if Insured Persons pay any part of the Policy premium; or
       (b)   an order to pay premiums from the Person's Section 125 Plan account, if Employer contributions are made through a Section 125 Plan; or
   (4)   the date the Company approves the Person's coverage, if evidence of insurability is required.

EVIDENCE OF INSURABILITY. Evidence of insurability satisfactory to the Company must be submitted when:
   (1)   a Person makes written application for Personal Insurance more than 31 days after becoming eligible for the coverage; or
   (2)   a Person makes written application for Personal Insurance after he or she has requested:
       (a)   to cancel Personal Insurance;
       (b)   to stop payroll deductions for the coverage; or
       (c)   to stop premium payments from the Section 125 Plan account.

EXCEPTIONS. If an Insured Person's coverage terminates due to an approved leave of absence or military leave, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person returns within six months after the leave begins;
   (2)   the Person applies or is enrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.

If an Insured Person's coverage terminates due to a lay-off, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person returns within 12 months after the date the lay-off begins;
   (2)   the Person applies or is reenrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.
Reinstatement will take effect on the date the Insured Person returns to Active Work.

If an Insured Person's coverage terminates because his or her employment ends, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person is rehired within 12 months after employment terminated;
   (2)   the Person applies or is reenrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.
Reinstatement will take effect on the date the Insured Person returns to Active Work.

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 10 of 14

# INDIVIDUAL TERMINATIONS

An Insured Person's coverage will terminate on the earliest of:

(1) the date this Policy terminates;

(2) the last day of the Insurance Month in which the Insured Person requests termination;

(3) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;

(4) the date the Insured Person ceases to be in a class of employees which is eligible for coverage under this Policy;

(5) with respect to any particular insurance benefit, the date the portion of the Policy providing that benefit terminates;

(6) the date on which the Insured Person's employment with the Group Policyholder or Participating Employer terminates; or

(7) the date the Insured Person enters the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium.)

Ceasing Active Work results in termination of insurance; but coverage may be continued as follows:

(1) If the Insured Person is disabled due to illness or injury, then coverage may be continued until the earlier of:

(a) 12 Insurance Months after the disability begins; or

(b) the date the Person is no longer disabled;

provided premium payments are made on his or her behalf.

If the Insured Person is totally disabled due to illness or injury, and active employment is a condition of insurance; then Life Insurance may be continued until the earlier of:

(a) the date the Insured Person is no longer totally disabled; or

(b) the date the Insured Person qualifies for any Extension of Death Benefit under this Policy;

provided this Policy (or the Participating Employer's participation) remains in effect; and premium payments are made on the Insured Person's behalf. For the first 6 months of continued Life Insurance, the Insured Person will be required to pay the Group Policyholder or Participating Employer only that part of the premium he or she would have been required to pay as an Active Employee. "Total Disability" will be defined in the Extension of Death Benefit section of this Policy.

(2) If the Insured Person ceases work due to a temporary lay off, an approved leave of absence, or a military leave; then coverage may be continued:

(a) for three Insurance Months after the lay off or leave begins;

(b) provided premium payments are made on his or her behalf.

GL1101-5 93 IN

(FMLA)
01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 24-1     Filed 01/29/19     Page 11 of 14

12

## PREMIUMS AND PREMIUM RATES

PAYMENT OF PREMIUMS. No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

PREMIUM RATE CHANGE. The Company may change any premium rate on any of the following dates:
(1) the date this Policy's terms are changed;
(2) the date the Company's liability is changed due to a change in federal, state or local law;
(3) the date the Group Policyholder (or any covered division, subsidiary or affiliated company) relocates, dissolves or merges, or is added to or removed from this Policy;
(4) the date any coverage for one or more classes ceases to be provided under this Policy;
(5) the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6) on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 31 days' advance written notice of any increase in premium rates.

PREMIUM AMOUNT. The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.
(1) When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2) When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3) When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

### PREMIUM RATE SCHEDULE

Monthly Group Life Rate                                $.12 per $1,000 of insurance

Monthly AD&D Rate                                      .03 per $1,000 of insurance

GL1101-6 04

01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 24-1     Filed 01/29/19     Page 12 of 14

## GRACE PERIOD

A grace period of 31 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 31 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:
(1)   the total number of Insured Persons is less than ten;
(2)   all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
(3)   part of the premium is paid by Insured Persons and less than 75% of those eligible for coverage are insured;
(4)   the Group Policyholder, without good cause, fails to:
  (a)   promptly furnish any information the Company reasonably requires; or
  (b)   perform its duties pertaining to this Policy in good faith;
(5)   the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
(6)   state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:
(1)   on the date the Company receives the notice; or
(2)   any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

AUTOMATIC TERMINATION. If any premium remains unpaid at the end of the Grace Period; then this Policy will automatically terminate, without any action on the Company's part, on the last day of the Grace Period. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

GL1101-7 04

9

No Bene.-ten lives
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 24-1    Filed 01/29/19    Page 13 of 14

# BENEFICIARY

PAYMENTS TO BENEFICIARY. At an Insured Person's death, the amount of his or her Personal Life Insurance will be paid to the surviving Beneficiary. If the Insured Person has not named a Beneficiary, or if no named Beneficiary survives the Insured Person; then payment will be made to that Insured Person's:

(1) surviving spouse; or, if none
(2) surviving child or children in equal shares; or, if none
(3) surviving parent or parents in equal shares; or, if none
(4) surviving brothers and sisters in equal shares; or, if none
(5) estate, or in accord with the Facility of Payment section of this Policy.

The amount payable to anyone shown above will be reduced by any amount paid in accord with the Facility of Payment section.

In determining who is to receive payment, the Company may rely upon an affidavit by a member of the class of relatives to receive payment. The Company will make payment based upon the affidavit it has; unless it receives notice of a valid claim by some other person, at its Group Insurance Service Office, before paying the proceeds. Such payment will release the Company from any further obligation for the Insured Person's life insurance benefit.

If an Insured Person's named Beneficiary dies:
(1) within 15 days of the Insured Person's death; and
(2) before the Company receives satisfactory proof of the Insured Person's death;
then payment will be made as if the Insured Person had survived that Beneficiary; unless other provisions have been made.

NAMING THE BENEFICIARY. An Insured Person's Beneficiary will be as shown on his or her enrollment card, unless changed. This Policy may replace a group policy providing similar coverages. In that event, the Beneficiary which the Insured Person named under the prior policy will be the Beneficiary under this Policy, until changed.

CHANGING THE BENEFICIARY. Only the Insured Person, or his or her assignee, may change the Beneficiary. A new Beneficiary may be named by filing a written notice of the change with the Company at its Group Insurance Service Office. The change will be effective as of the date it was signed; subject to any action the Company takes before receiving notice of the change.

When applying for a conversion policy under the Conversion Privilege Section, an Insured Person must name a Beneficiary. The Beneficiary named for the conversion policy may be someone other than the person named under this Policy. In that event, the application for the conversion policy will be treated as a written notice of change of Beneficiary.



GL1101-7.1A 96

10

Pref. Bene.
01/01/14