**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| VANESSA LEE, Individually as Executor of the JOHN LEE ESTATE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | No.  6:18-cv-02063-CJW<br><br>**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** |

Defendant, The Lincoln National Life Insurance Company, timely files this Submission of Administrative Record pursuant to the Court's Scheduling Order (Doc 21).  Plaintiff has filed her Opening Brief (Doc 22-25), and Defendant will file its Opening Brief by the deadline specified in the Scheduling Order.

      1)     Group Life Insurance Policy (Liberty/Lee 001-029);

      2)     Group Life Insurance Certificate of Insurance (Liberty/Lee 030-053);

      3)     Group Voluntary Life Insurance Certificate of Insurance (Liberty/Lee 054-088); and

      4)     Administrative Record (Liberty/Lee 089-643).

SUBMITTED this 13th day of February 2019.

                              **LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

                By:     /s/ Iwana Rademaekers
                        Iwana Rademaekers, Esq.
                        (Admitted *Pro Hac Vice*)
                        14785 Preston Road, Suite 550
                        Dallas, Texas 75254
                        Main:  (214) 579-9319
                        Fax:  (469) 444-6456
                        Email:  iwana@rademaekerslaw.com

AND


**LEDERER WESTON CRAIG PLC**

By:　　/s/ Brenda K. Wallrichs
　　　　Brenda K. Wallrichs  AT0008203
　　　　118 Third Avenue SE, Suite 700
　　　　P. O. Box 1927
　　　　Cedar Rapids, IA  52406-1927
　　　　Phone:  (319) 365-1184
　　　　Fax:  (319) 365-1186
　　　　E-mail:  bwallrichs@lwclawyers.com

　　　　ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Larry F. Woods
Email:  lfwoods@trxinc.com

　　　　　　　　　　　　　/s/ Iwana Rademaekers
　　　　　　　　　　　　　Iwana Rademaekers


**2**