

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

March 14, 2014

Karen Maxwell
Ashley Industrial Moldings, Inc.
310 So. Wabash Street
Ashley, IN   46705

Re:     Policy No.  000010132080 (Life/AD&D)
                    000010132081 (Long Term Disability)
                    000400001000-12077 (Voluntary Life)
        Group I.D.  AIM3

Dear Karen Maxwell:

Enclosed you will find Amendments and revised policies.  As requested, we have amended the above referenced policy to reflect a Waiting Period of "90 days" with the Effective Date for the Employee's coverage to be "the day the Person becomes eligible for the coverage".   These amendments were effective January 1, 2014.

Revised certificates are located on The Lincoln National Life Insurance Company website, www.lincoln4benefits.com.  A supply of printed certificates can be requested from Client Services at the telephone number or email address below.

Please note, changes have been incorporated into your policies and certificates due to compliance updates.  This does not change the original intent of your policy.

If you have any questions on this change, please feel free to contact your broker or Customer Service Professional at (800) 423-2765, Option 2; or via email at ClientServices@LFG.com.  Thank you for giving The Lincoln National Life Insurance Company an opportunity to serve you.

Sincerely,

The Lincoln National Life Insurance Company

Enclosures

> EXHIBIT
>
> __1__

AMENDMENT NO.  3

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.:  000010132080

ISSUED TO:  Ashley Industrial Moldings, Inc.

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated January 1, 2014.

The effective date of this amendment is January 1, 2014; but only with respect to losses incurred on or after that date.  Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_____
Officer of the Company

GL1100A AMEND.

Lincoln/Lee 002

# The Lincoln National Life Insurance Company

A Stock Company     Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

Group Policyholder:

Ashley Industrial Moldings, Inc.

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date.  Subsequent premiums are due on February 1, 2011, and on the same day of each month after that.  Policy anniversaries will be each January 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska.  The issue date of this Policy is January 1, 2011.

SECRETARY                                    PRESIDENT

**GROUP INSURANCE POLICY**
No. 000010132080
PROVIDING
LIFE INSURANCE
ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

GL1101-TITLE PAGE                                    95
01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 26-1     Filed 02/13/19     Page 3 of 29     Lincoln/Lee 003

# TABLE OF CONTENTS

Schedule of Insurance………………………………………………………3

Definitions …………………………………………………………………4

General Provisions …………………………………………………………5

Eligibility and Effective Dates for Personal Insurance…………………………6

Individual Terminations ……………………………………………………7

Premiums and Premium Rates …………………………………………………8

Grace Period…………………………………………………………………9

Policy Termination…………………………………………………………9

Beneficiary…………………………………………………………………10

Assignments …………………………………………………………………11

Facility of Payment…………………………………………………………12

Death Benefit………………………………………………………………12

Settlement Options …………………………………………………………12

Extension of Death Benefit ………………………………………………13

Accelerated Death Benefit …………………………………………………14

Conversion Privilege………………………………………………………16

Claims Procedures for Life or Accidental Death and Dismemberment Benefits …….17

Accidental Death and Dismemberment Insurance ……………………………………20

Safe Driver Benefit…………………………………………………………22

Notice………………………………………………………………………23

Prior Insurance Credit Provision …………………………………………25

GL1101-1

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 4 of 29    Lincoln/Lee 004

# SCHEDULE OF INSURANCE

The amount of an Insured Person's insurance is determined from the following table.  The initial amount of coverage is the amount which applies to an Insured Person's Class on the date his or her coverage takes effect.  An Insured Person may become eligible for increases in the amount of insurance in accord with the table.  Any such increase will take effect on the latest of:

(1)  the first day of the Insurance Month which coincides with or follows the date on which the Insured Person becomes eligible for the increase; provided he or she is Actively at Work on that day;

(2)  the day the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or

(3)  the day any required evidence of insurability is approved by the Company.

Any decrease will take effect on the day of the change; whether or not the Insured Person is Actively at Work.

The amount of an Insured Person's Life Insurance shall be reduced by the amount of any Life Insurance in effect as a result of exercising the rights under the Conversion Privilege section of this Policy.

## CLASSIFICATION

Class 1    All Full-Time Salaried Employees

Class 2    All Full-Time Hourly Employees

WAITING PERIOD:    90 days of continuous Active Work  (For date insurance begins, refer to "Effective Date" section)

GL1101-2

3

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 5 of 29    Lincoln/Lee 005

**SCHEDULE OF INSURANCE (CONTINUED)**

**LIFE AND AD&D INSURANCE**

|  | Amount of Personal Life Insurance | AD&D Insurance Principal Sum |
|---|---|---|
| Class 1 | One times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. | Two times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. |
| Class 2 | One times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. | Two times Basic Annual Earnings, rounded to the next higher $1,000; subject to a minimum of $10,000 and a maximum of $200,000. |

Personal Life and AD&D Insurance will be reduced as follows:
- At age 65, benefits will reduce by 33% of the original amount;
- At age 70, benefits will reduce an additional 22% of the original amount.

Benefits will terminate when the Insured Person retires.

If the Insured Person first enrolls for Personal Life and AD&D Insurance at age 65 or older, the above age reductions will apply to:
- Any Guarantee Issue Amount available without evidence of insurability; and
- The maximum amount of insurance for which he or she is eligible.

**(Effective July 1, 2011) Basic Annual Earnings** means the Insured Person's annual base salary or annualized hourly pay from the Group Policyholder before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the loss.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Group Policyholder. It will not exceed the amount shown in the Group Policyholder's financial records or the amount for which premium has been paid; whichever is less.

Insured Persons are not required to make contributions for Personal Life Insurance and AD&D Insurance.

GL1101-2

Case 6:18-cv-02063-CJW-MAR     Document 26-1     Filed 02/13/19     Page 6 of 29     Lincoln/Lee 006

# SCHEDULE OF INSURANCE (CONTINUED)

The following chart applies to the Extension of Death Benefit provision when benefits end upon attainment of the Social Security Normal Retirement Age:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 and prior | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 - 54 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and later | 67 |

Note:   Persons born on January 1 of any year should refer to the Normal Retirement Age for the previous year.

If any evidence of insurability is required, it will be provided at the Person's own expense.

GL1101-2

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 7 of 29    Lincoln/Lee 007

# DEFINITIONS

ACTIVE WORK or ACTIVELY AT WORK means an employee's full-time performance of all customary duties of his or her occupation at:
(1)  the GROUP POLICYHOLDER'S place of business; or
(2)  any other business location where the employee is required to travel.

Unless disabled on the prior workday or on the day of absence, an employee will be considered Actively at Work on the following days:
(1)  a Saturday, Sunday or holiday which is not a scheduled workday;
(2)  a paid vacation day, or other scheduled or unscheduled non-workday; or
(3)  an excused or emergency leave of absence (except a medical leave).

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY OR DATE means at 12:01 A.M., Standard Time, at the GROUP POLICYHOLDER'S place of business; when used with regard to eligibility dates and effective dates.  It means 12:00 midnight, Standard Time, at the same place; when used with regard to termination dates.

FULL-TIME EMPLOYEE means an employee of the GROUP POLICYHOLDER:
(1)  whose employment with the GROUP POLICYHOLDER is the employee's principal occupation;
(2)  who is not a temporary or seasonal employee; and
(3)  who is regularly scheduled to work at such occupation at least 32 hours each week.

GROUP POLICYHOLDER means the person, partnership, corporation, or trust as shown on the Title Page of this Policy.

INSURANCE MONTH means that period of time:
(1)  beginning at 12:01 A.M. Standard Time, at the GROUP POLICYHOLDER'S place of business on the first day of any calendar month; and
(2)  ending at 12:00 midnight on the last day of the same calendar month.

INSURED PERSON means a PERSON for whom the coverages provided by this Policy are in effect.

PERSON means a FULL-TIME EMPLOYEE of the GROUP POLICYHOLDER:
(1)  who is a member of an employee class which is eligible for coverage under this Policy; and
(2)  who has completed an enrollment form.

PERSONAL INSURANCE means the insurance provided by this Policy on Insured Persons.

PHYSICIAN means a licensed practitioner of the healing arts other than the Insured Person or a relative of the Insured Person.

POLICY means this Group Insurance Policy issued by the Company to the Group Policyholder.

GL1101-3 91                                                          (REV)
                                                                  01/01/14
                              4

Lincoln/Lee 008

# GENERAL PROVISIONS

ENTIRE CONTRACT.  The entire contract between the parties consists of:
    (1)    this Policy and the Group Policyholder's application (a copy is attached); and
    (2)    the Insured Persons' enrollment cards, if any.
All statements made by the Group Policyholder and by Insured Persons are representations and not warranties.  No statement made by an Insured Person will be used to contest the coverage provided by this Policy; unless:
    (1)    it is contained in a written statement signed by that Insured Person; and
    (2)    a copy of the statement is furnished to the Insured Person or Beneficiary.

Only an Officer of the Company may change this Policy or extend the time for payment of any premium.  No change will be valid unless made in writing and signed by an Officer of the Company.  Any change so made will be binding on all persons referred to in this Policy.

INCONTESTABILITY.  Except for the non-payment of premiums, the Company may not contest the validity of this Policy as to any Insured Person after it has been in force for two years during his or her lifetime.  This clause will not affect the Company's right to contest claims made for disability, accidental death, or accidental dismemberment benefits.

NONPARTICIPATION.  This Policy will not be entitled to share in the surplus earnings of the Company.

BASIS OF RESERVE.  The reserve for this Policy will not be less than the reserve computed using:
    (1)    the 1970 Intercompany Group Life Disability Valuation Table; and
    (2)    interest at not less than three percent per annum.

INFORMATION TO BE FURNISHED.  The Group Policyholder may be required to furnish any information needed to administer this Policy.  Clerical error by the Group Policyholder will not:
    (1)    affect the amount of insurance which would otherwise be in effect; or
    (2)    continue insurance which otherwise would be terminated.

Once an error is discovered, an equitable adjustment in premium will be made.  If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the twelve month period which precedes the date the Company receives proof such an adjustment should be made.

The Company may inspect any of the Group Policyholder's records which relate to this Policy.

MISSTATEMENT OF AGE.  If an Insured Person's age has been misstated, premiums will be subject to an equitable adjustment.  If the amount of benefit depends upon age; then the benefit will be that which would have been payable, based upon the person's correct age.

CERTIFICATES.  The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person.  These certificates summarize the benefits provided by this Policy.  If there is a conflict between the Policy and the Certificate, the Policy will control.

CONFORMITY WITH STATE STATUTES.  If any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

WORKER'S COMPENSATION.  This Policy is not to be construed to provide benefits required by Worker's Compensation laws.

GL1101-4 95

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 9 of 29    Lincoln/Lee 009

# ELIGIBILITY AND EFFECTIVE DATES FOR PERSONAL INSURANCE

ELIGIBILITY.  A Person becomes eligible for the coverage provided by this Policy on the later of:
   (1)   the Policy's date of issue; or
   (2)   the date the Waiting Period is completed.

WAITING PERIOD.  (See Schedule of Insurance).

EFFECTIVE DATE.  Personal Insurance becomes effective on the latest of:
   (1)   the date the Person becomes eligible for the coverage;
   (2)   the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
   (3)   the date the Person makes written application for Personal Insurance; and signs:
      (a)   a payroll deduction order, if Insured Persons pay any part of the Policy premium; or
      (b)   an order to pay premiums from the Person's Section 125 Plan account, if Employer contributions are made through a Section 125 Plan; or
   (4)   the date the Company approves the Person's coverage, if evidence of insurability is required.

EVIDENCE OF INSURABILITY.  Evidence of insurability satisfactory to the Company must be submitted when:
   (1)   a Person makes written application for Personal Insurance more than 31 days after becoming eligible for the coverage; or
   (2)   a Person makes written application for Personal Insurance after he or she has requested:
      (a)   to cancel Personal Insurance;
      (b)   to stop payroll deductions for the coverage; or
      (c)   to stop premium payments from the Section 125 Plan account.

EXCEPTIONS.  If an Insured Person's coverage terminates due to an approved leave of absence or military leave, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person returns within six months after the leave begins;
   (2)   the Person applies or is enrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.

If an Insured Person's coverage terminates due to a lay-off, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person returns within 12 months after the date the lay-off begins;
   (2)   the Person applies or is reenrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.
Reinstatement will take effect on the date the Insured Person returns to Active Work.

If an Insured Person's coverage terminates because his or her employment ends, the Company will waive any Waiting Period or evidence of insurability requirement upon his or her return; provided:
   (1)   the Person is rehired within 12 months after employment terminated;
   (2)   the Person applies or is reenrolled within 31 days after resuming Active Work; and
   (3)   the reinstated amount of insurance does not exceed the amount which terminated.
Reinstatement will take effect on the date the Insured Person returns to Active Work.

# INDIVIDUAL TERMINATIONS

An Insured Person's coverage will terminate on the earliest of:
(1) the date this Policy terminates;
(2) the last day of the Insurance Month in which the Insured Person requests termination;
(3) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;
(4) the date the Insured Person ceases to be in a class of employees which is eligible for coverage under this Policy;
(5) with respect to any particular insurance benefit, the date the portion of the Policy providing that benefit terminates;
(6) the date on which the Insured Person's employment with the Group Policyholder or Participating Employer terminates; or
(7) the date the Insured Person enters the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium.)

Ceasing Active Work results in termination of insurance; but coverage may be continued as follows:
(1) If the Insured Person is disabled due to illness or injury, then coverage may be continued until the earlier of:
  (a) 12 Insurance Months after the disability begins; or
  (b) the date the Person is no longer disabled;
  provided premium payments are made on his or her behalf.

  If the Insured Person is totally disabled due to illness or injury, and active employment is a condition of insurance; then Life Insurance may be continued until the earlier of:
  (a) the date the Insured Person is no longer totally disabled; or
  (b) the date the Insured Person qualifies for any Extension of Death Benefit under this Policy;
  provided this Policy (or the Participating Employer's participation) remains in effect; and premium payments are made on the Insured Person's behalf. For the first 6 months of continued Life Insurance, the Insured Person will be required to pay the Group Policyholder or Participating Employer only that part of the premium he or she would have been required to pay as an Active Employee. "Total Disability" will be defined in the Extension of Death Benefit section of this Policy.
(2) If the Insured Person ceases work due to a temporary lay off, an approved leave of absence, or a military leave; then coverage may be continued:
  (a) for three Insurance Months after the lay off or leave begins;
  (b) provided premium payments are made on his or her behalf.

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 11 of 29    Lincoln/Lee 011

**PREMIUMS AND PREMIUM RATES**

PAYMENT OF PREMIUMS. No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

PREMIUM RATE CHANGE. The Company may change any premium rate on any of the following dates:
(1) the date this Policy's terms are changed;
(2) the date the Company's liability is changed due to a change in federal, state or local law;
(3) the date the Group Policyholder (or any covered division, subsidiary or affiliated company) relocates, dissolves or merges, or is added to or removed from this Policy;
(4) the date any coverage for one or more classes ceases to be provided under this Policy;
(5) the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6) on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 31 days' advance written notice of any increase in premium rates.

PREMIUM AMOUNT. The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.
(1) When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2) When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3) When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

**PREMIUM RATE SCHEDULE**

Monthly Group Life Rate                  $.12 per $1,000 of insurance

Monthly AD&D Rate                     .03 per $1,000 of insurance

GL1101-6 04

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 12 of 29    Lincoln/Lee 012

## GRACE PERIOD

A grace period of 31 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 31 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:
  (1)   the total number of Insured Persons is less than ten;
  (2)   all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
  (3)   part of the premium is paid by Insured Persons and less than 75% of those eligible for coverage are insured;
  (4)   the Group Policyholder, without good cause, fails to:
        (a)   promptly furnish any information the Company reasonably requires; or
        (b)   perform its duties pertaining to this Policy in good faith;
  (5)   the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
  (6)   state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:
  (1)   on the date the Company receives the notice; or
  (2)   any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

AUTOMATIC TERMINATION. If any premium remains unpaid at the end of the Grace Period; then this Policy will automatically terminate, without any action on the Company's part, on the last day of the Grace Period. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

Case 6:18-cv-02063-CJW-MAR     Document 26-1     Filed 02/13/19     Page 13 of 29     Lincoln/Lee 013

# BENEFICIARY

PAYMENTS TO BENEFICIARY.  At an Insured Person's death, the amount of his or her Personal Life Insurance will be paid to the surviving Beneficiary.  If the Insured Person has not named a Beneficiary, or if no named Beneficiary survives the Insured Person; then payment will be made to that Insured Person's:
- (1)    surviving spouse; or, if none
- (2)    surviving child or children in equal shares; or, if none
- (3)    surviving parent or parents in equal shares; or, if none
- (4)    surviving brothers and sisters in equal shares; or, if none
- (5)    estate, or in accord with the Facility of Payment section of this Policy.

The amount payable to anyone shown above will be reduced by any amount paid in accord with the Facility of Payment section.

In determining who is to receive payment, the Company may rely upon an affidavit by a member of the class of relatives to receive payment.  The Company will make payment based upon the affidavit it has; unless it receives notice of a valid claim by some other person, at its Group Insurance Service Office, before paying the proceeds.  Such payment will release the Company from any further obligation for the Insured Person's life insurance benefit.

If an Insured Person's named Beneficiary dies:
- (1)    within 15 days of the Insured Person's death; and
- (2)    before the Company receives satisfactory proof of the Insured Person's death;

then payment will be made as if the Insured Person had survived that Beneficiary; unless other provisions have been made.

NAMING THE BENEFICIARY.  An Insured Person's Beneficiary will be as shown on his or her enrollment card, unless changed.  This Policy may replace a group policy providing similar coverages.  In that event, the Beneficiary which the Insured Person named under the prior policy will be the Beneficiary under this Policy, until changed.

CHANGING THE BENEFICIARY.   Only the Insured Person, or his or her assignee, may change the Beneficiary.  A new Beneficiary may be named by filing a written notice of the change with the Company at its Group Insurance Service Office.  The change will be effective as of the date it was signed; subject to any action the Company takes before receiving notice of the change.

When applying for a conversion policy under the Conversion Privilege Section, an Insured Person must name a Beneficiary.  The Beneficiary named for the conversion policy may be someone other than the person named under this Policy.  In that event, the application for the conversion policy will be treated as a written notice of change of Beneficiary.

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 14 of 29    Lincoln/Lee 014

## ASSIGNMENTS

Personal Life Insurance and Accidental Death Insurance may be assigned. The assignments allowed under this Policy are absolute assignments and funeral assignments as described below.

No assignment will be binding on the Company unless and until:
   (1)   it is made on a form furnished by the Company;
   (2)   the original is completed and filed with the Company at its Group Insurance Service Office; and
   (3)   it is approved by the Company.

The Company and the Group Policyholder do not assume responsibility for the validity or effect of an assignment.

ABSOLUTE ASSIGNMENTS. An Insured Person may make an irrevocable assignment of his or her Personal Life Insurance and Accidental Death Insurance as a gift (with no consideration), providing he or she has the legal capacity and the mental capacity to do so. It may be made to a trust or to one or more of the Insured Person's relatives, their estates, or to a trustee of a trust under which one of the relatives is a beneficiary.

The term "relatives" includes, but is not limited to, an Insured Person's spouse, parents, grandparents, aunts, uncles, siblings, children, adopted children, stepchildren, and grandchildren.

In some states, community property is an established form of ownership that must be considered in making an assignment. If an Insured Person makes an absolute assignment to two or more assignees, such assignees will be joint owners with the right of survivorship between them. An Insured Person should consult with his or her own legal advisor before making an assignment.

Once the assignment has been recorded by the Company, the Insured Person can no longer change the beneficiary and cannot apply for conversion. Only the assignee can change the beneficiary designation if the previous designation is revocable. An assignment will have no effect on a prior irrevocable beneficiary designation. Only the assignee can apply for conversion but only when the Conversion Privilege provision would have been available to the Insured Person in the absence of the assignment under this Policy.

An absolute assignment cannot be used as a collateral assignment.

FUNERAL ASSIGNMENTS. Upon an Insured Person's death, the beneficiary may assign the Personal Life Insurance benefit and Accidental Death Insurance benefit to a funeral home for payment of burial expenses. After payment has been made for the burial expenses to the assigned funeral home, the remaining death benefit is then paid in accord with the Beneficiary and Settlement Options sections of this Policy.

GL1101-7.1C 01

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 15 of 29    Lincoln/Lee 015

# FACILITY OF PAYMENT

Policy benefits may become payable to an Insured Person's estate, to a minor, or to a person who the Company does not consider competent to give a valid release. In that event, the Company has the option to pay one or more of the following:
   (1)   a person who has assumed the care and support of the Insured Person or Beneficiary;
   (2)   a person who has incurred expense as a result of the Insured Person's last illness or death;
   (3)   the personal representative of the Insured Person's estate; or
   (4)   any person related by blood or marriage to the Insured Person.

No payment made under this section may exceed:
   (1)   $2,000 to a nonrelative of the Insured Person; or
   (2)   $5,000 to a relative of the Insured Person.
Any payment made in good faith under this section will fully discharge the Company to the extent of the payment. Any remaining amount of benefit will be paid as shown in the Beneficiary section.

# DEATH BENEFIT

AMOUNT PAYABLE ON DEATH. Upon receipt of satisfactory proof of an Insured Person's death, the Company will pay a death benefit equal to the amount of Personal Life Insurance in effect on the date of death. This amount is shown in the Schedule of Insurance. The benefit will be paid as shown in the Beneficiary, Facility of Payment, and Settlement Options sections.

# SETTLEMENT OPTIONS

INSTALLMENTS. All or part of the death benefit may be received in installments, by making written election to the Company.

ELECTION. While living, an Insured Person may direct the Company to pay the death benefit in installments. If no such direction is in effect at the time of the Insured Person's death, the Beneficiary may make such an election.

CONDITIONS. Any election, whether by an Insured Person or a Beneficiary, must comply with the Company's practices at the time it is made. The amount applied under a settlement option must be at least $2,000. It must be sufficient to provide a payment of at least $20 per month.

GL1101-8 96 IN

01/01/14

Lincoln/Lee 016

# EXTENSION OF DEATH BENEFIT

BENEFIT.  Life insurance will be continued, **without payment of premiums**, for an Insured Person who:
- (1)  becomes Totally Disabled while insured under this policy and before reaching age 60;
- (2)  remains Totally Disabled for at least 6 months in a row; and
- (3)  submits satisfactory proof within the 7th through the 12th months of disability; or:
  - (a)  as soon as reasonably possible after that; but
  - (b)  not later than the 24th month of disability, unless he or she was legally incapacitated.

PREMIUM PAYMENT.  Premium payments must continue until:
- (1)  the day the Insured Person is approved for this Extension of Death Benefit; or
- (2)  the day this Policy terminates (whichever occurs first).

Upon receipt of satisfactory proof, the Company will refund up to 12 months' premium paid for the Insured Person's life insurance, from the 1st day of Total Disability.

DEFINITION.  For this benefit, Total Disability or Totally Disabled means an Insured Person:
- (1)  is unable, due to sickness or injury, to engage in any employment or occupation for which such Insured Person is or becomes qualified by reason of education, training, or experience; and
- (2)  is not engaging in any gainful employment or occupation.

AMOUNT CONTINUED.  The life insurance continued by this section:
- (1)  will be the amount of Personal Life Insurance and any Dependent Life Insurance in effect on the day the Insured Person's Total Disability begins; and
- (2)  will be subject to the reductions and terminations in effect under this Policy on that day.

If the Insured Person receives an Accelerated Death Benefit, the amount will be reduced in accord with that provision.  Any Accidental Death and Dismemberment Benefit will not be continued.

ADDITIONAL PROOF.  At any time during this continuation, the Company may require the Insured Person:
- (1)  to submit further proof of his or her continued Total Disability; and
- (2)  to be examined by a Physician of the Company's choice, as often as reasonably necessary.

After the first two years of Total Disability, the Company will not request proof or an exam more than once a year.  Proof will be at the Insured Person's expense; unless the Company requests an exam by a Physician of its choice.

When an Insured Person dies after submitting proof, further proof must be submitted to the Company showing that he or she remained continuously and Totally Disabled until death.  When an Insured Person dies within 12 months after Total Disability begins, but before submitting proof; then his or her death benefit will still be paid under the terms of this Policy.  But the Company must first receive satisfactory proof of his or her continuous Total Disability, from the last day of Active Work until the date of death.

TERMINATION.  Any life insurance extended under this section will terminate automatically on:
- (1)  the day the Insured Person ceases to be Totally Disabled;
- (2)  the day the Insured Person fails to take a required medical examination;
- (3)  the 60th day after the Company mails a request for additional proof, if it is not given;
- (4)  the effective date of the Insured Person's individual conversion policy, with respect to any amount of life insurance converted in accord with the Conversion Privilege section; or
- (5)  the day the Insured Person reaches Social Security Normal Retirement Age (SSNRA), as shown in the Schedule of Insurance (whichever occurs first).

RIGHTS AFTER TERMINATION.  If Total Disability ends, and the Insured Person **does not return** to a class eligible for Policy coverage; then he or she may exercise the Conversion Privilege.  If Total Disability ends, and the Insured Person **does return** to an eligible class; then his or her Policy coverage will resume when premium payments are resumed, and any conversion policy is surrendered as provided below.

CONVERSION POLICIES.  If the Insured Person has exercised the Conversion Privilege, and the benefits payable under this Policy and the conversion policy combined would exceed:
- (1)  the Insured Person's original amount of Policy coverage prior to the conversion; or
- (2)  any greater amount for which he or she later becomes insured under this Policy;

then benefits will be payable under the terms of this Policy.  But the conversion policy must first be surrendered to the Company; and no claim may be made under the conversion policy, except for refund of premium less any dividends and policy loans.

# ACCELERATED DEATH BENEFIT

BENEFIT. The Accelerated Death Benefit is an advance payment of part of the Insured Person's Personal Life Insurance. It may be paid to the Insured Person, in a lump sum, once during the Insured Person's lifetime.

To qualify, a Terminal Insured Person must:
 (1)   have satisfied the Active Work requirement under this Policy;
 (2)   have been insured under this Policy:
       (a)   on the date of an injury which results in a Terminal condition; or
       (b)   for 30 days before being diagnosed Terminal as a result of sickness; and
 (3)   have at least $2,000 of Personal Life Insurance under this Policy on the day before the Accelerated Death Benefit is paid.

Receiving the Accelerated Death Benefit will reduce the Remaining Life Insurance and the Death Benefit payable at death, as shown on the next page.

"Claimant," as used in this section, means the Terminal Insured Person for whom the Accelerated Death Benefit is requested.

"Terminal" means the Insured Person has a medical condition which is expected to result in death within 12 months, despite appropriate medical treatment.

APPLYING FOR THE BENEFIT. To withdraw the Accelerated Death Benefit, the Insured Person (or his or her legal representative) must send the Company:
 (1)   written election of the Accelerated Death Benefit, on forms supplied by the Company; and
 (2)   satisfactory proof that the Claimant is Terminal, including a Physician's written statement.

The Company reserves the right to decide whether such proof is satisfactory.

Before paying an Accelerated Death Benefit, the Company must also receive the written consent of any irrevocable beneficiary, assignee or bankruptcy court with an interest in the benefit. (See Limitations 3, 4, and 5.)

**NOTE: THIS IS NOT A LONG-TERM CARE POLICY. RECEIVING THIS ACCELERATED DEATH BENEFIT WILL REDUCE THE BENEFIT PAYABLE AT DEATH. ANY AMOUNT WITHDRAWN MAY BE TAXABLE INCOME, SO THE INSURED PERSON SHOULD CONSULT A TAX ADVISOR BEFORE APPLYING FOR THIS BENEFIT.**

AMOUNT OF THE BENEFIT. The Insured Person may elect to withdraw an Accelerated Death Benefit in any $1,000 increment; subject to:
 (1)   a minimum of $1,000 or 10% of the Claimant's amount of Life Insurance (whichever is greater); and
 (2)   a maximum of $250,000 or 75% of the Claimant's amount of Life Insurance (whichever is less).

To determine the Accelerated Death Benefit, the Company will use the lesser of A or B below:
 A.   the Claimant's amount of Life Insurance which is in force on the day before the Accelerated Death Benefit is paid; or
 B.   the Claimant's amount of Life Insurance which would be in force 12 months after that date; if the coverage is scheduled to reduce, due to age, within 12 months after the Accelerated Death Benefit is paid.

GL1101-9.8 01 DAY

ADB-DEP.

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 18 of 29    Lincoln/Lee 018

ADMINISTRATIVE CHARGE:  NONE

WITHDRAWAL FEE:  NONE

EFFECT ON AMOUNT OF LIFE INSURANCE.  "Remaining Life Insurance" means the amount of Life Insurance which remains in force on the Claimant's life after an Accelerated Death Benefit is paid.  The Remaining Life Insurance will equal:
- (1)  the Claimant's amount of Life Insurance which was used to determine the Accelerated Death Benefit (A or B above); minus
- (2)  any percentage by which the Claimant's coverage is scheduled to reduce, due to age; if the reduction occurs more than 12 months after the Accelerated Death Benefit is paid, and while he or she is still living; minus
- (3)  the amount of the Accelerated Death Benefit withdrawn.

PREMIUM:  There is no additional charge for this benefit.  Continuation of the Remaining Life Insurance will be subject to timely payment of the premium for the reduced amount; unless the Insured Person qualifies for waiver of premium under this Policy's Extension of Death Benefit provision, if included.

CONDITIONS.  If the Claimant exercises the Conversion Privilege after an Accelerated Death Benefit is paid, the amount of the conversion policy will not exceed the amount of his or her Remaining Life Insurance. If the Claimant has Accidental Death and Dismemberment benefits under this Policy, the Principal Sum will not be affected by the payment of an Accelerated Death Benefit.

EFFECT ON DEATH BENEFIT.  When the Claimant dies after an Accelerated Death Benefit is paid, the amount of Remaining Life Insurance in force on the date of death will be paid as a Death Benefit.  The Insured Person's Death Benefit will be paid in accord with the Beneficiary section of this Policy.  If the Claimant dies after application for an Accelerated Death Benefit has been made, but before the Company has made payment; then the request will be void and no Accelerated Death Benefit will be paid.  The amount of Life Insurance in force on the date of death will be paid in accord with Policy provisions.

EFFECT ON TAXES AND GOVERNMENT BENEFITS.  Any Accelerated Death Benefit amount withdrawn may be taxable income to the Insured Person.  Receipt of the Accelerated Death Benefit may also affect the Claimant's eligibility for Medicaid, Supplemental Security Income and other government benefits. The Claimant should consult his or her own tax and legal advisor before applying for an Accelerated Death Benefit.  The Company is not responsible for any tax owed or government benefit denied, as a result of the Accelerated Death Benefit payment.

LIMITATIONS.  No Accelerated Death Benefit will be paid:
- (1)  if any required premium is due and unpaid;
- (2)  on any conversion policy purchased in accord with the Conversion Privilege;
- (3)  without the written approval of the bankruptcy court, if the Insured Person has filed for bankruptcy;
- (4)  without the written consent of the beneficiary, if the Insured Person has named an irrevocable beneficiary;
- (5)  without the written consent of the assignee, if the Insured Person has assigned his or her rights under this Policy;
- (6)  if any part of the Life Insurance must be paid to the Insured Person's child, spouse or former spouse; pursuant to a legal separation agreement, divorce decree, child support order or other court order;
- (7)  if the Claimant is Terminal due to a suicide attempt, while sane or insane; or due to an intentionally self-inflicted injury;
- (8)  if a government agency requires the Insured Person or the Claimant to use the Accelerated Death Benefit to apply for, receive or continue a government benefit or entitlement; or
- (9)  if an Accelerated Death Benefit has been previously paid for the Claimant under this Policy.

GL1101-9.8 01 DAY

ADB-DEP.

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 19 of 29    Lincoln/Lee 019

# CONVERSION PRIVILEGE - CONVERSION BENEFITS

GENERAL CONVERSION BENEFIT. An individual life policy (known as a conversion policy) may be purchased from the Company without evidence of insurability, if all or part of anyone's life insurance under this Policy terminates for any reason except:

   (1)   termination or amendment of the Policy; or
   (2)   the Insured Person's request to terminate insurance or cancel payroll deductions.

To purchase a conversion policy, application and payment of the first premium must be made within 31 days after the life insurance is terminated. Any policy issued under the General Conversion Benefit will:

   (1)   be for an amount not to exceed the amount of the life insurance which was terminated; less the amount of any group life insurance for which the person becomes eligible within 31 days after insurance terminates;
   (2)   be on any form (except term) then issued by the Company at the age and amount for which application is made;
   (3)   be issued at the Insured Person's age at nearest birthday;
   (4)   be issued without disability or other supplemental benefits; and
   (5)   require premiums based on the class of risk to which the person then belongs.

CONVERSION BENEFIT-POLICY TERMINATION OR AMENDMENT. A conversion policy also may be purchased from the Company if:

   (1)   all or a part of anyone's insurance terminates due to amendment or termination of this Policy; and
   (2)   that person has been covered continuously under this Policy for at least five years.

Any conversion policy issued due to Policy termination or amendment will be subject to the same conditions as a policy issued under the General Conversion Benefit except its amount may not exceed the lesser of:

   (1)   $10,000; or
   (2)   the Amount of Life Insurance which terminates less the amount of any group life insurance for which the Insured Person becomes eligible within 31 days after insurance terminates.

## PROVISIONS APPLICABLE TO ALL CONVERSION POLICIES

EFFECTIVE DATES. The coverage provided by a conversion policy issued under this Section will be effective on the later of:

   (1)   its date of issue; or
   (2)   31 days after the date on which the person's life insurance terminated.

DEATH DURING CONVERSION PERIOD. The Company will pay a death benefit under this Policy equal to the amount of the life insurance which could have been converted, if the person:

   (1)   was entitled to purchase a conversion policy; and
   (2)   dies within the 31 day conversion period.

This death benefit will be paid even if no one applied for the conversion policy. If the first premium was paid for the conversion policy, the amount of the premium will be refunded and the conversion policy will be void.

NOTICE OF CONVERSION PRIVILEGES-INSURED PERSONS. When an Insured Person's Personal Insurance terminates, written notice of the right to convert will be:

   (1)   given personally to the Insured Person; or
   (2)   mailed to the Insured Person at his last known address.

An additional period in which to convert will be granted if this written notice is not given to the Insured Person at least 15 days before the end of the 31 day conversion period. This extension of the conversion period will expire on the earlier of:

   (1)   15 days after the Insured Person is given the written notice; or
   (2)   60 days after the 31 day conversion period ends, even if the Insured Person is never given the notice.

No death benefit will be payable under this Policy after the 31 day conversion period has expired even though the right to convert may be extended.

GL1101-10 IN

DEP.-$10,000

01/01/14

Case 6:18-cv-02063-CJW-MAR   Document 26-1   Filed 02/13/19   Page 20 of 29   Lincoln/Lee 020

**CLAIMS PROCEDURES**
**FOR LIFE OR ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) BENEFITS**

**NOTE:  This Policy may include an Extension of Death Benefit, an Accelerated Death Benefit or a Living Benefit.  If so, please refer to that section for special claim procedures.**

**NOTICE AND PROOF OF CLAIM**

**Notice of Claim**.  Written notice of an accidental death or dismemberment claim must be given within 20 days after the loss occurs;  or as soon as reasonably possible after that.*  The notice must be sent to the Company's Group Insurance Service Office.  It should include:
    (1)   the Insured Person's name and address; and
    (2)   the number of this Policy.

**Claim Forms**.  When notice of claim is received, the Company will send claim forms for filing the required proof.  If the Company does not send the forms within 15 days; then the Insured Person or Beneficiary (the claimant) may send the Company written proof of claim in a letter.  It should state the nature, date and cause of the loss.

**Proof of Claim**.  The Company must be given written proof of claim within 90 days after the date of the loss; or as soon as reasonably possible after that.*  Proof of claim must be provided at the claimant's own expense.  It must show the nature, date and cause of the loss.  In addition to the information requested on the claim form, documentation must include:
    (1)   A certified copy of the death certificate, for proof of death.
    (2)   A copy of any police report, for proof of accidental death or dismemberment.
    (3)   A signed authorization for the Company to obtain more information.
    (4)   Any other items the Company may reasonably require in support of the claim.

**\* Exception:**  Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim; if it is shown that it was done:
    (1)   as soon as reasonably possible; and
    (2)   in no event more than one year after it was required.
These time limits will not apply while the claimant lacks legal capacity.

**EXAM OR AUTOPSY**.  At anytime while a claim is pending, the Company may have the Insured Person examined:
    (1)   by a Physician of the Company's choice;
    (2)   as often as reasonably required.
If the Insured Person fails to cooperate with an examiner or fails to take an exam, without good cause; then the Company may deny benefits, until the exam is completed.  In case of death, the Company may also have an autopsy done, where it is not forbidden by law.  Any such exam or autopsy will be at the Company's expense.

**TIME OF PAYMENT OF CLAIMS**.  Any benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability.

In accord with Indiana law, any accidental death or dismemberment benefits will be paid as follows, when more favorable to the claimant.
    (1)   **Clean Claim**.  The Company must pay a clean claim for AD&D benefits within 45 days after receiving the first written proof of claim.  A claim is considered "clean" when:
        (a)   the first proof of claim is complete;
        (b)   no part of the claim is contested; and
        (c)   no other defect prevents prompt payment.
        A claim is also considered "clean" when the insurer fails to promptly request more information, or to resolve it, within 45 days after receiving the first written proof of claim.

GL1101-13A 02 IN

17

L/ADD
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 21 of 29    Lincoln/Lee 021

(2) **Defective Claim**. The Company must request more information concerning a defective claim for AD&D benefits within 45 days after receiving the first written proof of claim. It must pay such a claim within 45 days after receiving any additional proof it needs to confirm liability. A claim is considered "defective" if:
    (a) the first written proof of claim is not complete;
    (b) all or part of the claim is contested; or
    (c) some other defect prevents prompt payment.

**TO WHOM PAYABLE--Death**. Any benefits payable for the Insured Person's death will be paid in accord with the Beneficiary, Facility of Payment, and Settlement Options sections of this Policy. If this Policy includes Dependent Life Insurance; then any benefits payable for an insured Dependent's death will be paid to:
    (1) the Insured Person, if he or she survives that Dependent; or
    (2) the Insured Person's Beneficiary, or in accord with the Facility of Payment section; if the Insured Person does not survive that Dependent.

**Dismemberment.** If this Policy includes Accidental Death and Dismemberment Benefits; then any benefit, other than the Insured Person's death benefit, will be paid to the Insured Person.

**NOTICE OF CLAIM DECISION.** The Company will send the claimant a written notice of its claim decision. If the Company denies any part of the claim; then the written notice will explain:
    (1) the reason for the denial, under the terms of this Policy and any internal guidelines;
    (2) how the claimant may request a review of the Company's decision; and
    (3) whether more information is needed to support the claim.

The Company will send this notice within 15 days after resolving the claim. If reasonably possible, the Company will send it within:
    (1) 45 days after receiving the first written proof of claim for any accidental death or dismemberment, Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy; or
    (2) 90 days after receiving the first written proof of a claim for any life insurance benefits available under this Policy.

**Delay Notice.** If the Company needs more than 15 days to process a claim, in a special case; then an extension will be permitted. If needed, the Company will send the claimant a written delay notice:
    (1) by the 15th day after receiving the first proof of claim; and
    (2) every 30 days after that, until the claim is resolved.
The notice will explain the special circumstances which require the delay, and when a decision can be expected.

In any event, the Company must send written notice of its decision within:
    (1) 180 days after receiving the first proof of a death or dismemberment claim; or
    (2) 105 days after receiving the first proof of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy.
If the Company fails to do so; then there is a right to an immediate review, as if the claim was denied.

**Exception:** If the Company needs more information from the claimant to process a claim; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.** The claimant may request a claim review, within:
    (1) 60 days after receiving a denial notice of a death or dismemberment claim; or
    (2) 180 days after receiving a denial notice of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy.
To request a review, the claimant must send the Company a written request, and any written comments or other items to support the claim. The claimant may review certain non-privileged information relating to the request for review.

GL1101-13A 02 IN                                        L/ADD

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 22 of 29    Lincoln/Lee 022

# CLAIMS PROCEDURES
## (Continued)

**Notice of Decision.** The Company will review the claim and send the claimant a written notice of its decision. The notice will explain the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim; then the notice will also describe:

    (1)    any further appeal procedures available under this Policy;
    (2)    the right to access relevant claim information; and
    (3)    the right to request a state insurance department review, or to bring legal action.

For a death or dismemberment claim, the notice will be sent within 60 days after the Company receives the request for review; or within 120 days, if a special case requires more time. For a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy, the notice will be sent within 45 days after the Company receives the request for review; or within 90 days, if a special case requires more time.

**Delay Notice.** If the Company needs more time to process an appeal, in a special case; then it will send the Insured Person a written delay notice, by the 30th day after receiving the request for review. The notice will explain:

    (1)    the special circumstances which require the delay;
    (2)    whether more information is needed to review the claim; and
    (3)    when a decision can be expected.

**Exception:** If the Company needs more information from the claimant to process an appeal; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974). Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the claimant must first seek two administrative reviews of the adverse claim decision, in accord with this section. If an ERISA claimant brings legal action under Section 502(a) of ERISA after the required reviews; then the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim; then full reimbursement to the Company is required within 60 days. If reimbursement is not made; then the Company has the right to:

    (1)    reduce future benefits until full reimbursement is made; and
    (2)    recover such overpayments from the Insured Person, or from his or her Beneficiary or estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS.** No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY.** Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to:

    (1)    manage this Policy and administer claims under it; and
    (2)    interpret the provisions and resolve questions arising under this Policy.

The Company's authority includes (but is not limited to) the right to:

    (1)    establish and enforce procedures for administering this Policy and claims under it;
    (2)    determine Employees' eligibility for insurance and entitlement to benefits;
    (3)    determine what information the Company reasonably requires to make such decisions; and
    (4)    resolve all matters when a claim review is requested.

Any decision the Company makes, in the exercise of its authority, shall be conclusive and binding; subject to the Insured Person's or Beneficiary's rights to:

    (1)    request a state insurance department review; or
    (2)    bring legal action.

GL1101-13A 02 IN                                                 L/ADD

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 23 of 29    Lincoln/Lee 023

# ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON**. The Company will pay the benefit listed below, if:
(1)	an Insured Person sustains an accidental bodily injury while insured under this provision; and
(2)	that injury directly causes one of the following losses within 365 days after the date of the accident.
The loss must result directly from the injury and from no other causes.

| LOSS | BENEFIT FOR COMMON CARRIER ACCIDENT | BENEFIT FOR OTHER COVERED ACCIDENT |
|---|---|---|
| Loss of Life | 2 Times Principal Sum | Principal Sum |
| Loss of One Member (Hand, Foot or Eye) | Principal Sum | 1/2 Principal Sum |
| Loss of Two or More Members | 2 Times Principal Sum | Principal Sum |

The Principal Sum for the Insured Person's class is shown in the Schedule of Insurance.

**MAXIMUM PER PERSON**. If an Insured Person sustains more than one loss resulting from the same accident, the benefit:
(1)	will be the one largest amount listed;
(2)	will not exceed two times the Principal Sum for all of that person's combined losses resulting from a Common Carrier Accident; and
(3)	will not exceed the Principal Sum for all of that person's combined losses resulting from any other covered accident.

**TO WHOM PAYABLE**. Benefits for the Insured Person's loss of life will be paid in accord with the Beneficiary section. All other benefits will be paid to the Insured Person.

**LIMITATIONS**. Benefits are not payable for any loss to which a contributing cause is:
(1)	intentional self-inflicted injury or self-destruction;
(2)	disease, bodily or mental infirmity, or medical or surgical treatment of these;
(3)	participation in a riot;
(4)	duty as a member of any military, naval or air force;
(5)	war or any act of war, declared or undeclared;
(6)	participation in the commission of a felony;
(7)	voluntary use of drugs; except when prescribed by a Physician;
(8)	travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
(9)	driving a vehicle while intoxicated.

GL1101-14.3A 01 IN

COMMON CARRIER

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 24 of 29    Lincoln/Lee 024

**DEFINITIONS**.

"Beneficiary" means the person(s) named on the Insured Person's enrollment form. The Insured Person may change the Beneficiary by filing a written notice of the change with the Company at its Group Insurance Service Office.

"Common Carrier Accident" means a covered accidental bodily injury, which is sustained while riding as a fare paying passenger (not a pilot, operator or crew member) in or on, boarding or getting off from a Common Carrier.

"Common Carrier" means any land, air or water conveyance operated under a license to transport passengers for hire.

"Intoxicated" shall be defined by the jurisdiction where the accident occurs. The exclusion will apply whether or not the driver is convicted.

"Loss of a Member" includes the following:
    (1)   "Loss of Hand or Foot," means complete severance through or above the wrist or ankle joint.
    (2)   "Loss of an Eye," means total and irrevocable loss of sight in that eye.

Case 6:18-cv-02063-CJW-MAR     Document 26-1     Filed 02/13/19     Page 25 of 29    Lincoln/Lee 025

# SAFE DRIVER BENEFIT

BENEFIT. If an Insured Person dies as a direct result of a covered auto accident, for which Accidental Death and Dismemberment Benefits are payable; then:
  (1) an additional Seat Belt Benefit will be payable, if the Insured Person was wearing a properly fastened seat belt at the time of the accident; and
  (2) an additional Air Bag Benefit will be payable, if the auto was equipped with air bag(s).

The Seat Belt Benefit equals $10,000 or 10% of the Principal Sum, whichever is less; and the Air Bag Benefit equals $10,000 or 10% of the Principal Sum, whichever is less. The Seat Belt Benefit and the Air Bag Benefit will not be less than $1,000 per Insured Person. The Principal Sum is the amount payable because of the Insured Person's accidental death.

A copy of the police report must be submitted with the claim. The position of the seat belt or presence of an air bag must be certified by:
  (1) the official accident report; or
  (2) the coroner, traffic officer or other investigating officer.
Upon receipt of satisfactory written proof, the additional benefit will be paid in accord with the Beneficiary section.

DEFINITIONS. As used in this provision:

"Auto" means a 4-wheel passenger car, station wagon, jeep, pick-up truck or van-type car. It must be licensed for use on public highways. It includes a car owned or leased by the Group Policyholder.

"Intoxicated," "Impaired," or "Under the Influence of Drugs" shall be defined as by the jurisdiction where the accident occurs.

"Seat Belt" means a properly installed:
  (1) seat belt or lap and shoulder restraint; or
  (2) other restraint approved by the National Highway Traffic Safety Administration.

LIMITATIONS. Safe Driver Benefits will not be paid if:
  (1) the Accidental Death and Dismemberment Benefit is not paid under this Policy for the Insured Person's death; or
  (2) at the time of the accident, the Insured Person or any other person who was driving the auto in which the Insured Person was traveling:
      (a) was driving without a valid drivers' license;
      (b) was driving in excess of the legal speed limit; or
      (c) was driving while intoxicated, impaired, or under the influence of drugs (except for drugs taken as prescribed by a Physician for the driver's use).
    The above limitations will apply, whether or not the driver is convicted.

GL1101-14.15A

Seat Belt & Air Bag
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-1    Filed 02/13/19    Page 26 of 29    Lincoln/Lee 026

**NOTICE TO POLICYHOLDERS REGARDING**
**FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE**

**Questions regarding your policy or coverage should be directed to:**

**The Lincoln National Life Insurance Company**
**800-423-2765**

We want you to know that you may contact the Indiana Department of Insurance if you have a complaint or seek assistance from the governmental agency that regulates insurance. To contact the Department of Insurance, write or call:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

IN NOTICE 05 - P/C

23

01/01/14

Case 6:18-cv-02063-CJW-MAR   Document 26-1   Filed 02/13/19   Page 27 of 29   Lincoln/Lee 027

# SUMMARY OF INDIANA LIFE AND HEALTH INSURANCE
# GUARANTY ASSOCIATION

The Indiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE UNDER YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned on residence in this state. Other conditions may also preclude coverage.

The Indiana Life and Health Insurance Guaranty Association will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely of availability of coverage under the Indiana Life and Health Insurance Guaranty Association when selecting an insurer.

You may contact the Indiana Life and Health Insurance Guaranty Association as follows:

Indiana Life and Health Insurance Guaranty Association
251 E. Ohio Street, Suite 1070
Indianapolis, IN 46204
(317) 636-8204
www.inlifega.org

You may contact the Indiana Department of Insurance as follows:

Indiana Department of Insurance
311 W. Washington Street
Indianapolis, IN 46204
(317) 232-2385
www.in.gov/idoi

GAN-GRP-IN NOTICE-P/C 07

24                                                                    01/01/14

Lincoln/Lee 028

AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010132080

ISSUED TO:  Ashley Industrial Moldings, Inc.

The Policy is amended by the addition of the following provisions.

PRIOR INSURANCE CREDIT UPON TRANSFER OF
LIFE INSURANCE CARRIERS

This provision prevents loss of life insurance coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers.  This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"Prior Plan" means a prior carrier's group life insurance policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE.  Subject to payment of premiums, this Policy will provide life coverage for a Person who:
- (1)  was insured under the prior plan on its termination date;
- (2)  was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date;
- (3)  is not entitled to any extension of life insurance under the prior plan; and
- (4)  is not Totally Disabled (as defined in the Extension of Death Benefit section of this Policy) on the date this Policy takes effect.

AMOUNT OF LIFE INSURANCE.  Until the Person satisfies this Policy's Active Work rule, the amount of his or her group life insurance under this Policy will not exceed the amount for which the Person was insured under the prior plan on its termination date.

This Amendment takes effect on the effective date of coverage under this Policy.  In all other respects, this Policy remains the same.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_Chals A. Brawley_
Officer of the Company

GL1101-AMEND. PC1

25

Prior Ins. Cred. - Life
01/01/14