# The Lincoln National Life Insurance Company

A Stock Company     Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

CERTIFIES THAT Group Policy No.        GL 000400001000-12077        has been issued to
The Commerce Trust Company as Trustee for The Lincoln National Life Insurance Company Voluntary
Insurance Trust

The Issue Date is January 1, 2011 for the Participating Employer.

Participating Employer:  Ashley Industrial Moldings, Inc.

The insurance is effective only if the Employee is eligible for insurance and becomes and remains insured as provided in the Group Policy.

Certificate of Insurance for Class 1

{INSURED}

**{Schedule of Insurance}**
**{Coverage}**                                        **{Insurance Amount}**
{BENEFIT_1}
{BENEFIT_2}
{BENEFIT_3}
{BENEFIT_4}
{BENEFIT_5}

You are entitled to the benefits described in this Certificate if you are eligible for insurance under the provisions of the Policy.  This Certificate replaces any other certificates for the benefits described inside.  As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms.

_Dennis R Glass_
President

> EXHIBIT
>
> **3**

**CERTIFICATE OF GROUP LIFE INSURANCE**

GL1102 FACE PAGE

{LFGLOGO}          {USER}          {CERT_ID}          01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 1 of 35     Lincoln/Lee 054

Lincoln/Lee 055

# Ashley Industrial Moldings, Inc.
## 000400001000-12077

## SCHEDULE OF INSURANCE

### CLASS 1

### All Full-Time Employees

WAITING PERIOD:     90 days of continuous Active Work  (For date insurance begins, refer to "Effective Dates of Coverages" section)

MINIMUM HOURS:     32 hours per week

## LIFE AND AD&D INSURANCE

| Amount of Personal Life Insurance | AD&D Insurance Principal Sum |
|---|---|
| You may elect Life Insurance in any $10,000 increment; subject to a maximum of Five times Basic Annual Earnings (rounded to the next higher $10,000).  Coverage is subject to a minimum of $10,000 and an overall maximum of $500,000.  If you initially become insured after attaining age 70 your benefit is subject to a maximum of $50,000 | The Principal Sum equals the Amount of Personal Life Insurance |

Personal Life and AD&D Insurance will be reduced as follows:
- At age 70, benefits will reduce by 35% of the original amount;
- At age 75, benefits will reduce an additional 25% of the original amount.

Benefits will terminate when you attain age 80 or retire, whichever occurs first.

If you first enroll for Personal Life and AD&D Insurance at age 70 or older, the above age reductions will apply to:
- Any Guarantee Issue Amount available without evidence of insurability; and
- The maximum amount of insurance for which you are eligible.

**(Effective July 1, 2011) Basic Annual Earnings** means your annual base salary or annualized hourly pay from the Employer before taxes on the Determination Date.  The **"Determination Date"** is the last day worked just prior to the loss.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation.  It does **not** include income from a source other than the Employer.  It will not exceed the amount shown in the Employer's financial records or the amount for which premium has been paid; whichever is less.

GL1102-SB

Lincoln/Lee 056

## SCHEDULE OF INSURANCE (CONTINUED)

Evidence of Insurability must be submitted to and approved by the Company when:
1. Personal Life and AD&D Insurance amounts exceed the guarantee issue amount of $150,000 at initial enrollment;
2. the amount of Personal Life and AD&D Insurance increases after the initial enrollment by more than $10,000 due to salary or benefit increases over a 12-month period based on the month of the policy anniversary;
3. an increased amount of Personal Life and AD&D Insurance coverage is requested and any amount of coverage has been previously withdrawn or declined or is pending underwriting review;
4. Personal Life and AD&D Insurance amounts exceed the guarantee issue amount of $20,000 at initial enrollment or is increased, if enrolled after age 70 through age 74;
5. initial Personal Life and AD&D Insurance is elected or increased after age 75; or
6. initial coverage is elected more than 31 days after first becoming eligible.

Refer to the Evidence of Insurability section for any additional requirements.

GL1102-SB

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 4 of 35    Lincoln/Lee 057

# SCHEDULE OF INSURANCE (CONTINUED)

## DEPENDENTS INSURANCE

| Dependent | Amount of Spouse Life Insurance | Spouse AD&D Insurance Principal Sum |
|---|---|---|
| Spouse | You may elect Spouse Life Insurance in any $5,000 increment; subject to a maximum of 50% of your Life Insurance Benefit (rounded to the next higher $5,000). Coverage is subject to a minimum of $5,000 and an overall maximum of $250,000 | The Principal Sum equals the Amount of Spouse Life Insurance |

Amount of Child Life Insurance

Option 1

| | |
|---|---|
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 26 years) | 2,000 |

Option 2

| | |
|---|---|
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 26 years) | 4,000 |

Option 3

| | |
|---|---|
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 26 years) | 6,000 |

Option 4

GL1102-SB

| | |
|---|---|
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 26 years) | 8,000 |

Option 5

| | |
|---|---|
| Dependent Child (age 14 days to 6 months) | $250 |
| Dependent Child (age 6 months to 26 years) | 10,000 |

Spouse Life and AD&D Insurance will be reduced as follows:
-   by 35% of the original amount when your Spouse attains age 65.
Spouse Insurance will terminate when your Spouse attains age 70.

Evidence of Insurability must be submitted to and approved by the Company when:
1.  Spouse Life and AD&D Insurance amounts exceed the guarantee issue amount of $25,000 at initial enrollment;
2.  the amount of Spouse Life and AD&D Insurance in excess of the guarantee issue amount, increases after the initial enrollment by more than $5,000 due to salary or benefit increases over a 12-month period based on the month of the policy anniversary;
3.  an increased amount of Spouse Life and AD&D Insurance coverage is requested and any amount of coverage has been previously withdrawn or declined or is pending underwriting review;
4.  initial Spouse Life and AD&D Insurance is elected or increased after you attain age 60; or
5.  initial coverage is elected more than 31 days after first becoming eligible.
Refer to the Evidence of Insurability section for any additional requirements.

You may elect Dependent Life Insurance (Spouse and/or Child), provided you are also enrolled in the Voluntary Life Insurance Program.

Participation in the Voluntary program is based on the Participating Employer's enrollment remaining above:
(1)  the greater of 10 employees or 25% of those employees electing Voluntary Life Insurance; and
(2)  the greater of 5 spouses or 10% of those employees electing Voluntary Spouse Life Insurance.

GL1102-SB

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 6 of 35    Lincoln/Lee 059

# SCHEDULE OF INSURANCE (CONTINUED)

The following chart applies to the Portability Privilege provision and to the Extension of Death Benefit provision when benefits end upon attainment of the Social Security Normal Retirement Age:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 and prior | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 - 54 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and later | 67 |

Note:   Persons born on January 1 of any year should refer to the Normal Retirement Age for the previous year.

Under the Portability Privilege provision, the word "retire" or "retirement" means your attainment of the Social Security Normal Retirement Age.   The use of the word "retire" or "retirement" elsewhere in this Certificate means your retirement from employment with the Employer.

If any evidence of insurability is required, it will be provided at your own expense.

GL1102-SB

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 7 of 35   Lincoln/Lee 060

Lincoln/Lee 061

# TABLE OF CONTENTS

Amount of Insurance.................................................................3

Definitions .........................................................................3

Eligibility .........................................................................4

Effective Dates of Coverages........................................................4

Termination of Coverage.............................................................5

Portability Privilege...............................................................6

Death Benefit.......................................................................7

Beneficiary.........................................................................7

Extension of Death Benefit .........................................................7

Assignments ........................................................................8

Conversion Privilege................................................................9

Dependents Life Insurance..........................................................10

Accidental Death and Dismemberment Insurance ......................................12

Safe Driver Benefit................................................................16

Claims Procedures for Life or Accidental Death and Dismemberment Benefits .......17

Accelerated Death Benefit .........................................................20

Prior Insurance Credit Provision ..................................................23

Notice.............................................................................24

Suicide Exclusion..................................................................26

GL1102-TOC

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 9 of 35     Lincoln/Lee 062

# AMOUNT OF INSURANCE

The amount of your insurance is determined by the Schedule of Insurance in the Policy. The initial amount of coverage is the amount which applies to your classification on the day your coverage becomes effective. You may become eligible for increases in the amount of insurance in accordance with the Schedule of Insurance. Any such increase will be effective on:

(1)    the first of the Insurance Month which coincides with or follows the date on which you become eligible for the increase; provided you are Actively at Work on that day;

(2)    the day you resume Active Work, if not Actively at Work on the day the increase otherwise would have been effective; or

(3)    the day determined by the Company after any required evidence of insurability is approved by the Company.

Any decrease will take effect on the Policy anniversary date which coincides with or follows the day of the change, whether or not you are Actively at Work.

# DEFINITIONS

ACTIVE WORK OR ACTIVELY AT WORK means the full-time performance of all customary duties of an employee's occupation at the EMPLOYER'S place of business (or other business location to which the EMPLOYER requires the employee to travel.)

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY or DATE means at 12:01 A.M., Standard Time, at the Group Policyholder's place of business when used with regard to eligibility dates and effective dates. It means 12:00 midnight, Standard Time, at the same place, when used with regard to termination dates.

EMPLOYER means the Group Policyholder or the Participating Employer named on the Face Page.

FULL-TIME EMPLOYEE means an employee of the EMPLOYER:

(1)    whose employment with the EMPLOYER is the employee's principal occupation;

(2)    who is not a temporary or seasonal employee; and

(3)    who is regularly scheduled to work at such occupation at least the number of hours as shown in the Schedule of Insurance.

INSURANCE MONTH means:

(1)    that period of time beginning on the Issue Date of the Policy and extending for one month; and

(2)    each subsequent month beginning on the same day after that.

POLICY means the Group Insurance Policy issued by the Company to the Group Policyholder. A copy of the Policy may be examined upon request at the Group Insurance Service Office of the Group Policyholder.

YOU or YOUR means a FULL-TIME EMPLOYEE who is covered by Personal Insurance, or whose Dependents are covered by Dependents Insurance under the Policy.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 10 of 35    Lincoln/Lee 063

## ELIGIBILITY

If you are a Full-Time Employee and a member of an employee class shown in the Schedule of Insurance; then you will become eligible for the coverage provided by the Policy on the later of:
    (1)   the Policy's date of issue; or
    (2)   the day you complete the Waiting Period.

WAITING PERIOD.  (See Schedule of Insurance).

## EFFECTIVE DATES OF COVERAGES

Your insurance is effective on the latest of:
    (1)   the day you become eligible for the coverage;
    (2)   the day you resume Active Work, if you are not Actively at Work on the day you become eligible;
    (3)   the day you make written application for coverage; and sign:
        (a)   a payroll deduction order; or
        (b)   an order to pay premiums from your Flexible Benefit Plan account, if Employer contributions are paid through a Flexible Benefit Plan; or
    (4)   the first day of the Insurance Month following the date the Company approves your coverage, if evidence of insurability is required.

Evidence of insurability is required if:
    (1)   you apply for coverage in excess of the Guaranteed Acceptance Amount (or in any amount when first applying at age 70 or older);
    (2)   you apply to enroll for or increase coverage more than 31 days after you become eligible;
    (3)   you make written application to re-enroll for coverage after you have requested:
        (a)   to cancel your coverage;
        (b)   to stop payroll deductions for the coverage; or
        (c)   to stop premium payments from your Flexible Benefit Plan account; or
    (4)   you apply to reinstate coverage after it lapses, due to failure to pay premiums when due.

EXCEPTION.  If your coverage terminates due to an approved leave of absence or a military leave, any Waiting Period or evidence of insurability requirement will be waived upon your return; provided:
    (1)   you return within six months after the leave begins;
    (2)   you apply or are enrolled within 31 days after resuming Active Work; and
    (3)   the reinstated amount of insurance does not exceed the amount which terminated.

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 11 of 35     Lincoln/Lee 064

# TERMINATION OF COVERAGE

Your coverage terminates on the earliest of:
    (1)    the day the Policy terminates or your Employer ceases to be a Participating Employer;
    (2)    the last day of the Insurance Month in which you request termination;
    (3)    the last day of the period for which the premium for your insurance has been paid;
    (4)    the day you cease to be a member of an employee class, attain age 80 or die;
    (5)    with respect to any particular insurance benefit, the day the part of the Policy providing that benefit terminates;
    (6)    the day your employment with the Employer terminates; or
    (7)    the day you enter the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

Ceasing Active Work terminates your eligibility. However, you may continue coverage as follows:
    (1)    If you are disabled due to illness or injury, then coverage may be continued until the earliest of:
        (a)    12 Insurance Months after the disability begins;
        (b)    the date you are no longer disabled; or
        (c)    for Life Insurance, the date you qualify for any Extension of Death Benefit under the Policy;
    provided premium payments are made on your behalf. Throughout the period of continued Life Insurance, you will be required to pay the Employer the premium you would have been required to pay as an Active Employee.
    (2)    If you cease active work due to a temporary lay off, an approved leave of absence, or a military leave; then coverage may be continued:
        (a)    for three Insurance Months after the lay off or leave begins;
        (b)    provided premium payments are made on your behalf.

It may be possible to continue insurance for a longer period in accord with the Portability Privilege section of this Certificate.

GL1102-2 VIT

5

A(L,DEP.L,AD&D)

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 12 of 35    Lincoln/Lee 065

# PORTABILITY PRIVILEGE

This section applies to any Personal Life Insurance, Dependent Life Insurance, and Accidental Death and Dismemberment Insurance provided by the Policy. Such insurance may be continued, by paying the required premiums, when:

(1) your employment with the Employer ends for a reason other than Total Disability or retirement; and

(2) the insurance has been in force for at least 12 months in a row just prior to the date employment ends.

To continue insurance, written application and the first premium payment must be made to the Company, within 31 days of the date insurance would otherwise end.

AMOUNT OF COVERAGE. The amount of continued insurance may not exceed the amount in force when employment ends. During the continuation period:

(1) the amount of insurance may not be increased; and

(2) additional dependents may not be enrolled for Dependent Life Insurance.

Continued insurance will be subject to any reduction on account of age, as shown in the Schedule of Insurance.

You may decrease the amount of continued insurance at any time, by completing a request form supplied by the Company. The decrease will take effect on the first day of the Insurance Month after the Company receives the request.

PAYMENT OF PREMIUM. Timely payment of premium must be made directly to the Company, throughout the period of continued insurance. The required premium will equal:

(1) premium at the group rate which would apply if you remained actively employed with the Employer; plus

(2) a direct billing fee based on the premium frequency chosen.

The premium frequency may be changed by sending the Company advance written request on forms supplied by the Company. Such request may be sent at any time while continued insurance is in force; but not during a Grace Period.

TERMINATION OF COVERAGE. Continued insurance will end on the earliest of:

(1) the date insurance has been continued until you attain the Social Security Normal Retirement Age; or

(2) the date insurance would otherwise end if you remained an Active Employee; but continued coverage will not end when the Policy is discontinued by the Employer.

When continued insurance ends, you or your Dependent may be entitled to purchase an individual life policy, in accord with the Conversion Privilege section of this Certificate.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 13 of 35    Lincoln/Lee 066

**DEATH BENEFIT**
**For Employees Only**

The amount of your Personal Life Insurance which is in effect on the date of your death will be paid as a death benefit to your Beneficiary.  If no named Beneficiary survives you, the death benefit will be paid to your estate or in accord with the terms of the Policy.  Arrangements may be made to have this death benefit paid in installments.

EXCLUSION.  Benefits will not be payable if your death:
    (1)   results from suicide while sane; and
    (2)   occurs within two years after your Personal Life Insurance takes effect.

However, suicide is no defense to payment of life insurance benefits under the Policy unless the Company can show that you intended suicide when applying for the insurance.

**BENEFICIARY**

Your Beneficiary will be as shown on your enrollment card, unless changed.  Only you or your assignee may change the Beneficiary.  A new Beneficiary may be named by filing a written notice of the change with the Company at its Group Insurance Service Office.  The change will be effective as of the date it was signed; subject to any action taken by the Company before it received notice of the change.

**EXTENSION OF DEATH BENEFIT IF YOU**
**BECOME TOTALLY DISABLED**
**For Employees Only**

Any Personal Life Insurance on your life will be continued, without payment of premiums; if while you are insured:
    (1)   you become Totally Disabled before you reach age 60; and
    (2)   you submit proof of your disability which is received by the Company:
        (a)   within 12 months after your Total Disability begins; or
        (b)   as soon as reasonably possible after that.

Upon receipt of such proof, the Company will refund all premiums paid for your coverage from the date Total Disability began.

The life insurance continued will be subject to the reductions and terminations shown in the Policy.

DEFINITION OF TOTAL DISABILITY.  For this benefit, Total Disability:
    (1)   means you are unable, due to sickness or injury, to perform the material and substantial duties of any employment or occupation for which you are or become qualified by reason of education, training, or experience; and
    (2)   must continue for at least 180 days.

From time to time, you must submit proof that your Total Disability is continuing.

Any life insurance which has been continued under this benefit will be terminated automatically on the day:
    (1)   you cease to be Totally Disabled;
    (2)   you fail to take a required medical examination;
    (3)   you fail to submit any required proofs; or
    (4)   you reach Social Security Normal Retirement Age (SSNRA), as shown in the Schedule of Insurance.

Case 6:18-cv-02063-CJW-MAR   Document 26-3   Filed 02/13/19   Page 14 of 35   Lincoln/Lee 067

# ASSIGNMENTS

Personal Life Insurance and Accidental Death Insurance may be assigned. The assignments allowed under the Policy are absolute assignments and funeral assignments as described below.

No assignment will be binding on the Company unless and until:
  (1)   it is made on a form furnished by the Company;
  (2)   the original is completed and filed with the Company at its Group Insurance Service Office; and
  (3)   it is approved by the Company.
The Company and the Employer do not assume responsibility for the validity or effect of an assignment.

ABSOLUTE ASSIGNMENTS. You may make an irrevocable assignment of your Personal Life Insurance and Accidental Death Insurance as a gift (with no consideration), providing you have the legal capacity and the mental capacity to do so. It may be made to a trust or to one or more of your relatives, their estates, or to a trustee of a trust under which one of the relatives is a beneficiary.

The term "relatives" includes, but is not limited to, your spouse, parents, grandparents, aunts, uncles, siblings, children, adopted children, stepchildren, and grandchildren.

In some states, community property is an established form of ownership that must be considered in making an assignment. If you make an absolute assignment to two or more assignees, such assignees will be joint owners with the right of survivorship between them. You should consult with your own legal advisor before making an assignment.

Once the assignment has been recorded by the Company, you can no longer change the beneficiary and cannot apply for conversion. Only the assignee can change the beneficiary designation if the previous designation is revocable. An assignment will have no effect on a prior irrevocable beneficiary designation. Only the assignee can apply for conversion but only when the Conversion Privilege provision would have been available to you in the absence of the assignment under the Policy.

An absolute assignment cannot be used as a collateral assignment.

FUNERAL ASSIGNMENTS. Upon your death, the beneficiary may assign the Personal Life Insurance benefit and Accidental Death Insurance benefit to a funeral home for payment of burial expenses. After payment has been made for the burial expenses to the assigned funeral home, the remaining death benefit is then paid in accord with the Beneficiary and Settlement Options sections of the Policy.

GL1102-3.0C 01

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 15 of 35    Lincoln/Lee 068

# CONVERSION PRIVILEGE

GENERAL CONVERSION PRIVILEGE. If your insurance or insurance on a Dependent terminates due to:
- (1) termination of your employment or membership in an eligible class; or
- (2) a dependent's ceasing to be an eligible family member due to your death or divorce, or a child's marriage or attainment of the limiting age;

then an individual life policy, known as a conversion policy, may be purchased without evidence of insurability.

To purchase a conversion policy, application and payment of the first premium must be made within 31 days after the life insurance is terminated.

The conversion policy issued under this General Conversion Privilege will:
- (1) be in an amount not to exceed the amount of life insurance which was terminated; less the amount of any group life insurance for which the person becomes eligible within 31 days after insurance terminates;
- (2) be on any form (except term) then issued by the Company at the age and amount for which application is made;
- (3) be issued at the person's age at nearest birthday;
- (4) be issued without disability or other supplemental benefits; and
- (5) require premiums based on the class of risk to which the person then belongs.

CONVERSION UPON POLICY TERMINATION OR AMENDMENT. A conversion policy also may be purchased if:
- (1) all or part of your insurance or insurance on a Dependent terminates due to amendment or termination of the Policy; and
- (2) the person applying for the conversion Policy has been covered continuously under the Policy for at least 5 years.

A conversion policy issued due to Policy termination or amendment will be subject to the same conditions as a policy issued under the General Conversion Privilege; except its amount may not exceed the lesser of:
- (1) $10,000; or
- (2) the amount of life insurance which terminates, less the amount of any group life insurance for which the person becomes eligible within 31 days after the termination.

The conversion policy will take effect on the later of:
- (1) its date of issue; or
- (2) 31 days after the date the insurance terminated.

If death occurs during the 31 day conversion period, the Company will pay the life insurance which could have been converted even if no one applied for the conversion policy.

NOTICE. When your insurance terminates, written notice of your right to convert will be given to you. If written notice is not given to you at least 15 days before the end of the 31 day conversion period, an additional period in which to convert will be granted. Any such extension of the conversion period will expire on the earliest of:
- (1) 15 days after you are given the written notice; or
- (2) 60 days after the end of the 31 day conversion period, even if you are never given such notice.

No death benefit will be payable under the Policy after the 31 day conversion period has expired even though the right to convert may be extended.

GL1102-4 MO

01/01/14

Lincoln/Lee 069

# DEPENDENTS LIFE INSURANCE

DEATH BENEFIT.  If your Dependent spouse or child dies while insured under the Policy, the Company will pay the amount of Dependents Life Insurance in effect on the date of the death.  This amount is shown in the Schedule of Insurance.  The death benefit will be paid to you.  If you are not living when your Dependent dies, the death benefit will be paid to your beneficiary or in accord with the Facility of Payment section of the Policy.

EXCLUSION.  Benefits will not be payable if your Dependent's death:
    (1)    results from suicide while sane; and
    (2)    occurs within two years after insurance for that Dependent takes effect.

However, suicide is no defense to payment of life insurance benefits under the Policy unless the Company can show that your Dependent intended suicide when applying for the insurance.

DEPENDENT.  A Dependent means a person who meets the definition of a dependent of yours under the provisions of the U.S. Internal Revenue Code; and is an Insured Person's:
    (1)    spouse who is not legally separated from you;
    (2)    unmarried child at least 14 days but less than 26 years of age;
    (3)    unmarried child less than 26 years of age and a full-time student at an accredited college or university; or
    (4)    unmarried child who is totally and permanently disabled and who became so disabled prior to reaching 26 years of age.

A legally adopted child is considered your child from the date of placement in your home for an agency adoption; or from the date the adoption petition is filed, if later, for a private adoption.  In addition to naturally born and legally adopted children, the word "child" includes your stepchild or foster child; provided the child resides in your household and is dependent on you for principal support.  If more than one of a child's parents are insured under the Policy, that child may be insured under only one Certificate.

The term Dependent does not include an Insured Person, or anyone serving in the armed forces of any state or country.

ELIGIBILITY.  You become eligible for Dependents Life Insurance on the later of:
    (1)    the date you become eligible for other coverages provided by the Policy;
    (2)    the effective date of this section; or
    (3)    the date you first acquire a Dependent (as defined by the Policy).

EFFECTIVE DATE.  Your Dependents Life Insurance will become effective on the later of:
    (1)    the date you become eligible for Dependents Life Insurance;
    (2)    the first day of the Insurance Month following the date you sign your payroll deduction order and apply for the coverage; or
    (3)    the first day of the Insurance Month following the date the Company approves any required evidence of insurability on all your Dependents.

If you acquire a new Dependent child while insured for Dependents Life Insurance, his or her insurance will become effective on the date the Dependent child is acquired.

DELAYED EFFECTIVE DATE.  If a Dependent is in a Period of Limited Activity on the day his or her Dependent Life Insurance would otherwise take effect; then insurance for that Dependent will not take effect until the day after:
    (1)    his or her final discharge from the health care facility; or
    (2)    resuming the normal activities of a healthy person of the same age and sex.

"Period of Limited Activity" means a period when a spouse or child is confined in a health care facility; or, whether confined or not, is unable to perform the regular and usual activities of a healthy person of the same age and sex.

GL1102-5 VIT

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 17 of 35    Lincoln/Lee 070

EVIDENCE OF INSURABILITY.  Each of your Dependents must submit evidence of insurability satisfactory to the Company, if you:
(1) apply for Spouse Life Insurance in excess of the Guaranteed Acceptance Amount (or in any amount for a spouse if you are age 60 or older);
(2) apply to enroll for or increase Spouse Life Insurance more than 31 days after:
    (a) first becoming eligible for Dependent Life Insurance; or
    (b) first acquiring an eligible spouse;
(3) apply to enroll for or increase Children's Life Insurance more than 31 days after:
    (a) first becoming eligible for Dependent Life Insurance; or
    (b) first acquiring an eligible child;
(4) apply for Dependents Life Insurance after requesting:
    (a) to terminate the Dependents Insurance; or
    (b) to cancel premium payments by payroll deduction or through a Flexible Benefits Plan account; or
(5) apply to reinstate continued Dependents Life Insurance after it lapses due to failure to pay premium when due.

TERMINATION OF DEPENDENTS INSURANCE.  Your Dependents Insurance for any spouse or child will cease on the earliest of:
(1) the date the Policy terminates or your Employer ceases to be a Participating Employer;
(2) the date Dependent Insurance is discontinued under the Policy;
(3) the last day of the Insurance Month in which termination is requested;
(4) the last day of the Insurance Month for which premium payment is made for such Dependents Insurance;
(5) the date you cease to be in a class of employees which is eligible for Dependents Insurance or die;
(6) the date your spouse or child ceases to be an eligible Dependent, as defined by this section;
(7) the date your employment with the Participating Employer ends; or
(8) the date you or your Dependent enters the armed services of any state or country; except for duty of 30 days or less in the Reserves or National Guard.  (If you send proof of military service, the Company will refund any unearned premium.)

Dependents Insurance for your Dependent children will also cease on:
(1) the date your Personal Life Insurance ceases, if the child is enrolled under an Employee and Children's Plan; or
(2) the date Spouse Insurance for your spouse ceases, if the child is enrolled under a Spouse and Children's Plan.

When Dependents Insurance ceases because your employment ends, it may be possible to continue coverage in accord with the Portability Privilege section of this Certificate.  When Dependents Insurance ceases for any reason except nonpayment of premium, it may be possible to purchase an individual life policy in accord with the Conversion Privilege section of this Certificate.

MISSTATEMENT OF AGE.  If the age of a Dependent has been misstated, premiums will be subject to an equitable adjustment.  If the amount of benefit is dependent upon age, the benefit will be that which would have been payable based upon the Dependent's correct age.

ASSIGNMENT.  Dependents Insurance may not be assigned.

INCONTESTABILITY.  Except for nonpayment of premiums, the Company may not contest the validity of the Policy as to any Dependent, after it has been in force for two years during the lifetime of that Dependent. This clause will not affect the Company's right to contest claims made for accidental death or dismemberment benefits.

GL1102-5 VIT

11                                                                                        01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 18 of 35   Lincoln/Lee 071

# ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON**. The Company will pay the benefit listed below, if:
- (1) you sustain an accidental bodily injury while insured under this provision; and
- (2) that injury directly causes one of the following losses within 365 days after the date of the accident.

The loss must result directly from the injury and from no other causes.

| LOSS | BENEFIT FOR COMMON CARRIER ACCIDENT | BENEFIT FOR OTHER COVERED ACCIDENT |
|---|---|---|
| Loss of Life | 2 Times Principal Sum | Principal Sum |
| Loss of One Member (Hand, Foot or Eye) | Principal Sum | 1/2 Principal Sum |
| Loss of Two or More Members | 2 Times Principal Sum | Principal Sum |

The Principal Sum for your class is shown in the Schedule of Insurance.

**MAXIMUM PER PERSON**. If you sustain more than one loss resulting from the same accident, the benefit:
- (1) will be the one largest amount listed;
- (2) will not exceed two times the Principal Sum for all of your combined losses resulting from a Common Carrier Accident; and
- (3) will not exceed the Principal Sum for all of your combined losses resulting from any other covered accident.

**TO WHOM PAYABLE**. Benefits for your loss of life will be paid in accord with the Beneficiary section. All other benefits will be paid to you.

**LIMITATIONS**. Benefits are not payable for any loss to which a contributing cause is:
- (1) intentional self-inflicted injury or self-destruction, while sane;
- (2) disease, bodily or mental infirmity, or medical or surgical treatment of these; except for:
  - (a) pyogenic infections resulting from an accidental bodily injury; or
  - (b) the accidental ingestion of contaminated substances;
- (3) participation in a riot;
- (4) duty as a member of any military, naval or air force;
- (5) war or any act of war, declared or undeclared;
- (6) participation in the commission of a felony;
- (7) voluntary use of drugs; except when prescribed by a Physician;
- (8) voluntary inhalation of gas, including carbon monoxide, while sane;
- (9) travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
- (10) driving a vehicle while intoxicated.

**DEFINITIONS**.

"Beneficiary" means the person(s) named on your enrollment form. You may change the Beneficiary by filing a written notice of the change with the Company at its Group Insurance Service Office.

"Common Carrier Accident" means a covered accidental bodily injury, which is sustained while riding as a fare paying passenger (not a pilot, operator or crew member) in or on, boarding or getting off from a Common Carrier

"Common Carrier" means any land, air or water conveyance operated under a license to transport passengers for hire.

"Intoxicated" shall be defined by the jurisdiction where the accident occurs. The exclusion will apply whether or not the driver is convicted.

"Loss of a Member" includes the following:
    (1)    "Loss of Hand or Foot," means complete severance through or above the wrist or ankle joint.
    (2)    "Loss of an Eye," means total and irrevocable loss of sight in that eye.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 20 of 35

# ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**DEATH OR DISMEMBERMENT BENEFIT FOR A DEPENDENT SPOUSE**.  The Company will pay the benefit listed below, if:
    (1)    your Dependent Spouse sustains an accidental bodily injury while insured under this provision; and
    (2)    that injury directly causes one of the following losses within 365 days after the date of the accident.
The loss must result directly from the injury and from no other causes.

Your Dependent Spouse is eligible for the Accidental Death and Dismemberment Insurance if your Spouse:
    (1)    is insured by this provision on the date of the accident;
    (2)    is not legally separated from you; and
    (3)    is not serving on active duty in the armed forces of any state or country except for duty of 30 days or less for training in the Reserves or National Guard.

| LOSS | BENEFIT FOR COMMON CARRIER ACCIDENT | BENEFIT FOR OTHER COVERED ACCIDENT |
|---|---|---|
| Loss of Life | 2 Times Principal Sum | Principal Sum |
| Loss of One Member (Hand, Foot or Eye) | Principal Sum | 1/2 Principal Sum |
| Loss of Two or More Members | 2 Times Principal Sum | Principal Sum |

The Principal Sum which applies to your Dependent Spouse is shown in the Schedule of Insurance.

**MAXIMUM PER PERSON**.  If your Dependent Spouse sustains more than one loss resulting from the same accident, the benefit:
    (1)    will be the one largest amount listed;
    (2)    will not exceed two times the Principal Sum for all of that person's combined losses resulting from a Common Carrier Accident; and
    (3)    will not exceed the Principal Sum for all of that person's combined losses resulting from any other covered accident.

**TO WHOM PAYABLE**.  Benefits for a Dependent Spouse's loss will be payable:
    (1)    to you; or
    (2)    if you fail to survive your Dependent Spouse, to your Beneficiary or in accord with the Facility of Payment section of the Policy.

**LIMITATIONS**.  Benefits are not payable for any loss to which a contributing cause is:
    (1)    intentional self-inflicted injury or self-destruction, while sane;
    (2)    disease, bodily or mental infirmity, or medical or surgical treatment of these; except for:
        (a)    pyogenic infections resulting from an accidental bodily injury; or
        (b)    the accidental ingestion of contaminated substances;
    (3)    participation in a riot;
    (4)    duty as a member of any military, naval or air force;
    (5)    war or any act of war, declared or undeclared;
    (6)    participation in the commission of a felony;
    (7)    voluntary use of drugs; except when prescribed by a Physician;
    (8)    voluntary inhalation of gas, including carbon monoxide, while sane;
    (9)    travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
    (10)  driving a vehicle while intoxicated.

**DEFINITIONS**.

"Common Carrier Accident" means a covered accidental bodily injury, which is sustained while riding as a fare paying passenger (not a pilot, operator or crew member) in or on, boarding or getting off from a Common Carrier.

"Common Carrier" means any land, air or water conveyance operated under a license to transport passengers for hire.

"Intoxicated" shall be defined by the jurisdiction where the accident occurs. The exclusion will apply whether or not the driver is convicted.

"Loss of a Member" includes the following:
    (1)   "Loss of Hand or Foot," means complete severance through or above the wrist or ankle joint.
    (2)   "Loss of an Eye," means total and irrevocable loss of sight in that eye.

**INDIVIDUAL TERMINATION OF INSURANCE FOR A DEPENDENT SPOUSE**. Accidental Death and Dismemberment Insurance for your Dependent Spouse will cease on the earlier of:
    (1)   the date he or she is no longer an eligible spouse; or
    (2)   the date you are no longer eligible for coverage under the Policy.

Case 6:18-cv-02063-CJW-MAR   Document 26-3   Filed 02/13/19   Page 22 of 35   Lincoln/Lee 075

# SAFE DRIVER BENEFIT

BENEFIT. If you die as a direct result of a covered auto accident, for which Accidental Death and Dismemberment Benefits are payable; then:
   (1)   an additional Seat Belt Benefit will be payable, if you were wearing a properly fastened seat belt at the time of the accident; and
   (2)   an additional Air Bag Benefit will be payable, if the auto was equipped with air bag(s).

The Seat Belt Benefit equals $10,000 or 10% of the Principal Sum, whichever is less; and the Air Bag Benefit equals $10,000 or 10% of the Principal Sum, whichever is less. The Seat Belt Benefit and Air Bag Benefit will not be less than $1,000. The Principal Sum is the amount payable because of the Insured Person's accidental death.

A copy of the police report must be submitted with the claim. The position of the seat belt or presence of an air bag must be certified by:
   (1)   the official accident report; or
   (2)   the coroner, traffic officer or other investigating officer.
Upon receipt of satisfactory written proof, the additional benefit will be paid in accord with the Beneficiary section.

DEFINITIONS. As used in this provision:

"Auto" means a 4-wheel passenger car, station wagon, jeep, pick-up truck or van-type car. It must be licensed for use on public highways. It includes a car owned or leased by the Employer.

"Intoxicated," "Impaired," or "Under the Influence of Drugs" shall be defined as by the jurisdiction where the accident occurs.

"Seat Belt" means a properly installed:
   (1)   seat belt or lap and shoulder restraint; or
   (2)   other restraint approved by the National Highway Traffic Safety Administration.

LIMITATIONS. Safe Driver Benefits will not be paid if:
   (1)   the Accidental Death and Dismemberment Benefit is not paid under the Policy for your death; or
   (2)   at the time of the accident, you or any other person who was driving the auto in which you were traveling:
      (a)   was driving without a valid drivers' license;
      (b)   was driving in excess of the legal speed limit; or
      (c)   was driving while intoxicated, impaired, or under the influence of drugs (except for drugs taken as prescribed by a Physician for the driver's use).
   The above limitations will apply, whether or not the driver is convicted.

GL1102-6.15A

Seat Belt & Air Bag
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 23 of 35    Lincoln/Lee 076

<h1 style="text-align:center">CLAIMS PROCEDURES<br>FOR LIFE OR ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS</h1>

**NOTE: The Policy may include an Extension of Death Benefit, an Accelerated Death Benefit or a Living Benefit. If so, please refer to that section for special claim procedures.**

## NOTICE AND PROOF OF CLAIM

**Notice of Claim.** Written notice of an accidental death or dismemberment (AD&D) claim must be given within 20 days after the loss occurs; or as soon as reasonably possible after that.* The notice must be sent to the Company's Group Insurance Service Office. It should include your name, address and Policy number.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days; then you or your Beneficiary (the claimant) may send the Company written proof of claim in a letter. It should state the nature, date and cause of the loss.

**Proof of Claim.** The Company must be given written proof of an AD&D claim within 90 days after the date of the loss; or as soon as reasonably possible after that.* Proof of claim must be provided at the claimant's own expense. It must show the nature, date and cause of the loss. In addition to the information requested on the claim form, documentation must include:
    (1)    A certified copy of the death certificate, for proof of death.
    (2)    A copy of any police report, for proof of accidental death or dismemberment.
    (3)    A signed authorization for the Company to obtain more information.
    (4)    Any other items the Company may reasonably require in support of the claim.

**\* Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim; if it is shown that it was done as soon as reasonably possible. These time limits will not apply to a life insurance claim, or to any claim while the claimant lacks legal capacity.

**EXAM OR AUTOPSY.** At anytime while a claim is pending, the Company may have you examined:
    (1)    by a Physician of the Company's choice;
    (2)    as often as reasonably required.
If you fail to cooperate with an examiner or fail to take an exam, without good cause; then the Company may deny benefits, until the exam is completed. In case of death, the Company may also have an autopsy done, where it is not forbidden by law. Any such exam or autopsy will be at the Company's expense.

**TIME OF PAYMENT OF CLAIMS.** Any benefits payable under the Policy will be paid:
(1)    immediately after the Company receives complete proof of claim and confirms liability; and
(2)    in no event more than 30 days after the Company receives acceptable proof of claim.

## TO WHOM PAYABLE

**Death.** Any benefits payable for your death will be paid in accord with the Beneficiary, Facility of Payment and Settlement Options sections of the Policy. If the Policy includes Dependent Life Insurance; then any benefits payable for an insured Dependent's death will be paid to:
    (1)    you, if you survive that Dependent; or
    (2)    your Beneficiary, or in accord with the Facility of Payment section; if you do not survive that Dependent.

**Dismemberment.** If the Policy includes Accidental Death and Dismemberment Benefits; then any benefit, other than your death benefit, will be paid to you.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 24 of 35    Lincoln/Lee 077

# CLAIMS PROCEDURES
## (Continued)

**NOTICE OF CLAIM DECISION.** The Company will send the claimant a written notice of its claim decision. If the Company denies any part of the claim; then the written notice will explain:
- (1) the reason for the denial, under the terms of the Policy and any internal guidelines;
- (2) how the claimant may request a review of the Company's decision; and
- (3) whether more information is needed to support the claim.

The Company will send this notice:
- (1) within 15 days after resolving the claim;
- (2) within 30 days after receiving acceptable proof of claim; and
- (3) if reasonably possible, within:
  - (a) 90 days after receiving the first proof of a death or dismemberment claim; or
  - (b) 45 days after receiving the first proof of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under the Policy.

**Delay Notice.** If the Company needs more than 15 days to process a claim, in a special case; then an extension will be permitted. If needed, the Company will send the claimant a written delay notice:
- (1) by the 15th day after receiving the first proof of claim; and
- (2) every 30 days after that, until the claim is resolved.

The notice will explain the special circumstances which require the delay, and when a decision can be expected. In any event, the Company must send written notice of its decision within:
- (1) 180 days after receiving the first proof of a death or dismemberment claim; or
- (2) 105 days after receiving the first proof of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under the Policy.

If the Company fails to do so; then there is a right to an immediate review, as if the claim was denied.

**Exception:** If the Company needs more information from the claimant to process a claim; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.** The claimant may request a claim review, within:
- (1) 60 days after receiving a denial notice of a death or dismemberment claim; or
- (2) 180 days after receiving a denial notice of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under the Policy.

To request a review, the claimant must send the Company a written request, and any written comments or other items to support the claim. The claimant may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send the claimant a written notice of its decision. The notice will explain the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim; then the notice will also describe:
- (1) any further appeal procedures available under the Policy;
- (2) the right to access relevant claim information; and
- (3) the right to request a state insurance department review, or to bring legal action.

For a death or dismemberment claim, the notice will be sent within 60 days after the Company receives the request for review; or within 120 days, if a special case requires more time. For a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under the Policy, the notice will be sent within 45 days after the Company receives the request for review; or within 90 days, if a special case requires more time.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 25 of 35    Lincoln/Lee 078

## CLAIMS PROCEDURES
### (Continued)

**Delay Notice.** If the Company needs more time to process an appeal, in a special case; then it will send the claimant a written delay notice, by the 30th day after receiving the request for review. The notice will explain:

(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** If the Company needs more information from the claimant to process an appeal; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974). Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under the Policy, the claimant must first seek two administrative reviews of the adverse claim decision, in accord with this section. If an ERISA claimant brings legal action under Section 502(a) of ERISA after the required reviews; then the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim; then full reimbursement to the Company is required within 60 days. If reimbursement is not made; then the Company has the right to:

(1) reduce future benefits until full reimbursement is made; and
(2) recover such overpayments from you, or from your Beneficiary or estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS.** No legal action to recover any AD&D benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required. These time limits will not apply to a life insurance claim, however.

# CERTIFICATE AMENDMENT

## Your Certificate is amended by the addition of the following provision.

## ACCELERATED DEATH BENEFIT

BENEFIT.  The Accelerated Death Benefit is an advance payment of part of your Personal Life Insurance or Spouse Life Insurance.  It may be paid to you, in a lump sum, once during your lifetime.

To qualify, you must:
    (1)   have satisfied the Active Work requirement under the Policy;
    (2)   have been insured under the Policy:
        (a)   on the date of an injury which results in a Terminal condition; or
        (b)   for 30 days before being diagnosed Terminal as a result of sickness; and
    (3)   have at least $2,000 of Personal Life Insurance under the Policy on the day before the Accelerated Death Benefit is paid.

To qualify, your Terminal Dependent spouse must:
    (1)   have satisfied the Nonconfinement or Period of Limited Activity requirement under the Policy;
    (2)   have been insured under the Policy:
        (a)   on the date of an injury which results in a Terminal condition; or
        (b)   for 30 days before being diagnosed Terminal as a result of sickness; and
    (3)   have at least $2,000 of Spouse Life Insurance under the Policy on the day before the Accelerated Death Benefit is paid.

Receiving the Accelerated Death Benefit will reduce the Remaining Life Insurance and the Death Benefit payable at death, as shown on the next page.

"Claimant," as used in this section, means the Terminal Insured Person or Terminal Dependent spouse for whom the Accelerated Death Benefit is requested.

"Terminal" means you or your Dependent spouse has a medical condition which is expected to result in death within 12 months, despite appropriate medical treatment.

APPLYING FOR THE BENEFIT.  To withdraw the Accelerated Death Benefit, you (or your legal representative) must send the Company:
    (1)   written election of the Accelerated Death Benefit, on forms supplied by the Company; and
    (2)   satisfactory proof that the Claimant is Terminal, including a Physician's written statement.

The Company reserves the right to decide whether such proof is satisfactory.

Before paying an Accelerated Death Benefit, the Company must also receive the written consent of any irrevocable beneficiary, assignee or bankruptcy court with an interest in the benefit.  Before paying an Accelerated Death Benefit for your Dependent spouse, the Company must also receive your written consent. (See Limitations 3, 4, 5, and 6.)

**NOTE:  THIS IS NOT A LONG-TERM CARE POLICY.  RECEIVING THIS ACCELERATED DEATH BENEFIT WILL REDUCE THE BENEFIT PAYABLE AT DEATH.  ANY AMOUNT WITHDRAWN MAY BE TAXABLE INCOME, SO YOU SHOULD CONSULT A TAX ADVISOR BEFORE APPLYING FOR THIS BENEFIT.**

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 27 of 35    Lincoln/Lee 080

AMOUNT OF THE BENEFIT.  You may elect to withdraw an Accelerated Death Benefit in any $1,000 increment; subject to:

(1) a minimum of $1,000 or 10% of the Claimant's amount of Life Insurance (whichever is greater); and
(2) a maximum of $250,000 or 75% of the Claimant's amount of Life Insurance (whichever is less).

To determine the Accelerated Death Benefit, the Company will use the lesser of A or B below:

A. the Claimant's amount of Life Insurance which is in force on the day before the Accelerated Death Benefit is paid; or
B. the Claimant's amount of Life Insurance which would be in force 12 months after that date; if the coverage is scheduled to reduce, due to age, within 12 months after the Accelerated Death Benefit is paid.

ADMINISTRATIVE CHARGE:  NONE

WITHDRAWAL FEE:  NONE

EFFECT ON AMOUNT OF LIFE INSURANCE.  "Remaining Life Insurance" means the amount of Life Insurance which remains in force on the Claimant's life after an Accelerated Death Benefit is paid.  The Remaining Life Insurance will equal:

(1) the Claimant's amount of Life Insurance which was used to determine the Accelerated Death Benefit (A or B above); minus
(2) any percentage by which the Claimant's coverage is scheduled to reduce, due to age; if the reduction occurs more than 12 months after the Accelerated Death Benefit is paid, and while he or she is still living; minus
(3) the amount of the Accelerated Death Benefit withdrawn.

PREMIUM:  There is no additional charge for this benefit.  Continuation of the Remaining Life Insurance will be subject to timely payment of the premium for the reduced amount; unless you qualify for waiver of premium under the Policy's Extension of Death Benefit provision, if included.

CONDITIONS.  If the Claimant exercises the Conversion Privilege after an Accelerated Death Benefit is paid, the amount of the conversion policy will not exceed the amount of his or her Remaining Life Insurance. If the Claimant has Accidental Death and Dismemberment benefits under the Policy, the Principal Sum will not be affected by the payment of an Accelerated Death Benefit.

EFFECT ON DEATH BENEFIT.  When the Claimant dies after an Accelerated Death Benefit is paid, the amount of Remaining Life Insurance in force on the date of death will be paid as a Death Benefit.  Your Death Benefit will be paid in accord with the Beneficiary section of the Policy.  Your Dependent spouse's Death Benefit will be paid to you, or in accord with the Dependent Life Insurance section of the Policy.  If the Claimant dies after application for an Accelerated Death Benefit has been made, but before the Company has made payment; then the request will be void and no Accelerated Death Benefit will be paid.  The amount of Life Insurance in force on the date of death will be paid in accord with Policy provisions.

EFFECT ON TAXES AND GOVERNMENT BENEFITS.  Any Accelerated Death Benefit amount withdrawn may be taxable income to you.  Receipt of the Accelerated Death Benefit may also affect the Claimant's eligibility for Medicaid, Supplemental Security Income and other government benefits.  The Claimant should consult his or her own tax and legal advisor before applying for an Accelerated Death Benefit.  The Company is not responsible for any tax owed or government benefit denied, as a result of the Accelerated Death Benefit payment.

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 28 of 35    Lincoln/Lee 081

LIMITATIONS.  No Accelerated Death Benefit will be paid:

(1) if any required premium is due and unpaid;
(2) on any conversion policy purchased in accord with the Conversion Privilege;
(3) without the written approval of the bankruptcy court, if you have filed for bankruptcy;
(4) without the written consent of the beneficiary, if you have named an irrevocable beneficiary;
(5) without your written consent, if the Claimant is your Terminal Dependent spouse;
(6) without the written consent of the assignee, if you have assigned your rights under the Policy;
(7) if any part of the Life Insurance must be paid to your child, spouse or former spouse; pursuant to a legal separation agreement, divorce decree, child support order or other court order;
(8) if the Claimant is Terminal due to a suicide attempt, while sane; or due to an intentionally self-inflicted injury;
(9) if a government agency requires you or the Claimant to use the Accelerated Death Benefit to apply for, receive or continue a government benefit or entitlement; or
(10) if an Accelerated Death Benefit has been previously paid for the Claimant under the Policy.

**This amendment takes effect on your effective date of coverage under the Policy.  However, if you are not Actively at Work on that date, the change will not take effect until the date you resume Active Work.  In all other respects, the Policy remains the same.**

**The Lincoln National Life Insurance Company**

_____
Officer of the Company

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 29 of 35     Lincoln/Lee 082

CERTIFICATE AMENDMENT

TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO.:  000400001000-12077

ISSUED TO:  Ashley Industrial Moldings, Inc.

Your Certificate is amended by the addition of the following provisions.

PRIOR INSURANCE CREDIT UPON TRANSFER OF<br>LIFE INSURANCE CARRIERS

This provision prevents loss of life insurance coverage for you, which could otherwise occur solely because of a transfer of insurance carriers.  The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"Prior Plan" means a prior carrier's group life insurance policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE.  Subject to payment of premiums, the Policy will provide life coverage if you:
  (1)   were insured under the prior plan on its termination date;
  (2)   were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date;
  (3)   are not entitled to any extension of life insurance under the prior plan; and
  (4)   are not Totally Disabled (as defined in the Extension of Death Benefit section of the Policy) on the date the Policy takes effect.

AMOUNT OF LIFE INSURANCE.  Until you satisfy the Policy's Active Work rule, the amount of your group life insurance under the Policy will not exceed the amount for which you were insured under the prior plan on its termination date.

This Amendment takes effect on your effective date of coverage under the Policy.  In all other respects, your Certificate remains the same.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_Chals A. Brawley_<br>Officer of the Company

GL1102-AMEND. PC1                                                          Prior Ins. Cred. - Life
01/01/14

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 30 of 35     Lincoln/Lee 083

**Questions regarding your policy or coverage should be directed to:**

**The Lincoln National Life Insurance Company**
**800-423-2765**

We want you to know that you may contact the Indiana Department of Insurance if you have a complaint or seek assistance from the governmental agency that regulates insurance. To contact the Department of Insurance, write or call:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

IN NOTICE 05 - P/C

24                                                                                          01/01/14

# SUMMARY OF INDIANA LIFE AND HEALTH INSURANCE
## GUARANTY ASSOCIATION

The Indiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE UNDER YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned on residence in this state. Other conditions may also preclude coverage.

The Indiana Life and Health Insurance Guaranty Association will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely of availability of coverage under the Indiana Life and Health Insurance Guaranty Association when selecting an insurer.

You may contact the Indiana Life and Health Insurance Guaranty Association as follows:

Indiana Life and Health Insurance Guaranty Association
251 E. Ohio Street, Suite 1070
Indianapolis, IN 46204
(317) 636-8204
www.inlifega.org

You may contact the Indiana Department of Insurance as follows:

Indiana Department of Insurance
311 W. Washington Street
Indianapolis, IN 46204
(317) 232-2385
www.in.gov/idoi

GAN-GRP-IN NOTICE-P/C 07

25

01/01/14

Lincoln/Lee 085

# CERTIFICATE AMENDMENT

**TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO.:  000400001000**

**ISSUED TO:  The Commerce Trust Company as Trustee for The Lincoln National Life Insurance Company Voluntary Insurance Trust**

**For Participating Employer:  Ashley Industrial Moldings, Inc. (12077)**

It is agreed that the above policy be amended as follows.

Any exclusion for suicide for a death benefit under life insurance coverage is amended to read as follows:

EXCLUSION.  Benefits will not be payable if your death or the death of your Dependent:
  (1)    results from suicide while sane or insane; and
  (2)    occurs within one year after your Personal Life Insurance or insurance for that Dependent takes effect.

If benefits are not payable as a result of your or your Dependent's suicide, the Company will promptly refund any premium from your or your Dependent's Effective Date of coverage.

If there is an increase to your amount of Personal Life Insurance or your Dependent's amount of life insurance following the Effective Date of coverage, the one-year period will apply; but only for the increased Amount of Personal Life Insurance or the increased amount of Dependent's life insurance.

If  you or your Dependent were covered under any prior group life insurance policy that the Policy replaced within 1 day of the prior plan's termination date, the continuous months of coverage under the prior plan just before it terminated will count toward the one-year period.

The effective date of this Certificate Amendment is January 1, 2011 or your effective date of coverage under the Policy (whichever is later); but only with respect to losses incurred on or after that date.  Nothing contained in this Certificate Amendment shall change any of the terms and conditions of the Policy, except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

*Chals A. Brawley*
_____
Officer of the Company

Case 6:18-cv-02063-CJW-MAR     Document 26-3     Filed 02/13/19     Page 33 of 35     Lincoln/Lee 086



## LINCOLN FINANCIAL GROUP® PRIVACY PRACTICES NOTICE

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. **We do not sell your personal information to third parties.** We share your personal information with third parties as necessary to provide you with the products or services you request and to administer your business with us. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. **You do not need to take any action because of this Notice, but you do have certain rights as described below.**

### INFORMATION WE MAY COLLECT AND USE

We collect personal information about you to help us identify you as our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; or to tell you about our products or services we believe you may want and use. The type of personal information we collect depends on the products or services you request and may include the following:

- **Information from you**: When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history.

- **Information about your transactions**: We keep information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment history.

- **Information from outside our family of companies**: If you are purchasing insurance products, we may collect information from consumer reporting agencies such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information, such as medical information from other individuals or businesses.

- **Information from your employer**: If your employer purchases group products from us, we may obtain information about you from your employer in order to enroll you in the plan.

### HOW WE USE YOUR PERSONAL INFORMATION

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you have requested; provide customer service; and inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners, regulatory authorities and law enforcement officials and to others when we believe in good faith that the law requires disclosure. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Case 6:18-cv-02063-CJW-MAR   Document 26-3   Filed 02/13/19   Page 34 of 35   Lincoln/Lee 087

## SECURITY OF INFORMATION

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to provide you with products, services, or to maintain your accounts. Employees who have access to your personal information are required to keep it confidential. Employees are trained on the importance of data privacy.

Questions about your personal information should be directed to:

> Lincoln Financial Group
> Attn: Enterprise Compliance and Ethics
> Corporate Privacy Office, 7C-01
> 1300 S. Clinton St.
> Fort Wayne, IN 46802

**Please include all policy/contract/account numbers with your correspondence.**

*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Group Trust Company, LLC
Lincoln Financial Investment Services Corporation
Lincoln Investment Advisors Corporation

Lincoln Life & Annuity Company of New York
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

## *ADDITIONAL PRIVACY INFORMATION FOR INSURANCE PRODUCT CUSTOMERS*

### CONFIDENTIALITY OF MEDICAL INFORMATION

We understand that you may be especially concerned about the privacy of your medical information. We do not sell or rent your medical information to anyone; nor do we share it with others for marketing purposes. We only use and share your medical information for the purpose of underwriting insurance, administering your policy or claim and other purposes permitted by law, such as disclosure to regulatory authorities or in response to a legal proceeding.

### MAKING SURE MEDICAL INFORMATION IS ACCURATE

We want to make sure we have accurate information about you. Upon written request we will tell you, within 30 business days, what personal information we have about you. You may see a copy of your personal information in person or receive a copy by mail, whichever you prefer. We will share with you who provided the information. In some cases we may provide your medical information to your personal physician. We will not provide you with information we have collected in connection with, or in anticipation of, a claim or legal proceeding. If you believe that any of our records are not correct, you may write and tell us of any changes you believe should be made. We will respond to your request within 30 business days. A copy of your request will be kept on file with your personal information so anyone reviewing your information in the future will be aware of your request. If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received the information within the prior two years. We will also send the updated information to any insurance support organization that gave us the information, and any service provider that received the information within the prior 7 years.

Questions about your personal medical information should be directed to:

> Lincoln Financial Group
> Attn: Medical Underwriting
> P.O. Box 21008
> Greensboro, NC 27420-1008

The CONFIDENTIALITY OF MEDICAL INFORMATION and MAKING SURE INFORMATION IS ACCURATE sections of this Notice apply to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Life & Annuity Company of New York
The Lincoln National Life Insurance Company

Case 6:18-cv-02063-CJW-MAR    Document 26-3    Filed 02/13/19    Page 35 of 35    Lincoln/Lee 088