Buchanan County Health Center
Emergency Room
1600 1st St E
Independence, IA 50644
319-332-0999

Patient Name: LEE,JOHN E
Date:07/11/15 Time:2223
Provider Name:MASON PA-C,JEFFREY A
#:BC0002439008

Date of Birth:01/02/1969
Medical Record #:I000002027
Account

## History of Present Illness Fal

**- General**
**Source:** family
**Exam Limitations:** clinical condition, intoxication

**- History of Present Illness**
**Initial Comments:**
The patient presented to the emergency room via private vehicle for evaluation of unresponsiveness.
His wife and daughter state that they found him tonight at his camp site lying on the ground. They
state he was unresponsive and after observing him for 2 hours he did not wake up. They finally
brought him in when they noticed he had some blood coming from his mouth and nose.
He had a bruise under his right eye. He was unresponsive. He would not move. They picked the
patient up and put him in the back seat of their sedan and drove to the emergency room. Patient
was making sonorous respirations and his initial pulse oximetry was in the 70s. Patient was unable to
protect his airway. The family state he is not on any current medications. No significant medical
history. He was drinking alcohol today. They believe he fell down and hit his head.
**Occurred:** this evening
**Fall Injury Location:** head
**Pain Location:** Head
**Reason for Fall:** unknown
**Loss of Consciousness:** prolonged (minutes)
**Allergies/Adverse Reactions:**
**Allergies**

No Known Allergies Allergy (Verified 07/11/15 23:38)

**Home Medications:**
**Ambulatory Orders**

NK [NK]

## Review of Systems General

**- Review of Systems**
**Constitutional:** no symptoms reported (Patient is unable to give us a review of systems due to his
clinical condition)
**EENTM:** epistaxis

**Respiratory:** stridor
**Cardiology:** no symptoms reported
**Gastrointestinal/Abdominal:** no symptoms reported
**Genitourinary:** no symptoms reported
**Musculoskeletal:** no symptoms reported
**Skin:** no symptoms reported
**Neurological:** no symptoms reported
**Psych:** no symptoms reported
**Endocrine:** no symptoms reported
**Hematologic/Lymphatic:** no symptoms reported

## Physical Exam General

**- Physical Exam**
**General Appearance:** other (An unresponsive male who has sonorous respirations)
**Eyes:** Right Periorbital Swelling
**Fundoscopic Exam:**
Patient has periorbital edema and ecchymosis around the right orbit.  Pupils are pinpoint and unresponsive.
**Ears:** normal external exam
**Nose:** no blood
**Throat/Mouth:** other
**Head:** facial swelling
**Respiratory/Chest:** Diminished, other (Patient has sonorous breathing)
**Cardiovascular:** regular rate, rhythm
**Abdominal:** non tender
**Extremities:** other (Pelvis stable)
**Neurological:** other (Unresponsive to verbal and painful stimuli)
**Skin:** normal color

## Course

**- Course**
**Orders, Labs, Meds:**

### Oxygen Sats

| Oxygen Saturation via Pulse Oximetry | 77 |
|---|---|

### Laboratory Tests

|       | 07/11/15 10:45 | 07/11/15 22:45 |
|-------|---------------|----------------|
| WBC   |               | 11.7 H         |
| RBC   |               | 5.01           |
| Hgb   |               | 15.8           |
| Hct   |               | 45.1           |
| MCV   |               | 90             |
| MCH   |               | 31.5           |
| MCHC  |               | 35.0           |
| RDW   |               | 13.1           |

| Plt Count | | 160 |
|---|---|---|
| MPV | | 9.3 L |
| Gran % | | 75.3 H |
| Gran # | | 8.77 H |
| Lymphocytes % | | 14.6 L |
| Monocytes % | | 8.9 |
| Eosinophils % | | 1.00 |
| Basophils % | | 0.20 |
| Lymphocytes # | | 1.70 |
| Monocytes # | | 1.04 H |
| Eosinophils # | | 0.12 |
| Basophils # | | 0.02 |
| PT | 10.7 | |
| INR | 0.97 | |
| APTT | 26.7 | |
| Sodium | | 136 |
| Potassium | · | 3.6 |
| Chloride | | 96 L |
| Carbon Dioxide | | 26 |
| Anion Gap | | 17.6 |
| BUN | | 9 |
| Creatinine | | 1.2 |
| GFR Calculation | | > 60 |
| BUN/Creatinine Ratio | | 7.5 L |
| Glucose | | 121 H |
| Lactic Acid | | 2.4 H |
| Calcium | | 8.0 L |
| Total Bilirubin | | 0.3 |
| AST | | 95 H |
| ALT | | 110 H |
| Alkaline Phosphatase | | 76 |
| Total Protein | | 7.6 |
| Albumin | | 4.4 |
| Globulin | | 3.2 |
| Albumin/Globulin Ratio | | 1.4 |
| Ethyl Alcohol | | 233.0 H |

## Radiology Impressions

07/11/15 22:50
*PORTABLE CHEST (1VIEW) Stat

The patient presented to the emergency room via private vehicle for evaluation of unresponsiveness. Patient was unable to protect his own airway and so we went ahead and did a RSI. He received 100 mg of succinylcholine after a 20 mg dose of etomidate. Using a glide scope I did pass a 7.5 mm ET tube through the vocal cords. Had good breath sounds bilaterally. Oxygenation was good. Tube placement by calorimetric CO monitor and ETCO2. Chest x-ray showed appropriate ET tube placement. Patient remained in the C-spine precautions throughout the intubation and was placed in a cervical collar following the securing of the ET tube.

Buchanan County Health Center
Emergency Department
Patient Name: LEE,JOHN E     Account number:BC0002439008     Medical Record number:I000002027

I did call covenant emergency room for transfer per the patient's wife. However they do not have neurosurgical coverage and therefore I spoke with the attending physician at the University of Iowa and Dr. Schlichting who accepted transfer. Patient did recieve postintubation fentanyl and propofol. Vital signs were stable. We attempted to transfer via air ambulance but unfortunately weather was not permitting. The delay caused the radiology tech to go home and so if I would have known that he was going by ground we would have done a imaging studies here. Unfortunately the delay of information whether or not the helicopter would fly delayed the imaging. The x-ray tech went home for the evening and would have taken half an hour to return. In the meantime we did arrange ground transfer. Patient did remain stable throughout his visit. Had some flexion at the wrist concerning for seizure/posturing so we gave a 1 g dose of Keppra IV.

Spent a considerable amount of time with the family explaining the benefits of airway protection and the need for neurosurgical coverage. Wife did agree to transfer..

## Critical Care Note

**- Critical Care Note**
**Total Time (mins):** 60
**Necessay to Tx/Prevent Imminent/Life Threatening Detoriation:** Respiratory Failure
**Critical-Care w/time spent personally by me on the following:** Blood Draw for Specimens, Discussion with Consultants, Obtaining Patient History, Ordering and Review of Laboratory Studies, Ordering and Review of Tadiographic Studies, Ordering and Performing Treatments and Interventions

## Departure

**- Departure**
**Disposition:** ACUTE CARE HOSPITAL (02)
**Clinical Impression:**
Head injury, Alcohol intoxication, Respiratory failure with hypoxia, Unresponsive state
**Condition:** Serious
**Referrals:**
JASPER,DUANE D, MD [Family Provider] -
**General Information:**
Today you were evaluated in the Buchanan County Health Center Emergency Department. The examination and treatment which you received has been on an emergency basis only. It has not been intended to be a substitute for complete medical care. For your protection, it is advised that you follow up as recommended in the follow up section of this packet.

If complications arise or no improvement, call your doctor (or the doctor who is on-call). If the doctor cannot be reached, return to the emergency department.

Hospital 319-332-0999

Electronically Signed By: <Electronically signed by JEFFREY A MASON PA-C> On:07/12/15 At:0643

## LOCATION

| PATIENT: LEE,JOHN E | | ACCT: BC0002439008 | LOC: BC.ER | U: I000002027 |
|---|---|---|---|---|
| | | AGE/SX: 46/M | ROOM: | REG: 07/11/15 |
| REG DR: MASON PA-C,JEFFREY A | | STATUS: DEP ER | BED: | DIS: |

| Test | Day | Date | Time | Result | | Reference | Units |
|---|---|---|---|---|---|---|---|
| => WHITE BLOOD COU | 1 | JUL 11 | 2245 | 11.7 | H | (4.0-10.5) | 10E3/uL |
| => RED BLOOD COUNT | 1 | JUL 11 | 2245 | 5.01 | | (4.00-5.50) | 10E6/uL |
| => HEMOGLOBIN | 1 | JUL 11 | 2245 | 15.8 | | (13.0-17.0) | g/dL |
| => HEMATOCRIT | 1 | JUL 11 | 2245 | 45.1 | | (38.0-49.0) | % |
| => MEAN CORPUSCULA | 1 | JUL 11 | 2245 | 90 | | (82-99) | fL |
| => MEAN CORPUSCULA | 1 | JUL 11 | 2245 | 31.5 | | (28.0-34.0) | pg |
| => MEAN CORPUSCULA | 1 | JUL 11 | 2245 | 35.0 | | (32.0-36.0) | g/dL |
| => RED CELL DISTRI | 1 | JUL 11 | 2245 | 13.1 | | (11.5-14.5) | % |
| => PLATELET COUNT | 1 | JUL 11 | 2245 | 160 | | (150-450) | 10E3/uL |
| => MEAN PLATELET V | 1 | JUL 11 | 2245 | 9.3 | L | (9.4-12.4) | fL |
| => GRANULOCYTES% | 1 | JUL 11 | 2245 | 75.3 | H | (42.0-75.0) | % |
| => LYMPHOCYTES % | 1 | JUL 11 | 2245 | 14.6 | L | (15.0-41.0) | % |
| => MONOCYTES % | 1 | JUL 11 | 2245 | 8.9 | | (1.0-9.0) | % |
| => EOSINOPHILS % | 1 | JUL 11 | 2245 | 1.00 | | (0-6.0) | % |
| => BASOPHILS % | 1 | JUL 11 | 2245 | 0.20 | | (0-2.00) | % |
| => Granulocyte # | 1 | JUL 11 | 2245 | 8.77 | H | (2.00-8.00) | 10E3/uL |
| => LYMPHOCYTES # | 1 | JUL 11 | 2245 | 1.70 | | (1.00-4.00) | 10E3/uL |
| => MONOCYTES # | 1 | JUL 11 | 2245 | 1.04 | H | (0-1.0) | 10E3/uL |
| => EOSINOPHILS # | 1 | JUL 11 | 2245 | 0.12 | | (0-0.40) | 10E3/uL |
| => BASOPHILS # | 1 | JUL 11 | 2245 | 0.02 | | (0.00-0.20) | 10E3/uL |
| => PROTHROMBIN TIM | 1 | JUL 11 | 1045 | 10.7(a) | | | SEC |
| => INR | 1 | JUL 11 | 1045 | 0.97(b) | | | |
| => PARTIAL THROMBO | 1 | JUL 11 | 1045 | 26.7(c) | | | SEC |
| => SODIUM | 1 | JUL 11 | 2245 | 136 | | (136-145) | mEq/L |
| => POTASSIUM | 1 | JUL 11 | 2245 | 3.6 | | (3.5-5.1) | mEq/L |
| => CHLORIDE | 1 | JUL 11 | 2245 | 96 | L | (98-107) | mEq/L |
| => CARBON DIOXIDE | 1 | JUL 11 | 2245 | 26 | | (21-32) | mmol/L |
| => ANION GAP | 1 | JUL 11 | 2245 | 17.6 | | (10-18) | |
| => GLUCOSE | 1 | JUL 11 | 2245 | 121 | H | (74-106) | mg/dL |
| => CALCIUM | 1 | JUL 11 | 2245 | 8.0 | L | (8.5-10.1) | mg/dL |
| => TOTAL BILIRUBIN | 1 | JUL 11 | 2245 | 0.3 | | (0.1-1.2) | mg/dL |
| => ASPARTATE AMINO | 1 | JUL 11 | 2245 | 95 | H | (15-37) | IU/L |
| => ALANINE AMINOTR | 1 | JUL 11 | 2245 | 110 | H | (12-78) | IU/L |
| => TOTAL PROTEIN | 1 | JUL 11 | 2245 | 7.6 | | (6.4-8.2) | g/dl |
| => ALBUMIN | 1 | JUL 11 | 2245 | 4.4 | | (3.4-5.0) | g/dL |
| => GLOBULIN | 1 | JUL 11 | 2245 | 3.2 | | (1.5-3.7) | G/DL |

```
NOTES:  (a)  NORMAL PATIENT (NOT ANTI-COAGULATED) MEAN: 10.8 SEC
        (b)  RECOMMENDED INR VALUES:
                INDICATION-
                LESS INTENSIVE      2.0 - 3.0
                CONVENTIONAL        3.0 - 4.5

             NORMAL PATIENT (NOT ANTI-COAGULATED) INR: 1.0
        (c)  NORMAL PATIENT (NOT ON HEPARIN) RANGE: 24.3 - 31.0
```

| Patient: LEE,JOHN E | Age/Sex: 46/M | AcctBC0002439008 UnitI000002027 |
|---|---|---|

## LOCATION

| Patient: LEE,JOHN E | | BC0002439008 | (Continued) | |
|---|---|---|---|---|

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => ALB/GLOB RATIO | 1 | JUL 11 | 2245 | 1.4 | | RATIO |
| => Alkaline Phosph | 1 | JUL 11 | 2245 | 76 | (46-116) | IU/L |
| => LACTIC ACID | 1 | JUL 11 | 2245 | 2.4 H | (0.4-2.0) | mmol/L |
| => BLOOD UREA NITR | 1 | JUL 11 | 2245 | 9 | (7-18) | mg/dL |
| => BUN/CREATININE | 1 | JUL 11 | 2245 | 7.5 L | (8-24) | RATIO |
| => CREATININE | 1 | JUL 11 | 2245 | 1.2 | (0.8-1.3) | mg/dL |
| => GLOMERULAR FILT | 1 | JUL 11 | 2245 | > 60(d) | (>60) | |
| => ETHANOL | 1 | JUL 11 | 2245 | 233.0 H | (0-3.0) | mg/dL |

NOTES: (d) The MDRD Study equation has been validated extensively in
white and African-American populations with impared kidney
function (GFR <60mL/min/1.73 m^2). This equation is only
valid on patients between the ages 18 and 70 years.  Results
on patients outside of this age range should be interpreted
with caution. If the patient is African-American, multiply
the GFR result by "1.212".

| Patient: LEE,JOHN E | Age/Sex: 46/M | AcctBC0002439008 UnitI000002027 |
|---|---|---|

43

**BUCHANAN COUNTY HEALTH CENTER**
**1600 1ST STREET**
**INDEPENDENCE, IOWA 50644**
**PH: (319)332-0870**
**FAX: 319 332-0957**
**DIAGNOSTIC IMAGING**
0711-0011

Patient: LEE,JOHN E
DOB: 01/02/1969
Phone Number:319-327-0167
Other Phone:

MRN: I000002027
ACCT NO: BC0002439008
Ordering Physician: MASON PA-C,JEFFREY A
Family Physician: JASPER, DUANE D  MD

Service Date: 07/11/15
Procedure: *PORTABLE CHEST (1VIEW)
Technologist: Becky Boggess, RTR (CT)

Pt Status: REG ER

HISTORY:  SYMPTOMS: ett placement

EXAM:  *PORTABLE CHEST (1VIEW)

COMPARISON:  None

An AP supine view of the chest was obtained at 2239 hours following ET tube placement.

The tip of the ET tube is approximately 5 cm above the carina.
Positioning and technique accentuate the cardiomediastinal silhouette.
No signs of CHF are evident. I do not see any focal infiltrates.

**IMPRESSION:**
1. The tip of the ET tube is approximately 5 cm above the carina.
2. No acute cardiopulmonary process is evident.

Dictated By: SCHNEIDER, PAUL 07/11/15 2300
Electronically Signed By: SCHNEIDER, PAUL  DO 07/11/15 2313

CC: