# LAW OFFICE OF

## LARRY F. WOODS

**24 NORTH FREDERICK AVENUE**
**OELWEIN, IOWA 50662**
**PH. (319) 283-3204**
**FAX (319) 283-1838**

February 8, 2016

Risk Services
The Lincoln National Life Insurance Company
P. O. Box 2337
Omaha, Nebraska 68103

> RE: Policy Holder: Ashley Industrial Molding, Inc.
> Policy No: 00400001000-12077
> 000010132080-00000
> Claim Number: 1072315-1127380
> Claimant: John Lee
> Appeal: Additional Evidence

Dear Ashley:

In response to your phone call, I am attaching a copy of the report I have received on this date from Dr. Anthony Leo. I believe his report is timely and addresses many of the issues raised by the Notice of Appeal which has been filed.

I am not sure if your company also has the medical report from Buchanan County Health Center. This hospital was where Vanessa Lee took John Lee for the initial examination. I am attaching a copy of the report.

I would like to draw you attention to the last line full paragraph - "History of Present Illness. The last line states that "They believe he fell down and hit his head."

I also have 3 pictures that I would like to submit. Those have been sent to the e-mail address of LifeClaims@LFG.com. There is a notation on each picture as to why each photo should be considered and what is shown by the photograph.

Case 6:18-cv-02063-CJW-MAR   Document 27-4   Filed 02/27/19   Page 1 of 4

Lincoln National Life Insurance Co.
Ashley Fultz
Page 2
Claimant:   John E. Lee
Claim No.  1072315-1127380


There  are also issues raised by the initial  notice  of
appeal that should be considered.  Specifically, it is noted
that  ATV  are controlled by a separate Chapter of  the  Iowa
Code, as set forth in my Appeal Letter of December 19, 2015.

Thank you for your time and attention.  Please  confirm
that  the attached information,  and photos which  have  been
e-mailed are considered as a part of the evidence  considered
by the person reviewing the record for the appeal.

Very truly yours,

Larry F. Woods

Enc:  Diagram
CC:  Client

# Anthony J. Leo M.D., F.A.C.S.

## General Surgery
201 Eighth Avenue Southeast
Oelwein, Iowa 50662
319-283-4321

Diplomate, American Board of Surgery                    Fellow, American College of Surgeons

February 7, 2016

To Whom It May Concern,

John Earl Lee, birthdate 1-2-69, died at University of Iowa Hospitals and Clinics in Iowa City, Iowa, 7-19-15, having been discovered to be unconscious by family members on the evening of 7-11-15.

I am a board-certified general surgeon, a Fellow of the American College of Surgeons, who is involved in acute trauma care, and I have served as a clinical instructor for Advanced Trauma Life Support (ATLS). I also currently serve as the Fayette County Medical Examiner. I have had the opportunity to review medical records from both Buchanan County Health Center and from the University of Iowa Hospitals and Clinics. I have also interviewed the decedent's wife, Vanessa, and her daughter, Randy.

On the evening of 7-11-15, the family was enjoying a camping excursion at a rural site. The decedent left the rest of his family members on his ATV, and family members became concerned when he did not return. He was discovered by his daughter lying next to the ATV, which was still running and was upright, although the headlight was slightly dislodged. He was lying supine, with a cigarette next to his hand, and he was unresponsive, though breathing. It was the impression of family members that he had fallen next to the vehicle.

The site of discovery of the decedent was surveyed personally by me, and it is a large, sandy expanse with a flat surface, with no trees, buildings, fences, or other obstructions in the area. His family members initially felt that he had "passed out" from drinking, and they took him home, but they began to observe that he was demonstrating sonorous respirations and he could not be aroused. After a couple of hours, he was taken to Buchanan County Health Center in Independence by private car, after family members had observed progressive swelling and bruising about his right eye and minimal nasal bleeding. The patient had been drinking alcohol prior to being discovered. In the emergency department, he was evaluated by Jeff Mason, PA. He was unresponsive and demonstrating sonorous respirations, with periorbital ecchymosis and edema involving his right eye. Pupils were pinpoint and unresponsive. He was unresponsive to verbal or painful stimuli. His Glasgow coma score would have been 3, the lowest possible. A serum ethanol level of 0.233 was confirmed. Oral endotracheal intubation was performed and chest x-ray revealed proper placement of the endotracheal tube. He was ultimately transported by ground ambulance to University of Iowa Hospitals and Clinics, receiving intravenous Keppra since he did demonstrate some wrist flexion, and there were concerns regarding seizure.

# Anthony J. Leo M.D., F.A.C.S.

### General Surgery
201 Eighth Avenue Southeast
Oelwein, Iowa 50662
319-283-4321

Diplomate, American Board of Surgery        Fellow, American College of Surgeons

He underwent comprehensive evaluation with multidisciplinary care provided in the surgical intensive care unit at UIHC. He was seen by various consultants, including neurosurgeons. He demonstrated decerebrate posturing and consistently had a Glasgow score of 4. A bolt was placed for intracranial pressure monitoring and he demonstrated problems with periodic elevation of intracranial pressure. There was evidence of a right orbital fracture, but there was no evidence of thoracic or abdominal trauma, nor of long bone fractures. The cervical spine was intact as well. Cranial and cervical spine MRI, 7-16-15, revealed findings consistent with diffuse axonal injury. He was begun on nasoduodenal enteric feedings. He did not show any improvement and passionate extubation was performed at the family's request, after thorough consultation, 7-19-15. He was pronounced dead on that date at 0957 hours.

Review of his death certificate indicates that the medical examiner was contacted, and a case number of 15-52-359 was assigned. The certifier was Dennis Firchau, M.D., whom I recognize as a consulting UIHC forensic pathologist. An autopsy was not performed, and the remains were cremated.

The manner of death was ascribed to accident, and the immediate cause of death was ascribed to blunt force injuries of the head.

The medical examiner report is not available for my review at this time.

There is no evidence to indicate that the blunt force injuries imparted to the head with resultant diffuse axonal injury, a lethal form of traumatic brain injury, occurred as a result of the decedent sustaining those injuries while specifically operating the motor vehicle. The events proximate to his injuries were witnessed by no one. Neither staff at Buchanan County Health Center, nor at University of Iowa Hospitals and Clinics, alerted local law enforcement so that a comprehensive (or any) accident investigation could be performed.

It is my opinion, with a reasonable degree of medical certainty, that there is no evidence to indicate that the injuries were sustained while John Earl Lee was actually operating the motor vehicle. He may have dismounted from the vehicle, owing to any of a number of acute medical illnesses, which could have then precipitated an accidental fall, striking his head, producing lethal traumatic brain injury. Neither an autopsy nor a proper forensic accident investigation was undertaken. An autopsy may have identified underlying medical conditions which may have predisposed him to become ill while operating the motor vehicle, causing him to dismount, then to collapse, sustaining the fatal injury.

Sincerely,

Anthony J. Leo, M.D., F.A.C.S.