

The red X marks the approximate location that John Lee and the ATV were found.



The red X marks the approximate location that John Lee and the ATV were found.

50





This is the ATV vehicle driven by John Lee.