# ASSIGNMENTS

Personal Life Insurance and Accidental Death Insurance may be assigned. The assignments allowed under this Policy are absolute assignments and funeral assignments as described below.

No assignment will be binding on the Company unless and until:
    (1)   it is made on a form furnished by the Company;
    (2)   the original is completed and filed with the Company at its Group Insurance Service Office; and
    (3)   it is approved by the Company.
The Company and the Group Policyholder do not assume responsibility for the validity or effect of an assignment.

ABSOLUTE ASSIGNMENTS. An Insured Person may make an irrevocable assignment of his or her Personal Life Insurance and Accidental Death Insurance as a gift (with no consideration), providing he or she has the legal capacity and the mental capacity to do so. It may be made to a trust or to one or more of the Insured Person's relatives, their estates, or to a trustee of a trust under which one of the relatives is a beneficiary.

The term "relatives" includes, but is not limited to, an Insured Person's spouse, parents, grandparents, aunts, uncles, siblings, children, adopted children, stepchildren, and grandchildren.

In some states, community property is an established form of ownership that must be considered in making an assignment. If an Insured Person makes an absolute assignment to two or more assignees, such assignees will be joint owners with the right of survivorship between them. An Insured Person should consult with his or her own legal advisor before making an assignment.

Once the assignment has been recorded by the Company, the Insured Person can no longer change the beneficiary and cannot apply for conversion. Only the assignee can change the beneficiary designation if the previous designation is revocable. An assignment will have no effect on a prior irrevocable beneficiary designation. Only the assignee can apply for conversion but only when the Conversion Privilege provision would have been available to the Insured Person in the absence of the assignment under this Policy.

An absolute assignment cannot be used as a collateral assignment.

FUNERAL ASSIGNMENTS. Upon an Insured Person's death, the beneficiary may assign the Personal Life Insurance benefit and Accidental Death Insurance benefit to a funeral home for payment of burial expenses. After payment has been made for the burial expenses to the assigned funeral home, the remaining death benefit is then paid in accord with the Beneficiary and Settlement Options sections of this Policy.

GL1101-7.1C 01

11

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 1 of 17

## FACILITY OF PAYMENT

Policy benefits may become payable to an Insured Person's estate, to a minor, or to a person who the Company does not consider competent to give a valid release. In that event, the Company has the option to pay one or more of the following:

    (1)   a person who has assumed the care and support of the Insured Person or Beneficiary;
    (2)   a person who has incurred expense as a result of the Insured Person's last illness or death;
    (3)   the personal representative of the Insured Person's estate; or
    (4)   any person related by blood or marriage to the Insured Person.

No payment made under this section may exceed:

    (1)   $2,000 to a nonrelative of the Insured Person; or
    (2)   $5,000 to a relative of the Insured Person.

Any payment made in good faith under this section will fully discharge the Company to the extent of the payment. Any remaining amount of benefit will be paid as shown in the Beneficiary section.

## DEATH BENEFIT

AMOUNT PAYABLE ON DEATH. Upon receipt of satisfactory proof of an Insured Person's death, the Company will pay a death benefit equal to the amount of Personal Life Insurance in effect on the date of death. This amount is shown in the Schedule of Insurance. The benefit will be paid as shown in the Beneficiary, Facility of Payment, and Settlement Options sections.

## SETTLEMENT OPTIONS

INSTALLMENTS. All or part of the death benefit may be received in installments, by making written election to the Company.

ELECTION. While living, an Insured Person may direct the Company to pay the death benefit in installments. If no such direction is in effect at the time of the Insured Person's death, the Beneficiary may make such an election.

CONDITIONS. Any election, whether by an Insured Person or a Beneficiary, must comply with the Company's practices at the time it is made. The amount applied under a settlement option must be at least $2,000. It must be sufficient to provide a payment of at least $20 per month.

GL1101-8 96 IN

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 2 of 17

# EXTENSION OF DEATH BENEFIT

BENEFIT.  Life insurance will be continued, **without payment of premiums**, for an Insured Person who:
   (1)   becomes Totally Disabled while insured under this policy and before reaching age 60;
   (2)   remains Totally Disabled for at least 6 months in a row; and
   (3)   submits satisfactory proof within the 7th through the 12th months of disability; or:
      (a)   as soon as reasonably possible after that; but
      (b)   not later than the 24th month of disability, unless he or she was legally incapacitated.

PREMIUM PAYMENT.  Premium payments must continue until:
   (1)   the day the Insured Person is approved for this Extension of Death Benefit; or
   (2)   the day this Policy terminates (whichever occurs first).
Upon receipt of satisfactory proof, the Company will refund up to 12 months' premium paid for the Insured Person's life insurance, from the 1st day of Total Disability.

DEFINITION.  For this benefit, Total Disability or Totally Disabled means an Insured Person:
   (1)   is unable, due to sickness or injury, to engage in any employment or occupation for which such Insured Person is or becomes qualified by reason of education, training, or experience; and
   (2)   is not engaging in any gainful employment or occupation.

AMOUNT CONTINUED.  The life insurance continued by this section:
   (1)   will be the amount of Personal Life Insurance and any Dependent Life Insurance in effect on the day the Insured Person's Total Disability begins; and
   (2)   will be subject to the reductions and terminations in effect under this Policy on that day.
If the Insured Person receives an Accelerated Death Benefit, the amount will be reduced in accord with that provision.  Any Accidental Death and Dismemberment Benefit will not be continued.

ADDITIONAL PROOF.  At any time during this continuation, the Company may require the Insured Person:
   (1)   to submit further proof of his or her continued Total Disability; and
   (2)   to be examined by a Physician of the Company's choice, as often as reasonably necessary.
After the first two years of Total Disability, the Company will not request proof or an exam more than once a year.  Proof will be at the Insured Person's expense; unless the Company requests an exam by a Physician of its choice.

When an Insured Person dies after submitting proof, further proof must be submitted to the Company showing that he or she remained continuously and Totally Disabled until death.  When an Insured Person dies within 12 months after Total Disability begins, but before submitting proof; then his or her death benefit will still be paid under the terms of this Policy.  But the Company must first receive satisfactory proof of his or her continuous Total Disability, from the last day of Active Work until the date of death.

TERMINATION.  Any life insurance extended under this section will terminate automatically on:
   (1)   the day the Insured Person ceases to be Totally Disabled;
   (2)   the day the Insured Person fails to take a required medical examination;
   (3)   the 60th day after the Company mails a request for additional proof, if it is not given;
   (4)   the effective date of the Insured Person's individual conversion policy, with respect to any amount of life insurance converted in accord with the Conversion Privilege section; or
   (5)   the day the Insured Person reaches Social Security Normal Retirement Age (SSNRA), as shown in the Schedule of Insurance (whichever occurs first).

RIGHTS AFTER TERMINATION.  If Total Disability ends, and the Insured Person **does not return** to a class eligible for Policy coverage; then he or she may exercise the Conversion Privilege.  If Total Disability ends, and the Insured Person **does return** to an eligible class; then his or her Policy coverage will resume when premium payments are resumed, and any conversion policy is surrendered as provided below.

CONVERSION POLICIES.  If the Insured Person has exercised the Conversion Privilege, and the benefits payable under this Policy and the conversion policy combined would exceed:
   (1)   the Insured Person's original amount of Policy coverage prior to the conversion; or
   (2)   any greater amount for which he or she later becomes insured under this Policy;
then benefits will be payable under the terms of this Policy.  But the conversion policy must first be surrendered to the Company; and no claim may be made under the conversion policy, except for refund of premium less any dividends and policy loans.

GL1101-9 96

13

Stand. Ext. - SSNRA
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 3 of 17

## ACCELERATED DEATH BENEFIT

BENEFIT. The Accelerated Death Benefit is an advance payment of part of the Insured Person's Personal Life Insurance. It may be paid to the Insured Person, in a lump sum, once during the Insured Person's lifetime.

To qualify, a Terminal Insured Person must:
(1) have satisfied the Active Work requirement under this Policy;
(2) have been insured under this Policy:
    (a) on the date of an injury which results in a Terminal condition; or
    (b) for 30 days before being diagnosed Terminal as a result of sickness; and
(3) have at least $2,000 of Personal Life Insurance under this Policy on the day before the Accelerated Death Benefit is paid.

Receiving the Accelerated Death Benefit will reduce the Remaining Life Insurance and the Death Benefit payable at death, as shown on the next page.

"Claimant," as used in this section, means the Terminal Insured Person for whom the Accelerated Death Benefit is requested.

"Terminal" means the Insured Person has a medical condition which is expected to result in death within 12 months, despite appropriate medical treatment.

APPLYING FOR THE BENEFIT. To withdraw the Accelerated Death Benefit, the Insured Person (or his or her legal representative) must send the Company:
(1) written election of the Accelerated Death Benefit, on forms supplied by the Company; and
(2) satisfactory proof that the Claimant is Terminal, including a Physician's written statement.

The Company reserves the right to decide whether such proof is satisfactory.

Before paying an Accelerated Death Benefit, the Company must also receive the written consent of any irrevocable beneficiary, assignee or bankruptcy court with an interest in the benefit. (See Limitations 3, 4, and 5.)

NOTE: THIS IS NOT A LONG-TERM CARE POLICY. RECEIVING THIS ACCELERATED DEATH BENEFIT WILL REDUCE THE BENEFIT PAYABLE AT DEATH. ANY AMOUNT WITHDRAWN MAY BE TAXABLE INCOME, SO THE INSURED PERSON SHOULD CONSULT A TAX ADVISOR BEFORE APPLYING FOR THIS BENEFIT.

AMOUNT OF THE BENEFIT. The Insured Person may elect to withdraw an Accelerated Death Benefit in any $1,000 increment; subject to:
(1) a minimum of $1,000 or 10% of the Claimant's amount of Life Insurance (whichever is greater); and
(2) a maximum of $250,000 or 75% of the Claimant's amount of Life Insurance (whichever is less).

To determine the Accelerated Death Benefit, the Company will use the lesser of A or B below:
A. the Claimant's amount of Life Insurance which is in force on the day before the Accelerated Death Benefit is paid; or
B. the Claimant's amount of Life Insurance which would be in force 12 months after that date; if the coverage is scheduled to reduce, due to age, within 12 months after the Accelerated Death Benefit is paid.

GL1101-9.8 01 DAY

14

ADB-DEP.
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 4 of 17

ADMINISTRATIVE CHARGE: NONE

WITHDRAWAL FEE: NONE

EFFECT ON AMOUNT OF LIFE INSURANCE. "Remaining Life Insurance" means the amount of Life Insurance which remains in force on the Claimant's life after an Accelerated Death Benefit is paid. The Remaining Life Insurance will equal:

(1) the Claimant's amount of Life Insurance which was used to determine the Accelerated Death Benefit (A or B above); minus

(2) any percentage by which the Claimant's coverage is scheduled to reduce, due to age; if the reduction occurs more than 12 months after the Accelerated Death Benefit is paid, and while he or she is still living; minus

(3) the amount of the Accelerated Death Benefit withdrawn.

PREMIUM: There is no additional charge for this benefit. Continuation of the Remaining Life Insurance will be subject to timely payment of the premium for the reduced amount; unless the Insured Person qualifies for waiver of premium under this Policy's Extension of Death Benefit provision, if included.

CONDITIONS. If the Claimant exercises the Conversion Privilege after an Accelerated Death Benefit is paid, the amount of the conversion policy will not exceed the amount of his or her Remaining Life Insurance. If the Claimant has Accidental Death and Dismemberment benefits under this Policy, the Principal Sum will not be affected by the payment of an Accelerated Death Benefit.

EFFECT ON DEATH BENEFIT. When the Claimant dies after an Accelerated Death Benefit is paid, the amount of Remaining Life Insurance in force on the date of death will be paid as a Death Benefit. The Insured Person's Death Benefit will be paid in accord with the Beneficiary section of this Policy. If the Claimant dies after application for an Accelerated Death Benefit has been made, but before the Company has made payment; then the request will be void and no Accelerated Death Benefit will be paid. The amount of Life Insurance in force on the date of death will be paid in accord with Policy provisions.

EFFECT ON TAXES AND GOVERNMENT BENEFITS. Any Accelerated Death Benefit amount withdrawn may be taxable income to the Insured Person. Receipt of the Accelerated Death Benefit may also affect the Claimant's eligibility for Medicaid, Supplemental Security Income and other government benefits. The Claimant should consult his or her own tax and legal advisor before applying for an Accelerated Death Benefit. The Company is not responsible for any tax owed or government benefit denied, as a result of the Accelerated Death Benefit payment.

LIMITATIONS. No Accelerated Death Benefit will be paid:

(1) if any required premium is due and unpaid;

(2) on any conversion policy purchased in accord with the Conversion Privilege;

(3) without the written approval of the bankruptcy court, if the Insured Person has filed for bankruptcy;

(4) without the written consent of the beneficiary, if the Insured Person has named an irrevocable beneficiary;

(5) without the written consent of the assignee, if the Insured Person has assigned his or her rights under this Policy;

(6) if any part of the Life Insurance must be paid to the Insured Person's child, spouse or former spouse; pursuant to a legal separation agreement, divorce decree, child support order or other court order;

(7) if the Claimant is Terminal due to a suicide attempt, while sane or insane; or due to an intentionally self-inflicted injury;

(8) if a government agency requires the Insured Person or the Claimant to use the Accelerated Death Benefit to apply for, receive or continue a government benefit or entitlement; or

(9) if an Accelerated Death Benefit has been previously paid for the Claimant under this Policy.

GL1101-9.8 01 DAY

ADB-DEP.
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 5 of 17

# CONVERSION PRIVILEGE - CONVERSION BENEFITS

GENERAL CONVERSION BENEFIT. An individual life policy (known as a conversion policy) may be purchased from the Company without evidence of insurability, if all or part of anyone's life insurance under this Policy terminates for any reason except:

    (1)    termination or amendment of the Policy; or

    (2)    the Insured Person's request to terminate insurance or cancel payroll deductions.

To purchase a conversion policy, application and payment of the first premium must be made within 31 days after the life insurance is terminated. Any policy issued under the General Conversion Benefit will:

    (1)    be for an amount not to exceed the amount of the life insurance which was terminated; less the amount of any group life insurance for which the person becomes eligible within 31 days after insurance terminates;

    (2)    be on any form (except term) then issued by the Company at the age and amount for which application is made;

    (3)    be issued at the Insured Person's age at nearest birthday;

    (4)    be issued without disability or other supplemental benefits; and

    (5)    require premiums based on the class of risk to which the person then belongs.

CONVERSION BENEFIT-POLICY TERMINATION OR AMENDMENT. A conversion policy also may be purchased from the Company if:

    (1)    all or a part of anyone's insurance terminates due to amendment or termination of this Policy; and

    (2)    that person has been covered continuously under this Policy for at least five years.

Any conversion policy issued due to Policy termination or amendment will be subject to the same conditions as a policy issued under the General Conversion Benefit except its amount may not exceed the lesser of:

    (1)    $10,000; or

    (2)    the Amount of Life Insurance which terminates less the amount of any group life insurance for which the Insured Person becomes eligible within 31 days after insurance terminates.

## PROVISIONS APPLICABLE TO ALL CONVERSION POLICIES

EFFECTIVE DATES. The coverage provided by a conversion policy issued under this Section will be effective on the later of:

    (1)    its date of issue; or

    (2)    31 days after the date on which the person's life insurance terminated.

DEATH DURING CONVERSION PERIOD. The Company will pay a death benefit under this Policy equal to the amount of the life insurance which could have been converted, if the person:

    (1)    was entitled to purchase a conversion policy; and

    (2)    dies within the 31 day conversion period.

This death benefit will be paid even if no one applied for the conversion policy. If the first premium was paid for the conversion policy, the amount of the premium will be refunded and the conversion policy will be void.

NOTICE OF CONVERSION PRIVILEGES-INSURED PERSONS. When an Insured Person's Personal Insurance terminates, written notice of the right to convert will be:

    (1)    given personally to the Insured Person; or

    (2)    mailed to the Insured Person at his last known address.

An additional period in which to convert will be granted if this written notice is not given to the Insured Person at least 15 days before the end of the 31 day conversion period. This extension of the conversion period will expire on the earlier of:

    (1)    15 days after the Insured Person is given the written notice; or

    (2)    60 days after the 31 day conversion period ends, even if the Insured Person is never given the notice.

No death benefit will be payable under this Policy after the 31 day conversion period has expired even though the right to convert may be extended.

GL1101-10 IN

DEP.-$10,000

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 6 of 17

# CLAIMS PROCEDURES
## FOR LIFE OR ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) BENEFITS

**NOTE: This Policy may include an Extension of Death Benefit, an Accelerated Death Benefit or a Living Benefit. If so, please refer to that section for special claim procedures.**

### NOTICE AND PROOF OF CLAIM

**Notice of Claim.** Written notice of an accidental death or dismemberment claim must be given within 20 days after the loss occurs; or as soon as reasonably possible after that.* The notice must be sent to the Company's Group Insurance Service Office. It should include:
(1) the Insured Person's name and address; and
(2) the number of this Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days; then the Insured Person or Beneficiary (the claimant) may send the Company written proof of claim in a letter. It should state the nature, date and cause of the loss.

**Proof of Claim.** The Company must be given written proof of claim within 90 days after the date of the loss; or as soon as reasonably possible after that.* Proof of claim must be provided at the claimant's own expense. It must show the nature, date and cause of the loss. In addition to the information requested on the claim form, documentation must include:
(1) A certified copy of the death certificate, for proof of death.
(2) A copy of any police report, for proof of accidental death or dismemberment.
(3) A signed authorization for the Company to obtain more information.
(4) Any other items the Company may reasonably require in support of the claim.

**\* Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim; if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.
These time limits will not apply while the claimant lacks legal capacity.

**EXAM OR AUTOPSY.** At anytime while a claim is pending, the Company may have the Insured Person examined:
(1) by a Physician of the Company's choice;
(2) as often as reasonably required.
If the Insured Person fails to cooperate with an examiner or fails to take an exam, without good cause; then the Company may deny benefits, until the exam is completed. In case of death, the Company may also have an autopsy done, where it is not forbidden by law. Any such exam or autopsy will be at the Company's expense.

**TIME OF PAYMENT OF CLAIMS.** Any benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability.

In accord with Indiana law, any accidental death or dismemberment benefits will be paid as follows, when more favorable to the claimant.
(1) **Clean Claim.** The Company must pay a clean claim for AD&D benefits within 45 days after receiving the first written proof of claim. A claim is considered "clean" when:
(a) the first proof of claim is complete;
(b) no part of the claim is contested; and
(c) no other defect prevents prompt payment.
A claim is also considered "clean" when the insurer fails to promptly request more information, or to resolve it, within 45 days after receiving the first written proof of claim.

GL1101-13A 02 IN

L/ADD
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 7 of 17

(2) **Defective Claim.** The Company must request more information concerning a defective claim for AD&D benefits within 45 days after receiving the first written proof of claim. It must pay such a claim within 45 days after receiving any additional proof it needs to confirm liability. A claim is considered "defective" if:
   (a) the first written proof of claim is not complete;
   (b) all or part of the claim is contested; or
   (c) some other defect prevents prompt payment.

**TO WHOM PAYABLE--Death.** Any benefits payable for the Insured Person's death will be paid in accord with the Beneficiary, Facility of Payment, and Settlement Options sections of this Policy. If this Policy includes Dependent Life Insurance; then any benefits payable for an insured Dependent's death will be paid to:
   (1) the Insured Person, if he or she survives that Dependent; or
   (2) the Insured Person's Beneficiary, or in accord with the Facility of Payment section; if the Insured Person does not survive that Dependent.

**Dismemberment.** If this Policy includes Accidental Death and Dismemberment Benefits; then any benefit, other than the Insured Person's death benefit, will be paid to the Insured Person.

**NOTICE OF CLAIM DECISION.** The Company will send the claimant a written notice of its claim decision. If the Company denies any part of the claim; then the written notice will explain:
   (1) the reason for the denial, under the terms of this Policy and any internal guidelines;
   (2) how the claimant may request a review of the Company's decision; and
   (3) whether more information is needed to support the claim.

The Company will send this notice within 15 days after resolving the claim. If reasonably possible, the Company will send it within:
   (1) 45 days after receiving the first written proof of claim for any accidental death or dismemberment, Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy; or
   (2) 90 days after receiving the first written proof of a claim for any life insurance benefits available under this Policy.

**Delay Notice.** If the Company needs more than 15 days to process a claim, in a special case; then an extension will be permitted. If needed, the Company will send the claimant a written delay notice:
   (1) by the 15th day after receiving the first proof of claim; and
   (2) every 30 days after that, until the claim is resolved.
The notice will explain the special circumstances which require the delay, and when a decision can be expected.

In any event, the Company must send written notice of its decision within:
   (1) 180 days after receiving the first proof of a death or dismemberment claim; or
   (2) 105 days after receiving the first proof of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy.
If the Company fails to do so; then there is a right to an immediate review, as if the claim was denied.

**Exception:** If the Company needs more information from the claimant to process a claim; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.** The claimant may request a claim review, within:
   (1) 60 days after receiving a denial notice of a death or dismemberment claim; or
   (2) 180 days after receiving a denial notice of a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy.
To request a review, the claimant must send the Company a written request, and any written comments or other items to support the claim. The claimant may review certain non-privileged information relating to the request for review.

GL1101-13A 02 IN

18

**Notice of Decision.** The Company will review the claim and send the claimant a written notice of its decision. The notice will explain the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim; then the notice will also describe:

(1)    any further appeal procedures available under this Policy;
(2)    the right to access relevant claim information; and
(3)    the right to request a state insurance department review, or to bring legal action.

For a death or dismemberment claim, the notice will be sent within 60 days after the Company receives the request for review; or within 120 days, if a special case requires more time. For a claim for any Extension of Death Benefit, Living Benefit or Accelerated Death Benefit available under this Policy, the notice will be sent within 45 days after the Company receives the request for review; or within 90 days, if a special case requires more time.

**Delay Notice.** If the Company needs more time to process an appeal, in a special case; then it will send the Insured Person a written delay notice, by the 30th day after receiving the request for review. The notice will explain:

(1)    the special circumstances which require the delay;
(2)    whether more information is needed to review the claim; and
(3)    when a decision can be expected.

**Exception:** If the Company needs more information from the claimant to process an appeal; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974). Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the claimant must first seek two administrative reviews of the adverse claim decision, in accord with this section. If an ERISA claimant brings legal action under Section 502(a) of ERISA after the required reviews; then the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim; then full reimbursement to the Company is required within 60 days. If reimbursement is not made; then the Company has the right to:

(1)    reduce future benefits until full reimbursement is made; and
(2)    recover such overpayments from the Insured Person, or from his or her Beneficiary or estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS.** No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY.** Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to:

(1)    manage this Policy and administer claims under it; and
(2)    interpret the provisions and resolve questions arising under this Policy.

The Company's authority includes (but is not limited to) the right to:

(1)    establish and enforce procedures for administering this Policy and claims under it;
(2)    determine Employees' eligibility for insurance and entitlement to benefits;
(3)    determine what information the Company reasonably requires to make such decisions; and
(4)    resolve all matters when a claim review is requested.

Any decision the Company makes, in the exercise of its authority, shall be conclusive and binding; subject to the Insured Person's or Beneficiary's rights to:

(1)    request a state insurance department review; or
(2)    bring legal action.

GL1101-13A 02 IN

L/ADD
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 9 of 17

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON.** The Company will pay the benefit listed below, if:

(1) an Insured Person sustains an accidental bodily injury while insured under this provision; and
(2) that injury directly causes one of the following losses within 365 days after the date of the accident.

The loss must result directly from the injury and from no other causes.

| LOSS | BENEFIT FOR COMMON CARRIER ACCIDENT | BENEFIT FOR OTHER COVERED ACCIDENT |
|---|---|---|
| Loss of Life | 2 Times Principal Sum | Principal Sum |
| Loss of One Member (Hand, Foot or Eye) | Principal Sum | 1/2 Principal Sum |
| Loss of Two or More Members | 2 Times Principal Sum | Principal Sum |

The Principal Sum for the Insured Person's class is shown in the Schedule of Insurance.

**MAXIMUM PER PERSON.** If an Insured Person sustains more than one loss resulting from the same accident, the benefit:

(1) will be the one largest amount listed;
(2) will not exceed two times the Principal Sum for all of that person's combined losses resulting from a Common Carrier Accident; and
(3) will not exceed the Principal Sum for all of that person's combined losses resulting from any other covered accident.

**TO WHOM PAYABLE.** Benefits for the Insured Person's loss of life will be paid in accord with the Beneficiary section. All other benefits will be paid to the Insured Person.

**LIMITATIONS.** Benefits are not payable for any loss to which a contributing cause is:

(1) intentional self-inflicted injury or self-destruction;
(2) disease, bodily or mental infirmity, or medical or surgical treatment of these;
(3) participation in a riot;
(4) duty as a member of any military, naval or air force;
(5) war or any act of war, declared or undeclared;
(6) participation in the commission of a felony;
(7) voluntary use of drugs; except when prescribed by a Physician;
(8) travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
(9) driving a vehicle while intoxicated.

Case 6:18-cv-02063-CJW-MAR     Document 27-8     Filed 02/27/19     Page 10 of 17

## DEFINITIONS.

"Beneficiary" means the person(s) named on the Insured Person's enrollment form. The Insured Person may change the Beneficiary by filing a written notice of the change with the Company at its Group Insurance Service Office.

"Common Carrier Accident" means a covered accidental bodily injury, which is sustained while riding as a fare paying passenger (not a pilot, operator or crew member) in or on, boarding or getting off from a Common Carrier.

"Common Carrier" means any land, air or water conveyance operated under a license to transport passengers for hire.

"Intoxicated" shall be defined by the jurisdiction where the accident occurs. The exclusion will apply whether or not the driver is convicted.

"Loss of a Member" includes the following:
    (1)   "Loss of Hand or Foot," means complete severance through or above the wrist or ankle joint.
    (2)   "Loss of an Eye," means total and irrevocable loss of sight in that eye.

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 11 of 17

## SAFE DRIVER BENEFIT

BENEFIT. If an Insured Person dies as a direct result of a covered auto accident, for which Accidental Death and Dismemberment Benefits are payable; then:

    (1)   an additional Seat Belt Benefit will be payable, if the Insured Person was wearing a properly fastened seat belt at the time of the accident; and

    (2)   an additional Air Bag Benefit will be payable, if the auto was equipped with air bag(s).

The Seat Belt Benefit equals $10,000 or 10% of the Principal Sum, whichever is less; and the Air Bag Benefit equals $10,000 or 10% of the Principal Sum, whichever is less. The Seat Belt Benefit and the Air Bag Benefit will not be less than $1,000 per Insured Person. The Principal Sum is the amount payable because of the Insured Person's accidental death.

A copy of the police report must be submitted with the claim. The position of the seat belt or presence of an air bag must be certified by:

    (1)   the official accident report; or

    (2)   the coroner, traffic officer or other investigating officer.

Upon receipt of satisfactory written proof, the additional benefit will be paid in accord with the Beneficiary section.

DEFINITIONS. As used in this provision:

"Auto" means a 4-wheel passenger car, station wagon, jeep, pick-up truck or van-type car. It must be licensed for use on public highways. It includes a car owned or leased by the Group Policyholder.

"Intoxicated," "Impaired," or "Under the Influence of Drugs" shall be defined as by the jurisdiction where the accident occurs.

"Seat Belt" means a properly installed:

    (1)   seat belt or lap and shoulder restraint; or

    (2)   other restraint approved by the National Highway Traffic Safety Administration.

LIMITATIONS. Safe Driver Benefits will not be paid if:

    (1)   the Accidental Death and Dismemberment Benefit is not paid under this Policy for the Insured Person's death; or

    (2)   at the time of the accident, the Insured Person or any other person who was driving the auto in which the Insured Person was traveling:

        (a)   was driving without a valid drivers' license;

        (b)   was driving in excess of the legal speed limit; or

        (c)   was driving while intoxicated, impaired, or under the influence of drugs (except for drugs taken as prescribed by a Physician for the driver's use).

    The above limitations will apply, whether or not the driver is convicted.

GL1101-14.15A

Seat Belt & Air Bag
01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 12 of 17

## NOTICE TO POLICYHOLDERS REGARDING
## FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE

**Questions regarding your policy or coverage should be directed to:**

**The Lincoln National Life Insurance Company**
**800-423-2765**

We want you to know that you may contact the Indiana Department of Insurance if you have a complaint or seek assistance from the governmental agency that regulates insurance. To contact the Department of Insurance, write or call:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

IN NOTICE 05 - P/C

23

01/01/14

## SUMMARY OF INDIANA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

The Indiana Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE UNDER YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is always conditioned on residence in this state. Other conditions may also preclude coverage.

The Indiana Life and Health Insurance Guaranty Association will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely of availability of coverage under the Indiana Life and Health Insurance Guaranty Association when selecting an insurer.

You may contact the Indiana Life and Health Insurance Guaranty Association as follows:

Indiana Life and Health Insurance Guaranty Association
251 E. Ohio Street, Suite 1070
Indianapolis, IN 46204
(317) 636-8204
www.inlifega.org

You may contact the Indiana Department of Insurance as follows:

Indiana Department of Insurance
311 W. Washington Street
Indianapolis, IN 46204
(317) 232-2385
www.in.gov/idoi

GAN-GRP-IN NOTICE-P/C 07

24

01/01/14

Case 6:18-cv-02063-CJW-MAR    Document 27-8    Filed 02/27/19    Page 14 of 17

AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010132080

ISSUED TO: Ashley Industrial Moldings, Inc.

The Policy is amended by the addition of the following provisions.

PRIOR INSURANCE CREDIT UPON TRANSFER OF
LIFE INSURANCE CARRIERS

This provision prevents loss of life insurance coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"Prior Plan" means a prior carrier's group life insurance policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to payment of premiums, this Policy will provide life coverage for a Person who:
(1)    was insured under the prior plan on its termination date;
(2)    was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date;
(3)    is not entitled to any extension of life insurance under the prior plan; and
(4)    is not Totally Disabled (as defined in the Extension of Death Benefit section of this Policy) on the date this Policy takes effect.

AMOUNT OF LIFE INSURANCE. Until the Person satisfies this Policy's Active Work rule, the amount of his or her group life insurance under this Policy will not exceed the amount for which the Person was insured under the prior plan on its termination date.

This Amendment takes effect on the effective date of coverage under this Policy. In all other respects, this Policy remains the same.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

GL1101-AMEND. PC1

Prior Ins. Cred. - Life
01/01/14

25

Case 6:18-cv-02063-CJW-MAR     Document 27-8     Filed 02/27/19     Page 15 of 17



October 23, 2015

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

VANESSA LEE
605 2ND ST N
QUASQUETON IA 52326

RE:     PolicyHolder:      Ashley Industrial Molding, Inc
        Policy Number:     000400001000-12077
                           000010132080-00000
        Claim Number:      1072315-1127380
        Claimant:          John E Lee

Dear Ms. Lee:

We have completed a full review of the above referenced claim for Accidental Death insurance benefits. Unfortunately, we are unable to pay the proceeds.

Basic Accidental Death
DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON. The Company will pay the benefit listed below, if:
(1) an Insured Person sustains an accidental bodily injury while insured under this provision; and
(2) that injury directly causes one of the following losses within 365 days after the date of the accident.
The loss must result directly from the injury and from no other causes.

LIMITATIONS. Benefits are not payable for any loss to which a contributing cause is:
(1) intentional self-inflicted injury or self-destruction;
(2) disease, bodily or mental infirmity, or medical or surgical treatment of these;
(3) participation in a riot;
(4) duty as a member of any military, naval or air force;
(5) war or any act of war, declared or undeclared;
(6) participation in the commission of a felony;
(7) voluntary use of drugs; except when prescribed by a Physician;
(8) travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
(9) driving a vehicle while intoxicated.

Packet: 306180

©2015 Lincoln National Corporation

www.LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

31

Voluntary Accidental Death
DEATH OR DISMEMBERMENT BENEFIT FOR AN INSURED PERSON. The Company will pay the benefit listed below, if:
(1) you sustain an accidental bodily injury while insured under this provision; and
(2) that injury directly causes one of the following losses within 365 days after the date of the accident.
The loss must result directly from the injury and from no other causes.

LIMITATIONS. Benefits are not payable for any loss to which a contributing cause is:
(1) intentional self-inflicted injury or self-destruction, while sane;
(2) disease, bodily or mental infirmity, or medical or surgical treatment of these; except for:
(a) pyogenic infections resulting from an accidental bodily injury; or
(b) the accidental ingestion of contaminated substances;
(3) participation in a riot;
(4) duty as a member of any military, naval or air force;
(5) war or any act of war, declared or undeclared;
(6) participation in the commission of a felony;
(7) voluntary use of drugs; except when prescribed by a Physician;
(8) voluntary inhalation of gas, including carbon monoxide, while sane;
(9) travel or flight in any aircraft, including balloons and gliders; except as a fare paying passenger on a regularly scheduled flight; or
(10) driving a vehicle while intoxicated.

According to the State of Iowa Department of Public Health Certificate of Death received for John E Lee it has listed the cause and manner of death as Blunt Force Injuries of the Head, accidental ATV Crash. The University of Iowa Hospitals & Clinics lab report for John E Lee final result dated 07/12/2015 has a positive Blood Ethanol reading of 166 mg/dL or 0.166 BAC which is over the legal limit of .08. The medical records received from University of Iowa Hospitals & Clinics state the patient John E Lee was reportedly camping and riding an ATV on 07/11/2015, he did not return and on search the family found the patient unconscious lying next to the still running ATV. He was noted to have blood on his face at the time. He was drinking prior to the reported fall, and was thus taken home by his family to recover. When the patient did not effectively recover, the family took the patient to the OSH and he was intubated. The patient was subsequently transported to UIHC for further care. The medical records stated the history was obtained from John E Lee's wife which further state he was camping with family and around 7pm he was found down and unresponsive next to the ATV he was driving. The ATV was running and upright and it appeared that he had collapsed while driving it and fallen to the ground. The Family was able to get him home but he remained unresponsive so they took him to local hospital. The Iowa Department of Natural resources state that all all-terrain vehicles (ATV's) must be legally registered unless the vehicle meets one or more of the following criteria:
The ATV is used for farming or other agricultural purposes or the ATV is owned and used by the United States government or a political subdivision of another state. Per the above policy wording and the fact John E Lee was driving the ATV with a BAC level of 0.166 which is over the legal limit of .08 this claim is being denied.

You or your authorized representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.