**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

|  |  |
|---|---|
| VANESSA LEE, Individually as Executor of the JOHN LEE ESTATE, | |
| Plaintiff(s), | No. 6:18-cv-02063-CJW |
| vs. | **JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, Vanessa Lee, and Defendant, The Lincoln National Life Insurance Company ("Lincoln"), file this Joint Motion to Extend Scheduling Order Deadlines and would show the Court as follows:

1.  On January 3, 2019, the Court entered a Scheduling Order (Document 21) containing the following deadlines:

- Deadline for filing of the Administrative Record:  February 18, 2019

- Deadline for filing of the Plaintiff's opening brief:  March 25, 2019

- Deadline for filing of the Defendant's brief:  April 29, 2019

- Deadline for filing of the Plaintiff's reply brief:  May 6, 2019

2.  Defendant filed the Administrative Record with the Court on February 13, 2019, and Plaintiff filed her opening brief with the Court on February 27, 2019.

3.  The parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request a five-week extension on the remaining deadlines set in the Court's January 3, 2019, Scheduling Order so the parties can fully

explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

4. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Plaintiff and Defendant request the Court enter an Order extending the remaining deadlines set in this case as follows:

- Deadline for filing of the Defendant's brief: <u>June 3, 2019</u>
- Deadline for filing of the Plaintiff's reply brief: <u>June 10, 2019</u>

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.


By:    /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
State Bar of Texas No. 16452560
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com


*- And -*

**2**

LEDERER WESTON CRAIG PLC

By:   /s/ Brenda K. Wallrichs
      Brenda K. Wallrichs  AT0008203
      118 Third Avenue SE, Suite 700
      P. O. Box 1927
      Cedar Rapids, IA  52406-1927
      PH:  (319) 365-1184
      FX:   (319) 365-1186
      E-mail:  bwallrichs@lwclawyers.com

      ATTORNEYS FOR DEFENDANT


      **AND**


By:   /s/ Larry F. Woods
      Larry F. Woods
      Attorney at Law
      24 North Frederick Avenue
      Oelwein, IA 50662
      PH:  (319) 283-3204
      Email:  lfwoods@trxinc.com

      ATTORNEY FOR PLAINTIFF


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of April 2019, I electronically filed the

foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa,

Cedar Rapids Division, using the ECF system which will send notification of such filing

to the following counsel of record:

      **Counsel for Plaintiff:**
      Larry F. Woods
      Email:  lfwoods@trxinc.com


      /s/ Iwana Rademaekers
      Iwana Rademaekers

**3**