# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

VANESSA LEE, Individually and as
Executor of the Estate of John Lee

        Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

No. 18-cv-2063-CJW

**ORDER**

_____

Before the Court is the Joint Motion to Extend Scheduling Order Deadlines, filed on April 29, 2019. (Doc. 28). The parties are requesting the remaining deadlines be extended by five-weeks.

**IT IS ORDERED** for good cause and for the reasons stated in the motion, the motion is **granted**. Below is the briefing schedule deadlines:

1. File Defendant's Brief by June 3, 2019 and

2. File Plaintiff's Reply Brief by June 10, 2019.

The parties need to comply with these revised deadlines. No future extensions of time will be granted unless there is a showing of exceptional circumstances.

**IT IS SO ORDERED** this 1st day of May, 2019.

_____

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa